IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Sidney James Clayton #224297 )
Full name and prison number )
of plaintiff(s) )
)
)                                   RECEIVED
)
)                                   2006 APR 24 A 9:58
v. )
)                                   CIVIL ACTION NO. 2:06cv367.ID
Warden JC Giles, Warden Darnell Parker )   (To be supplied by Clerk of
Capt. Larry Monk, Sergent Flowers, )       U.S. District Court)
COI Brown, COI Stacks, COI )
MS. Williams, ~~────────~~ )
Nurse Burts, Dr. Reepotie )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) PHS )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   YES ( ⊗ )   NO ( ✓ )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ( ✓ )   NO (   )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) Sidney James Clayton

      Defendant(s) Etowah County State of Alabama

   2. Court (if federal court, name the district; if state court, name the county) Etowah County

3. Docket number  CC02-307.60

4. Name of judge to whom case was assigned
   Willen Cardwell

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   Still Pending

6. Approximate date of filing lawsuit  7/25/05

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Ventress Correctional Facility
P.O. Box 767 Clayton Alabama 36016

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED  10 Dorm
and General population

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Warden JC Giles | Ventress Correctional Facility |
| 2. Warden Darnell Poller | Ventress Correctional Facility |
| 3. Capt. Larry Monk | Ventress Correctional Facility |
| 4. Sergeant Flowers | Ventress Correctional Facility |
| 5. COI Brown | Ventress Correctional Facility |
| 6. COI Starks | Ventress Correctional Facility |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  March 26, 2006
March 15th 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Eight Amendment Cruel and Unusual Punishment

2

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

III.

(7.) COI MS. Williams        Ventress Correctional Facility

(8.) COI Thompson           Ventress Correctional Facility

(9.) Nurse Burts              Ventress Correctional Facility

(10.) Dr. Reapotie             Ventress Correctional Facility

(11.) Prision Health Services Suite 200 105 West Park Drive Brentwood, TN. 37027