AMENDMENT TO COMPLAINT

Sidney James Clayton
    VS.
Warden JC.Giles, Warden Parker )
Capt.Larry Monk, Sargent Flowers, )  Case No. 2:06-CV-367-ID
COI.Starks, COI.MS.Williams, )
Nurse Burts, Dr.Reapotie, P.H.S
    )
    )
    )
    )

COVER SHEET

RECEIVED 2006 MAY 10 A 9:28 CLERK U.S. DISTRICT COURT MIDDLE DIST. ALA

# Amendment To Complaint

(Cruel and unusual Punishment 8th Amendment)

1. Warden J.C. Giles didnot try to even check or try to resolve any complaint.

2. Warden Darell Parker Never responded to the same matter.

3. Capt. Larry Monk Didnot respond to any of these allegations.

4. Nurse Burts Did not try to resolve any matters towards this issue.

5. Dr. Roopotie / and P.H.S.

Didnot try to resolve any of these problems.

(STATEMENT OF FACTS)

I Sidney Clayton never had any health problems with my breathing until I was exposed to (EST) over a period of time. I told the administration that I have developed asmia and I would like to be put in a enviorment that I don't have to be subjected to second hand smoke out side by force. In a indoor facility I don't have to go out side if I don't want to. Smoking in not allowed inside.

For the inmates Safty there is a lack of Sprinkler Systems in certin dorms. I told them that this is unsafe and a violation to fire codes. The administration ignored my administrative complaint. All of these issues are harmful to mine and other peoples health and wellbeing.

## STATMENTS (2)

Sexual Harrassment.

① Sergent Flowers Threaten to cause physical harm to me I could not address the problem at hand.

② COI Brown was the cause of the sexual Harrassment towards me due to his vindictive behavior, and out bursts.

③ COI Starks was in the area working when this happened.

④ COI Ms. Williams was in the office when threats were placed on me by Sargent Flowers and COI Brown.

⑤ Releife wanted

I want to have criminal charges brought up on the conspiritors. I'm also seeking 250,000 dollars for pain and suffering and all other elements.

## Certificate OF Service

I hearby Certify that on this ___2nd___ day of May, 2006 I did put prepaid in U.S. Mail First Class Postage prepaid and addressed as follows:

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

Plaintiff address

Sidney Clayton #224747 Dorm 20 Bed 12
Bullock Correctional Facility P.O. Box 5107
Union Springs, AL. 36089-5107

Respectfully Submitted,
Pro-se _Sidney Clayton-Bey_
Sidney Clayton-Bey