IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SIDNEY JAMES CLAYTON, #224797, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-367-ID |
| | ) | |
| J. C. GILES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon review of the amendment to the complaint filed by the plaintiff on May 10, 2006 (Court Doc. No. 5), and as this document fails to comply with the directives of the order entered on April 27, 2006 (Court Doc. No. 4), it is

ORDERED that the document filed by the plaintiff on May 10, 2006 (Court Doc. No. 5) be stricken from the file an returned to the plaintiff. It is further

ORDERED that on or before May 26, 2006 the plaintiff shall file an amendment to his s amendment which:

1. Presents *specific facts* in support of his claim that the defendants subjected him to cruel and unusual punishment.

2. Separately lists each defendant and describes in detail how the named defendant acted in violation of his constitutional rights. In his response to this directive, the plaintiff must set forth precise facts and circumstances in support of his allegations that the defendants violated his constitutional rights.

3. States the precise relief he seeks from this court.

The plaintiff is hereby advised that the amendment to the complaint must set forth ***short and plain statements*** showing why the plaintiff is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. The plaintiff is further advised that neither rambling recitations nor conclusory allegations will be accepted by this court.

The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will not afford him an additional opportunity to amend his complaint and will henceforth recommend that this case be dismissed.

Done this 11th day of May, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE