Sidney James Clayton )

VS. )

Warden J.C. Giles, Warden Butler, )
Capt. Larry Monk, Sergent Flowers, )
COI Starks, COI M.S. Williams )
Nurse Burts, Dr. Reepotie, P.H.S )

)

RECEIVED

2006 JUN -1  A 9:37

Case No. 2:06-CV-367-ID

## Motion for Extention

I Sidney Clayton is requesting a extention due to all of my legal case work coming at one time.

Respectfully Submitted,
Pro Se Sidney Clayton
Sidney Clayton

Certificate of Service

I hereby certify that on this day 29th of May, 2006 I did put prepaid in U.S. Mail, First Class postage prepaid and addressed as follows:

Office of the Clerk

United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711


Plantiff address

Sidney Clayton #224747 Dorm 20 Bed 12
Bullock Correctional Facility P.O. Box 5107
Union Springs, AL. 36089-5107

Respectfully Submitted,
Pro-se Sidney Clayton
Sidney Clayton