IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SIDNEY JAMES CLAYTON, #224797, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-367-ID |
| | ) |
| J. C. GILES, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the motion for extension of time filed by the plaintiff on June 2, 2006 (Court Doc. No. 7), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff is GRANTED an extension from May 26, 2006 to and including June 12, 2006 to file an amendment to his complaint in compliance with the directives of the order entered on May 11, 2006 (Court Doc. No. 6).

Done this 5th day of June 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE