IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SIDNEY JAMES CLAYTON, #224797, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv367-ID |
| ) | (WO) |
| J. C. GILES, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On 30 June 2006, the Magistrate Judge filed a Recommendation (Doc. #9) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is

ORDERED that said Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED and that this case is hereby DISMISSED for failure of the plaintiff to comply with the orders of this court and his failure to properly prosecute this action.

Done this 21st day of July, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE