IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SIDNEY JAMES CLAYTON, #224797, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv367-ID |
| ) | (WO) |
| J. C. GILES, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

Upon CONSIDERATION of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of the defendants and against the plaintiff, and that the plaintiff take nothing by his said suit.

Done this 21st day of July, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE