IN The United States District Court For The Middle District OF Alabama Northern Division

Sidney James Clayton-Bey #224747 ) Civil Action No. 2:06CV367-ID
Plaintiff, ) (WO)
VS. )
J.C. Giles, et al )
Defendants, )

## Motion to appeal Dismissal

I Sidney Clayton-Bey did respond to the defendants dismissal. I sent my exibits A-B and other evidence to the courts. I objet to the dismissal because I put this in the mail with certified and sent. I also sent one to the defendants lawyer. I don't understand why this is being put out of court when I've done every thing that I could do. I'm asking this said court did you receive my response. If Not that relies back to this State prison for delays. I'm stating that the above said matter would be at of my hands for which this court is prayed.

Respectfully Submitted,
Pro-Se Sidney Clayton-Bey