IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SIDNEY JAMES CLAYTON, #224797, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-367-ID |
| ) | |
| J. C. GILES, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon review of the document filed by the plaintiff on August 16, 2006 (Court Doc. No. 12), which the court construes as a motion for reconsideration of final judgment, and for good cause, it is

ORDERED that on or before September 7, 2006 the plaintiff shall file an amendment to the complaint in compliance with the order entered on May 11, 2006 (Court Doc. No. 6). To aid the plaintiff in filing the requisite amendment, the Clerk is DIRECTED to provide him with a copy of the aforementioned order.

DONE this 22nd day of August, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE