Sidney James Clayton-Bey #224747 )
      Plaintiff, )
VS. ) Civil Action No. 2:06-CV-367-ID
    RECEIVED )
    2006 SEP -6 A 9:13 )
J.C. Giles )
    Defendants. )
)

## Motion to Amend Complaint

1.) Warden J.C. Giles put me in a unsafe environment by not stepping in and preventing the said matter.

2.) Dr. Reopetic and the P.H.S with M.S. Burts didn't adhere to my medical requests, after I tryed to resduest with the above named party.

## STATEMENT OF FACTS

I Sidney Clayton-Bey #224747, is amending the foresaid complaint to the above named defendants.

## Arguments

I Sidney Clayton-Bey #224747 never had problem with my breathing until I was exposed to (EST) were a period of time. I told the administration that I developed asmic and I would to be put in a environment that I don't have to be subjected to second hand smoke out by force. There is a lack of "Sprinkler Systems" in the certien dorms.

I told the above named people or defendants that this is unsafe and a violation to fire codes. The Administration ignored my administrative complaint. All these issues are harmful to me and the rest of the inmates at Ventress.

## Conclusion

I Sidney Clayton-Bey #224797 is seeking relief for the cruel and unusual punishment of my Eighth Amendment that has been violated. I contest that these actions are cruel to any human that should have a equal chance at life. The above defendants acted out of neglegence and caused harm to a person that is trying to preserve his health.

## Certificate Of Service

I hereby certify on this 3rd day of September, 2006 I did put prepaid in U.S. Mail First Class Postage prepaid and addressed as follows:

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

Respectfully Submitted,
Pro-Se Sidney Clayton-Bey