IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SIDNEY JAMES CLAYTON, #224797, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-367-ID |
| ) | |
| J. C. GILES, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

In light of the amendment to the complaint filed by the plaintiff on September 6, 2006 (Court Doc. No. 14), and for good cause, it is

ORDERED that:

1. The motion for reconsideration filed by the plaintiff on August 16, 2006 (Court Doc. No. 12) be and is hereby GRANTED.

2. The order and final judgment entered on July 21, 2006 be and are hereby VACATED.

3. This case be referred back to the Magistrate Judge for further proceedings.

Done this 7th day of September, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE