IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SIDNEY JAMES CLAYTON, #224797, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-367-ID |
| | ) | |
| J. C. GILES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon review of the amendment to the complaint filed on September 6, 2006 (Court Doc. No. 14), and for good cause, it is

ORDERED that:

1. This case shall henceforth proceed only on those claims presented in the amendment to the complaint and against defendants J. C. Giles, Dr. Reapotie, nurse Burts and Prison Health Services, Inc. ["PHS"] as these are the only defendants named in the amendment to the complaint.

2. The remaining defendants be stricken from the docket in this case.

Done this 8th day of September, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE