| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>Melissa Mathews   9/11/06<br>C. Signature<br>X _____   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Lewis Peyton Chapman III<br>General Counsel, Prison Health Services<br>Rushton Stakely Johnston & Garrett PC<br>P.O. Box 270<br>Montgomery, AL 36101 | 2:06cv367-ID<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label) | 7005 1820 0002 3461 6296 |

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952