### Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ventress Correctional Facility
   c/o Dr. Reapotie
   P.O. Box 767
   Clayton, AL 36016

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Ollie Mason
B. Date of Delivery: 09-11-06
C. Signature: X [signature] — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   2:06CV367-ID

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7005 1820 0002 3461 6289

PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952

---

### Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ventress Correctional Facility
   c/o J.C. Giles
   P.O. Box 767
   Clayton, AL 36016

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Ollie Mason
B. Date of Delivery: 09-11-06
C. Signature: X [signature] — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   2:06CV367-ID

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7005 1820 0002 3461 6265

PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952

---

### Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ventress Correctional Facility
   c/o Nurse Burts
   P.O. Box 767
   Clayton, AL 36016

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Ollie Mason
B. Date of Delivery: 09-11-06
C. Signature: X [signature] — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   2:06CV367-ID

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7005 1820 0002 3461 6272

PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952