IN The District Court OF The United States For The Middle District OF Alabama Northern Division

Sidney James Clayton-Bey, #224747 ) Civil Action No.
         Plantiff, rect, A 9:39    ) 2:06-CV-367-ID

VS.

J.C. Giles, et al.,
    Defendents

)
)
)
)

Motion For Respnce TO Order

I Sidney Clayton-Bey #224747 for which this Said court is prayed is responding to a order that must be in before or on October 9, 2006. From my understanding Doctor Respotic was working at Ventress Correctional Facility. I have been away from that prision for some time now. Doctor Respotic was employed threw the P.H.S (Prision Health Srvces) Suite 200 105 Westperk Drive, Brentwood, TN. 37027

Respectfully Submitted,
Pro-SE Sidney Clayton-Bey

C.C.