IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SIDNEY JAMES CLAYTON, #224797, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-367-ID |
| | ) | |
| J. C. GILES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On October 4, 2006, the plaintiff filed a response in which he advises the court of an address for Dr. Reapotie. The Clerk is hereby DIRECTED to serve a copy of the complaint, the September 6, 2006 amendment to the complaint (Court Doc. No. 14), the order of procedure entered on September 8, 2006 (Court Doc. No. 17) and this order on Dr. Reapotie, c/o Prison Health Services, Inc., Suite 200, 105 Westpark Drive, Brentwood, Tennessee 37027. Accordingly, it is

ORDERED that Dr. Reapotie shall file a written report and answer within thirty (30) days of service of this order as directed in the aforementioned order of procedure.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is the plaintiff's responsibility. The plaintiff is cautioned that if service is not perfected on Dr. Reapotie this individual will not be considered a party to this cause of action and this case will proceed against only those defendants on whom service has been perfected.

Done this 5th day of October, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE