IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SIDNEY JAMES CLAYTON, #224797, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-367-ID |
| ) | |
| J. C. GILES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants Burts, Reapotie and Prison Health Services, Inc. on October 18, 2006 (Court Doc. No. 25), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the aforementioned medical defendants be GRANTED an extension to and including November 18, 2006 to file their special report and answer.

Done this 23rd day of October, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE