IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SIDNEY JAMES CLAYTON, #224797, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-367-ID |
| ) | |
| J. C. GILES, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

In his complaint, the plaintiff names Dr. Reapotie as a defendant in this cause of action. Service was attempted but unperfected on Dr. Reapotie because he was not at the address provided by the plaintiff. If a person has not been served, he is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Dr. Reapotie, the plaintiff must furnish the clerk's office with correct addresses for this individual. Accordingly, it is

ORDERED that on or before November 7, 2006 the plaintiff shall furnish the clerk's office with the correct address of Dr. Reapotie. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on Dr. Reapotie he will not be considered a party to this cause of action, the court will on its own initiative dismiss the claims against Dr. Reapotie, and this case will proceed against only the defendant on whom service has been

perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

    Done this 25th day of October, 2006.


                                  /s/ VANZETTA PENN McPHERSON
                          VANZETTA PENN McPHERSON
                          UNITED STATES MAGISTRATE JUDGE

Case 2:06-cv-00367-ID-WC   Document 27   Filed 10/25/2006   Page 2 of 2

2