IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SIDNEY JAMES CLAYTON (AIS# 224797) | * |
| | * |
| Plaintiff, | |
| | * |
| V. | 2:06-CV-367-ID |
| | * |
| J.C. GILES | |
| | * |
| Defendants. | |
| | * |

**DEFENDANTS SAMUEL RAYAPATI, M.D., NETTIE BURKS, R.N., H.S.A. AND PRISON HEALTH SERVICES, INC.'S MOTION TO EXTEND TIME TO FILE SPECIAL REPORT AND ANSWER**

COME NOW Defendants, Samuel Rayapati, M.D., Nettie Burks, R.N., H.S.A. and Prison Health Services, Inc. and respectfully request that this Honorable Court extend the time period which these Defendants have to file their Answer and Special Report in this action by fifteen (15) days up to and including December 4, 2006. As grounds for this Motion, Defendants show to the Court as follows:

1. Counsel for the Defendants has obtained a copy of this inmate's medical records.

2. However, due to unavoidable scheduling conflicts, counsel has been unable to meet with the named medical providers to provide an appropriate response to this Court's Order.

3. This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

WHEREFORE the Defendants request that this Honorable Court allow them an additional fifteen (15) days up to and including December 4, 2006 to provide a Special Report and Answer to this inmate's Amended Complaint.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Samuel Rayapati, M.D., Nettie Burks, R.N., H.S.A. and Prison Health Services, Inc.

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 17th day of November, 2006, to:

Sidney James Clayton AIS# 224797
Red Eagle Honor Farm
Route 3 Box 79
Montgomery, AL 36110

s/R. Brett Garrett GAR085
Attorney for Samuel Rayapati, M.D., Nettie Burks, R.N., H.S.A. and Prison Health Services, Inc.