IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SIDNEY JAMES CLAYTON, #224797,    )
                                  )
            Plaintiff,            )
                                  )
      v.                          )        CIVIL ACTION NO. 2:06-CV-367-ID
                                  )
J. C. GILES, et al.,              )
                                  )
            Defendants.           )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendants Burts,

Reapotie and Prison Health Services, Inc. on November 17, 2006 (Court Doc. No. 28), and

for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the aforementioned defendants be GRANTED an extension from

November 18, 2006 to and including December 4, 2006 to file their special report and

answer.

Done this 20th day of November, 2006.


_____/s/ Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE