# A F F I D A V I T

STATE OF ALABAMA           )
                          )
Montgomery        COUNTY   )


I, __Catherine Stallworth__, hereby certify and affirm that I am a

__Medical Records Supv.__, at _____Kilby_____; that I am one

of the custodians of medical records at this institution; that the attached

documents are true, exact, and correct photocopies of certain medical records

maintained here in the institution medical file of

one __Sidney Clayton__, AIS# __224797__; and that I am over

the age of twenty-one years and am competent to testify to the aforesaid

documents and matters stated therein.

    I further certify and affirm that said documents are maintained in the usual

and ordinary course of business at _____Kilby_____; and that said

documents (and the entries therein) were made at, or reasonably near, the time

that by, or from information transmitted by, a person with knowledge of such acts,

events, and transactions referred to therein are said to have occurred.

    This, I do hereby certify and affirm to on this the __24th__ day of

__October__, 2006.

_Catherine Stallworth_


SWORN TO AND SUBSCRIBED BEFORE ME THIS THE

__24th__ Day of __October__, 2006.

_Cynthia R. Evans_

Notary Public

__6-15-08__

My Commission Expires



DEFENDANT'S EXHIBIT

# PROBLEM LIST

Name: _Clayton, Sidney_

AIS#_____ _224797_

Date of Birth:_____ _3/23/70_

Medication Allergies: _NKDA_____

Mental Health Code:  SMI  HARM  HIST  (NONE)  Date Code Assigned: _12/5/02_
(Changes in Mental Health Code should be identified on the Problem List)

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 12/17/02 | Facial Folliculitis (Moderate) | | |
| 5/12/03 | Dizziness | | Codey CRNP |
| 9/14/05 | allergic sinusitis | | IF |
| | | | |
| 3/17/06 | Asthma — (mild) | | R/M D |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Halos's Chronic Care Clinic

Date: 4/24/06 _____ Time: 11:15 _____ Facility: BCCF

Check all applicable CICs being evaluated: __Card/HTN __DM _GI_ ID ✓PUL _SZ __TB

Vital Signs: BP 110/76 P 88 R 18 T 98
SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: 0 Dates: NA
For seizure patients, list the # of witnessed seizures since the last CIC visits: __Dates:

ALLERGIES: NKA
MEDICATIONS: listed                                    CURRENT DIET: Reg
DESCRIBE MED AND DIET ADHERENCE: Compliant
DESCRIBE ANY MED SIDE EFFECTS: none stated
VACCINES: Flu _____ Pneumovax _____ Hep A _____ Hep B _____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month_____
**(This should equate to one inhaler per month)**

Lab/Diagnostic test(s) w/ date(s): HbA1c _____ on _____; CD4 & HIV-RNA / on _____
Peak Flow 550 LFTs _____ on _____; Serum Drug Levels __ on _____; EKG _____; CXR _____

Medications:

Albuterol Inhaler

Patient Educated on:
& Instructed on the Need for safety issues

Inmate Signature _Sidney Clayton-Bay_

Nurses Signature and Title _____

NAME: Clayton, Sidney          GENDER: M          RACE: B

AIS: 224797
DOB: 5/23/7

(Revised 05/18/05)

Physician 30-4 Chronic Care Clinic

Date: 4/24/06   Time: 110   Facility: BCF

Check all applicable CIC's being evaluated: _Card/HTN _DM_GI_ID_PUL_SZ_TB

SUBJECTIVE:

*No Complot*

OBJECTIVE:  BP 110/76 HR 88 RR 18 Temp 98 Wt 144 Peak Flow 850
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree o |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | St |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I |

PLAN:  *Cont. Albuterol*

F/U:  Routine 90 days: _____ Other _____   Problem List Updated: Yes

4/24/06

Physician/NP/PA

NAME: Clayton Sidney

GENDER: M   RACE: B

AIS#: 224479

DOB: 3/23/76

(Revised 5/18/05)

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Clayton         Sidney_____

                            **LAST**              **FIRST**             **MI**

**DATE OF BIRTH** _3-24-06_    **SS#** _224 797_

**Housing Recommendations:**

                    General Population _____

               Medical Observation Unit_____

            Lower Level/Lower Bunk_____

                 Suicide Precautions _____

     Special Watch (15 Minute Checks)_____

                          Isolation _____

        Initiate Universal Precautions _____

(1) Proventil Inhaler use 2 puffs Q4h prn x 1 from 3-24-06 till 9-24-06

(2) Pill Call 3an, 3 Pm

**Individual found to be:**

                     Frail/Elderly _____

             Physically Handicapped _____

           Developmentally Disabled _____

           Drug/Alcohol Withdrawal _____

         Special Mental Health Needs _____

        Expressed Suicidal Ideation _____

            History of Seizures _____

                    Other _____

              Specify _____

**Nurse** _____    **Date** _3-24-06_

_Sidney Clayton_

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Clayton_ _Sidney_

                                     LAST               FIRST            MI

**DATE OF BIRTH** _3-23-76_       SS# _224 797_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*KOP Bengay oint daily for lower back pain X 1 mnth*

*3-15-06 — 4-15-06*

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _M Benefield_       Date _3-15-06_

+ Sidney Clayton

GLF 1005      Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Clayton_ _Sidney_ _____

                                  **LAST**                         **FIRST**                **MI**

**DATE OF BIRTH** _3-26-76_          **SS#** _334797_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*To M.D on Friday 3/17/06 @ 800/AM R/T Wheeze*

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _____        Date _3/15/06_

_Sidney Clayton 334797_



**PRISON HEALTH SERVICES, INC.**

# YEARLY HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) |  | ✓ | 195    3-30-05 |
| (Compare Weight Below) |  |  | Last weight at least 6 months ago |
| Persistent Cough |  | ✓ |  |
| Chest Pain |  | ✓ |  |
| Blood in Urine or Stool |  | ✓ |  |
| Difficult Urination |  | ✓ |  |
| Other Illnesses (Details) |  | ✓ |  |
| Smoke, Dip or Chew |  | ✓ |  |
| ALLERGIES | ✓ |  | Sinus |

Weight 190½ Temp 97⁸ Height 6'2" Pulse 78 Resp 20 Blood Pressure 130/90

Eye Exam: 20/30 OD 20/40 OS 20/25 OU

**If greater than > 140/90, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

**II.    TESTING – (LPN or RN)**

RESULTS
Finger stick blood sugar 134

Tuberculin Skin Test (q yr)
Date given 3-7-06   Site RFA
Read on 3-9-06 Results ∅ mm

Past Positive TB Skin Test →  **Survey Completed**
(Chest x-ray if clinical symptoms)   Date_____ Results_____
RPR (q 3 yrs)   Date_____ Results_____
EKG (baseline at 35, over 45 q 3 yrs)   N/A
Cholesterol (at 35 then q 5 yrs)   N/A
Tetanus/Diptheria (q 10 yrs)   Last Given 2003   Due 2013
 (if done today)   Site given_____ Dose_____ Lot #_____
Optometry Exam (@ 50 if not already seen)   N/A
Mammogram   Date N/A Results_____
 (females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**
Class ①  2  3  4  5   Restrictions none
Heart   RRR
Lungs   wheezing both lungs
Breast Exam   no
Rectal (yearly after 45)   Results N/A
 with Hemoccult   Results_____
Pelvic and PAP (q 1 yr)   Date N/A Results_____

Facility VCF   Nurse Signature Benefield   Date 3-7-06

M.D. or Mid-Level Signature _____ Clayd Owe   Date 3/9/06

*(handwritten margin note, right side:)* Please make appt c NP or MD Re: wheezing noted by

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Clayton, Sidney | 224797 | 032376 | B/M |



**PHS**

PRISON HEALTH SERVICES, INC.

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

| | |
|---|---|
| Nonie Clayton | Mother |
| **Name** | **Relationship** |
| 317 Beaconcrest circle | 205)870-3270 |
| **Street Address** | **Phone Number** |
| Birmingham | Al, 35920 |
| **City** | **State**      **Zip Code** |

Sidney Clayton    224797    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   3/7/06
**Inmate Signature**     **AIS#**     **SS#**     **Date**

B. Cannon PLT       3-7-06
**Witness**          **Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Clayton, Sidney | 224797 | 3/23/74 | B/m | VCF |

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Clayton_ _Sidney_

LAST                    FIRST            MI

**DATE OF BIRTH** _3-23-76_    SS# _2 2 4 7 97_

**Housing Recommendations:**

General Population_____    (1) See Dr

Medical Observation Unit_____    Rajapati,

Lower Level/Lower Bunk_____    12-20-05 @

Suicide Precautions_____

Special Watch (15 Minute Checks)_____    8 00

Isolation_____    8 am

Initiate Universal Precautions_____


**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

_Sidney Clayton_    Specify_____

Nurse _____    Date _12-18-05_

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) *Clayton*                    *Sidney*
                                 **LAST**                             **FIRST**                 **MI**

DATE OF BIRTH  *3-23-76*          SS#  *224797*

## Housing Recommendations:

                           General Population _____

              Medical Observation Unit _____

              Lower Level/Lower Bunk _____

                 Suicide Precautions _____

       Special Watch (15 Minute Checks) _____

                             Isolation _____

        Initiate Universal Precautions _____

*Moist Heat to Thoracic and Lumbar Spine for 15min. Twice a day for 5 days*

## Individual found to be:

                               Frail/Elderly _____

                  Physically Handicapped _____

            Developmentally Disabled _____

                Drug/Alcohol Withdrawal _____

           Special Mental Health Needs _____

         Expressed Suicidal Ideation _____

               History of Seizures _____

                            Other _____

                  Specify _____

Nurse *V. Young Lpn*                    Date *12-6-05*

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Clayton , Sidney_
                             LAST          FIRST          MI

**DATE OF BIRTH** _3-23-76_          **SS#** _224797_

**Housing Recommendations:**

General Population _____          _Saline Nasal Spray_

Medical Observation Unit _____    _Bid (twice a day) X 90d_

Lower Level/Lower Bunk _____          _KOP_

Suicide Precautions _____    _( 10-24-05 — 1-24-06 )_

Special Watch (15 Minute Checks) _____    _Per Dr. Ragapati_

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _V. Young Lp_          Date _10-24-05_

_(AI)_

_Sidney Clayton 224797_

GLF 1005          Original/Classification          Second Copy/Booking Staff          Third Copy/Medical Unit



**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

I.  HISTORY – (LPN or RN)

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) | | ✓ | 206 - 12/17/04 |
| (Compare Weight Below) | | | *Last weight at least 6 months ago* |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | |

Weight 195# Temp 97.8 Height 6'3 Pulse 54 Resp 18 Blood Pressure 120/80

**If greater than > 140/90, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

Eye Exam: 20/20 OD 20/25 OS 20/20 OU

II.  TESTING – (LPN or RN)          RESULTS

| | |
|---|---|
| Tuberculin Skin Test (q yr) | Date given 3/24/05 Site RFA |
| | Read on 3/26/05 Results 0 mm |
| Past Positive TB Skin Test → | **Survey Completed** |
| (Chest x-ray if clinical symptoms) | Date _____ Results _____ |
| RPR (q 3 yrs) | Date 12-3-02 Results NR |
| EKG (baseline at 35, over 45 q 3 yrs) | N/A |
| Cholesterol (at 35 then q 5 yrs) | N/A |
| Tetanus/Diptheria (q 10 yrs) | Last Given 2002 Due 2012 |
| (if done today) | Site given _____ Dose _____ Lot # _____ |
| Optometry Exam (@ 50 if not already seen) | N/A |
| Mammogram | Date N/A Results _____ |
| (females @ 40, q 2 yrs/other M.D. order) | |

III.  PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)

| | |
|---|---|
| Class ① 2 3 4 5   Restrictions | none |
| Heart | Reg rhythm |
| Lungs | clear |
| Breast Exam | ø masses, drainage. |
| Rectal (yearly after 45) | Results N/A |
| with Hemoccult | Results |
| Pelvic and PAP (q 1 yr) | Date N/A Results _____ |

Facility Ventress Nurse Signature F. Smith Ln LCarter LPN Date 3/24/05

M.D. or Mid-Level Signature JDZale Cane Date 3/30/05

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Clayton, Sidney | 224797 | 3-23-76 | B/M |



**PRISON HEALTH SERVICES, INC.**

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

*Denise Clayton    (mother)*

| Name | Relationship |

*317 Beakon Crest Circle*

| Street Address | Phone Number |

*Birmingham, AL    35954*

| City | State | Zip Code |

*+ Sidney Clayton    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    3/24/05*

| Inmate Signature | AIS# | SS# | Date |

*J. Smith Jr    3/12/0 3/24/05*

| Witness | | Date |

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Clayton, Sidney | 224797 | 3/23/76 | B/M | VCF |

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Clayton, Sidney B_
                             LAST                FIRST           MI

**DATE OF BIRTH** _3-23-76_     ~~SS#~~ AIS _224797_

_6-15-04  7³⁰ p. BP 150/90_

**Housing Recommendations:**
_BP Check x
3 days  5 Am_

General Population____

Medical Observation Unit____

Lower Level/Lower Bunk____ _6-16-04_

Suicide Precautions____ _6-17-04_

Special Watch (15 Minute Checks)____ _6-18-04_

Isolation____

Initiate Universal Precautions____

_Sidney Clayton_

**Individual found to be:**

Frail/Elderly____

Physically Handicapped____

Developmentally Disabled____

Drug/Alcohol Withdrawal____

Special Mental Health Needs____

Expressed Suicidal Ideation____

History of Seizures____

Other____

Specify_____

Nurse _____     Date _6-15-04_

GLF 1005     Original/Classification     Second Copy/Booking Staff     Third Copy/Medical Unit

# HEALTH EVALUATION

Age 27  Sex M  Race B  Ht 6'3  Wt 206

| | Temp | BP | Pulse | Resp |
|---|---|---|---|---|
| | 98.2 | 120/90 | 67 | 20 |

Do you now or have you ever had, or been treated for:

| Problems | Y | N | Problems | Y | N | APPRAISAL | | N | Abn/Comment |
|---|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Kidney Stones/Disease | | ✓ | | Screening Observation | ☐ | Check items below & initial |
| Loss of Consciousness | | ✓ | Bladder/Kidney Infection | | ✓ | General | Movement, Deformity, Pain, Bleeding | N | BL |
| Severe Headaches | | ✓ | Alcoholism | | ✓ | | Habitus, Hygiene | | |
| Vertigo/Dizziness | ✓ | | Drug Abuse | | ✓ | Neuro | Mental Status, Intox Withdrawal, Tremors | N | BL |
| Vision Problems | | ✓ | Tobacco Use | | | | Neuro-deficits | | |
| Hearing Problems | | ✓ | Psychiatric Hx | | ✓ | Skin | Injury, Bruises, Trauma Jaundice | N | BL |
| Dental Prob./ Dentures | ✓ | | Suicidal | | | | Diaphoretic, Rash Lesions, Infestations | | |
| Seizures | | ✓ | Communicable/Contagious | | | | Needle Marks Color, Turgor | | |
| Strokes | | ✓ | Tuberculosis | | ✓ | Head | Normocephalic Atraumatic | N | BL |
| Nervous Disorders | | ✓ | HIV/ AIDS | | ✓ | | Hair, Scalp | | |
| DT's | | ✓ | Hepatitis- Type | | ✓ | Eyes | Glasses/ Vision Pupils | N | BL |
| Heart Condition | | ✓ | Gonorrhea | | | | Sclera, Conjunctiva | | |
| Angina/Heart Attack | | ✓ | Syphilis | | | Ears | Appearance Canals, TMs, Hearing | N | BL |
| High B.P. | | ✓ | Lice; Crabs; Scabies | | | Nose | Epistaxis, Sinuses | N | BL |
| Anemia/Blood | | ✓ | OB/ GYN | | | Throat | Teeth, Gums, Dentures Mouth, Tongue, Tonsils | N | BL |
| Lung Condition | | ✓ | LMP Date: | | | | Airway | | |
| Asthma | | ✓ | Duration: | | | Neck | C Spine, Mobility Veins, Carotids | N | BL |
| Bronchitis | | ✓ | LMP Normal: | | | | Thyroid, Lymph Nodes | | |
| Emphysema | | ✓ | Regularity: | Y | N | Chest | Config. Ausc./ Resp. Cough/ Sputum | N | BL |
| Pneumonia | | ✓ | Gravida/Para: | | | (Breasts) | Masses | | |
| Diabetes | | ✓ | AB/Miscarriage: | | | Heart | Ausc. Rate, Rhythm Murmurs, Ectopy | ☐ | |
| Hay Fever/ Allergies | | ✓ | Contraception: | Y | N | Abdomen | Bowel Sounds Palp. G/R/T, Hernia | ☐ | small, retractable umbilical hernia |
| Gastritis | | ✓ | Describe: | | | GU | Flank Tenderness Bladder Tenderness | N | BL |
| Ulcers | | ✓ | LAB Tests- Dates | N | Ab | | /Distention | | |
| Bleeding | | ✓ | RPR  12-3-07 | | ✓ | Back | ROM, Spasm, Injury | N | BL |
| Gall Bladder/Pancreas | | ✓ | PPD- Date given: 3-9-04 | | | Extrem | Edema, Pulse Cyanosis- ROM, Injury | ☐ | |
| Liver Problems | | ✓ | RFA/ LFA  R F A | | | Genitals | Injuries/ Lesions | N | BL |
| Arthritis | | ✓ | Date read: 3/11/04 | | | Pelvic/ Pap | Deferred ☐ | | |
| Joint Muscle Problem | | ✓ | Results in mm.: Ø | | | Rectal/ Gulac | Deferred ☒ | | |
| Back/Neck Problem | | ✓ | Deferred/ Follow-up: | | | | ① | | |

Comments:

Placement: (✓) General Population  ( ) Emergency Dept.  ( ) Isolation  ( ) Medical Observation  ( ) Other: _____
Referral: ( ) Medical  ( ) Dental  ( ) Mental Health  ( ) Other ____  When: (✓) Immediately  ( ) Next Sick Call _____

| M Benefield Jr | 3-9-04  07:20 | ___ MD | |
|---|---|---|---|
| Screener's Signature | Date/Time | Evaluator's Signature/ Title | Date/Time |

B. Leslie RN   03-09-04



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

| Barbara Trimble | Sister |
|---|---|
| Name | Relationship |

| 404 Lookout Ave | 256-538-0011 |
|---|---|
| Street Address | Phone Number |

| Attalla | al. | 35954 |
|---|---|---|
| City | State | Zip Code |

+ Sidney Clayton        224797    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    3-9-04
Inmate Signature            Doc#         S.S.#          Date

M Benefield Jr                              3-9-04
Witness                                    Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Clayton, Sidney | 224797 | 3-23-76 | B/m | VCF |

PHS-MD-70003        (White – Medical Record, Yellow – Active File, Pink – Control Center)

Inmate Name: Sidney Clayton  ID #: 224797  Race: BL M  D.O.B. 3/23/76

## INMATE QUESTIONNAIRE (circle one)

| # | Question | Answer |
|---|----------|--------|
| 1. | Do you have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes / **No** |
| 2. | Have you fainted or had a head injury in the past 6 months? | Yes / **No** |
| 3. | Have you been seen by a doctor in the past 6 months? | **Yes** / No |
| 4. | Do you wear glasses or contact lenses? | Yes / **No** |
| 5. | Do you have prosthesis, splint, crutches, cast or brace that you will need while here? | Yes / **No** |
| 6. | Do you drink wine, beer or whiskey? How often_____ How much_____ Last time_____ | **Yes** / No |
| 7. | Have you had seizures or blackouts when you stop drinking? | Yes / **No** |
| 8. | Do you use drugs? Type_____ How often_____ Last time_____ | Yes / **No** |
| 9. | Have you had withdrawal problems when you stop taking drugs? | Yes / **No** |
| 10. | Are you currently detoxing? If yes, from what substance? _____ | Yes / **No** |
| 11. | Do you have any medical problems we should know about? | Yes / **No** |
| 12. | Have you been in this facility before? | Yes / **No** |
| 13. | Are you covered by medical insurance or a benefits program? | Yes / **No** |

### MENTAL HEALTH

| # | Question | Answer |
|---|----------|--------|
| 14. | Have you ever been hospitalized or treated for psychiatric problem? | Yes / **No** |
| 15. | Have you ever considered or attempted suicide? | Yes / **No** |
| 16. | Are you feeling depressed or extremely sad? | Yes / **No** |
| 17. | Do you want to hurt yourself or someone else? | Yes / **No** |
| 18. | Are you hearing voices? If yes, what are they saying? | Yes / **No** |

### FEMALE INMATES ONLY

| # | Question | Answer |
|---|----------|--------|
| 19. | Are you pregnant? LMP_____ | Yes / No |
| 20. | Do you use birth control? Type_____ | Yes / No |
| 21. | Have you recently had a baby, miscarriage or abortion? | Yes / No |

Comments: (Explain "Yes" Responses)
_____
_____
_____
_____

### VITAL SIGNS

HT __75__  WT __190__  BP __120/70__
Pulse __92__  Resp __20__  Temp __98.9__

### DISPOSITION

Referrals: _____ None
_____ Emergency Room (Pre-booking injury)
_____ Emergency Room (Acute condition)
_____ Physician
_____ Sick Call

Placement:
_____ Infirmary
_____ Detoxification Setting
_____ General Population
_____ Other

## CURRENT MEDICAL CONDITIONS (√ terms that apply)

_____ Unconscious
_____ Disoriented
_____ Intoxicated
_____ Lesions
_____ Obvious Pain
_____ Bruises
_____ Fever
_____ Nausea
_____ Uses Tobacco

_____ Skin Infection
_____ Restricted Mobility
_____ Skin Rash
_____ Jaundice
_____ Needle Marks
_____ Swollen Glands
_____ Active Cough
_____ Vaginal/Penile Discharge
_____ Dental Problems

## MEDICAL HISTORY (√ terms that apply)

_____ Arthritis
_____ Diabetes
_____ Seizure Disorder
_____ Asthma
_____ Special Diet
_____ Heart Condition
_____ Hypertension
_____ Stomach Ulcer
_____ Cancer
_____ Sickle Cell Anemia
_____ Emphysema

_____ Frequent Diarrhea
_____ Genital Sores
_____ V.D.
_____ Hepatitis
_____ HIV+
_____ Tuberculosis
_____ Persistent Sore Throat
_____ Dental Problems
_____ Surgeries
_____ Chest Pain
_____ Jaundice

## TB HISTORY

Ever treated with TB drugs?  Yes / **No**
Previous PPD test?  **Yes** / No
Previous Positive Reaction?  Yes / **No**
If positive result:
When _____
Where _____
Chronic Cough/Blood _____   Fever _____
Recent Weight Loss _____   Night Sweats _____
Recent Appetite Loss _____   Fatigue _____

## MEDICATIONS

Current Medications:

Ø

## ALLERGIES

Medication Allergies:  Yes / **No**
  Type: _____
Other Allergies:  Yes / **No**
  Type: _____

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Inmate Signature: X Sidney Clayton

SCREENED BY: _Sidney Procter W-M_  DATE: 12-3-02  TIME: 8:00A

REVIEWED BY: _____  DATE: _____  TIME: _____

PHYSICAL ASSESSMENT

Institution _____

| | |
|---|---|
| INMATE NAME: | VITAL SIGNS |
| TYPE OF ASSESSMENT: INITIAL_____ OTHER_____ | HT___ WT___ BP___<br>PULSE___ RESP___ TEMP___ |
| FAMILY HISTORY: (F/FATHER; M/MOTHER; B/BROTHER; S/SISTER) | VISION (SNELLEN CHART) |
| TB___ HEPATITIS___ HIV+___ HYPERTENSION___<br>CANCER___ ASTHMA___ EPILEPSY___ ANEMIA___<br>KIDNEY DISEASE___ SICKLE CELL___ SEIZURES___<br>MENTAL ILLNESS___ DIABETES___ HEART DISEASE___<br>OTHER___ | Rt: 20/__ with glasses___<br>Lt: __/20 with glasses___ |

## PHYSICAL ASSESSMENT

| Normal/Not Present<br>Please ✓ | Abnormal/Comment | |
|---|---|---|
| SKIN: Color<br>Condition<br>Turgor<br>Recent Injury<br>Tatoos<br>Scars | ✓ ✓ | FEMALES ONLY |
| | ok | PELVIC EXAM:<br>Pap Smear<br>Gonorrhea Culture<br>(Admission PE only) |
| HEAD: Hair<br>Scalp (pedicull) | ✓ ✓ | IMMUNIZATION STATUS |
| EARS: Appearance<br>Canals | ✓ | Date last Tetanus: 2002<br>Other___ |
| MOUTH: Throat<br>Tongue<br>Tonsils | ✓ | TB SCREENING<br>Current PPD: 12-3-02<br>Date Given: ___<br>Results and Date: 12-6-02  φmm<br>PLEASE CIRCLE<br>Follow-up scheduled:    Not Indicated<br>                                      Yes |
| NOSE: Obstruction<br>Drainage | ✓ | ORAL SCREENING |
| NECK: Veins<br>Mobility<br>Thyroid<br>Carotids<br>Lymph nodes | ✓ ↓ | Pain/Discomfort:___<br>Condition of teeth:    poor    fair    good<br>Condition of gums:    poor    healthy<br>False teeth:    partial    plate    upper    lower<br>Oral Hygiene instructions given: |
| CHEST (BREASTS)<br>Configuration<br>Auscultation<br>Respirations<br>Cough/Sputum | ✓ EBBS | REMARKS<br>RPR/HIV) done |
| HEART: Auscultation<br>Radial pulse<br>Apical pulse<br>Rythm | ✓ RRR | |
| ABDOMEN:<br>Shape<br>Bowel Sounds<br>Palpation<br>Hernia | ✓ NON-tender | |
| SPINE | ok | |
| NEUROLOGICAL:<br>Reflexes | ✓ | |
| GENITAL/URINARY:<br>Lesions<br>Discharge | ✓ ↓ | REFERRAL |
| RECTAL EXAM:<br>(For 40 yrs. old and older)<br>Hemorroids<br>Anal Warts<br>Stool for Occult<br>Blood  +  - | | Assessed by: JZM<br>Date: 12/3/__ Time:___<br>Physician Review ___ CRNP<br>Date: 12/6/02 Time: 1045 |
| EXTREMITIES:<br>Pulses<br>Edema<br>Joints | ✓ ok | |

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/11/06 | 8:43am | *Bed @ Bullock c̄ val. I & I Bes* *c̄-mt meds* | *A. Jackson MSC* |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| *Clayton Sidney* | *224797* | *3/23/76* | *BM* | *BCCF* |

F-61

## PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM

Name: Clayton, Sidney    AIS#: 224747    R/S: Bm
Date: 12/30/02    Date of Birth: 3/23/76    Age: 26

Beta II: 74    WAIS: ___/___    WRAT-RL: 5.8
Last School Grade Completed: 11    Special Education Classes:    Ye s   (No)

MMPI Welsh Code: 9 364 2187/50:    Megargee Type: ____
L'K·FH                    AJ(?)

### General Appearance

| | |
|---|---|
| ✗ a. Neat and generally appropriate | ___ c. Flat or avoiding interaction |
| ___ b. Poorly groomed | ___ d. Sad or worried |

___ e. Other* _____
_____
_____

### I. Interpersonal Functioning

| | |
|---|---|
| ✗ a. Normal-good relationships likely | ___ d. Lacks skill or confidence |
| ___ b. Withdrawn/apparent loner | ___ e. Probably difficult to get along with |
| ___ c. Likely to ignore rights/needs | |

Other* (Specify)    ___1.    ___2.    ___3.    ___4.    ___5.    ___6.
(See Copy)    _____

### II. Personality

| | |
|---|---|
| ___ a. Healthy | ___ d. Explosive |
| ✗ b. Antisocial | ___ e. Dependent |
| ___ c. Paranoid | ___ f. Passive-Aggressive |

Other* (Specify)    ___1. Schizoid    ___4. Narcissistic    ___7. Compulsive
                   ___2. Schizotypal    ___5. Borderline    ___8. Atypical/mixed
                   ___3. Histrionic    ___6. Avoidant    12

___9. See Copy (Write in your wording) _____
_____

### III. Substance Abuse

___ a. Alcohol addiction/abuse history _____
_____

___ b. Drug addiction/abuse history _____
_____
_____
_____
_____

N-259 (2/2001)
White to Central Records
Yellow to Institutional File
Pink to Medical Record

* See manual for selections and numbers for "other"

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM
Page 2                                      Name: _Clayton._

III.  **Substrate Abuse (continued)**
_____  c.  Current use _____

_____  d.  Current addiction _____

Other* (Specify): ____1.  ____2.  ____3.  ✗ 4.  ____5.  ____6.  ____7.  ____8.

IV.  **Emotional Status**
_____  a.  No significant problems
_____  b.  Depressed_____

_____  c.  Anxious or stressful_____

_____  d.  Angry or resentful_____

_____  e.  Confusion or psychotic symptoms_____

_____  f.  Mood disturbances_____

_____  g.  Sexual maladjustment_____

          History of sex offenses?    Y es    (No)
_____  h.  Paranoid ideation _____

_____  i.  Sleep/appetite disorder_____

Other* (Specify): ____1.  ____2.  ____3.  ____4.  ____5.  ✗ 6.  ____7.  ____8.  ____9.
          (See Copy) _____

Emotional response to incarceration: _D/c_____

V.  **Mental Deficiency**
_____  a.  Mild                    ✓  d.  Borderline
_____  b.  Moderate               _____  e.  Organic impairment suspected
_____  c.  Severe                 _____  f.  Memory deficit
Remarks:_____ 10-71_____

          History of cerebral trauma or seizures?    Y es    (No)

                                      * See manual for selections and numbers for "other"

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM
Page 3                                                    Name: _Clayton_

<u>Mental Health History</u>
_____ a.  Outpatient treatment (dates/where) _____

_____ b.  Inpatient treatment (dates/where) _____

_____ c.  Psychotropic medication (type/effectiveness) _____

_____ d.  Family history of mental illness _____

VI.  <u>Management Problems</u>
_____ a.  Suicide potential    Ideation?   Yes  (No)   Plans?   Yes  (No) ✓
            History of attempts/gestures _____
_____ b.  Serious mental illness (specify)_____

_____ c.  Impulsive /acting out behaviors predicted _____

_____ d.  Authority conflict _____

_____ e.  Manipulative/untrustworthy _____

_____ f.  Easily victimized _____

_____ g.  Escape potential _____

_____ h.  Assaultiveness _____

        History of expressively violent behavior?    (Yes)    No

Other* (Specify)  ____1.  ____2.  ____3.  ____4.  ____5.  ____6.  ____7.  ____8.  ____9.
        (See Copy) _____
                   _____

VII.  <u>Educational Needs</u>
      ✓a. ABE      ____b. Special Education    ✓c. Trade School   ____d. Junior College

VIII.  <u>Mental Health Needs</u>
_____ A.  Refer to psychiatrist        _____ E.  Sexual adjustment         _____ I.  Self-concept enhancement
_____ B.  Substance abuse counseling   _____ F.  Reality therapy           _____ J.  Healthy use of leisure
_____ C.  Depression                   _____ G.  Anger-induced acting out  _____ K.  Personal development
_____ D.  Stress management            _____ H.  Values clarification

RECOMMENDATIONS/REMARKS: _Recommend SAP, El problemas_
_____
_____

MENTAL HEALTH CODE:      SMI      HARM      HIST    (NONE)

Evaluation Completed by: _W B Barnett_ _____ Date: _12/5/02_ .

                                    * See manual for selections and numbers for "other"

```
***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

                    developed by

                Roger L. Greene, Ph.D.
              Robert C. Brown, Jr., Ph.D.
                   and PAR Staff




                -- CLIENT INFORMATION --
```

| | | | |
|---|---|---|---|
| Client | : CLAYTON SIDNEY | Age | : 26 |
| Sex | : Male | Marital Status | : |
| Education | : | Date of Birth | : 03/23/1976 |
| File Name | : 224797 | | |

Prepared for: Kilby Correctional Facility on 12/04/2002

------------------------

    The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated.  No decisions should be based solely
on the information contained in this report.  This material
should be integrated with all other sources of information in
reaching professional decisions about this individual.  This
report is confidential and intended for use by qualified
professionals only.  It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
                  All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

```
MMPI-2 INTERPRETIVE REPORT                                        PAGE  2
PREPARED FOR: Kilby Correctional Facility

              -- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --

              L    F    K    Hs   D    Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
    110 --  --   --   --  +  --   --   --   --   --   --   --   --   -- -- 110
         -            +                                              -
         -            +                                              -
         -            +                                              -
         -            +                                              -
    100 --            +                                              -- 100
         -            +                                              -
         -            +                                              -
         -            +                                              -
         -            +                                              -
     90 --            +                                              -- 90
         -            +                                              -
         -            +                                              -
         -            +                                              -
         -            +                                              -
     80 --            +                                              -- 80
         -            +                                              -
         -            +                                              -
         -    *       +                                              -
         -            +                                              -
     70 --            +                                              -- 70
         -            +                                              -
         -    --   --   -- + --   --   --   --   --   --   --   --   --
         -          *  +                                              -
         -            +                                              -
     60 --            +                                      *        -- 60
         -            +            *              *                   -
         -            +                                              -
         -            +    *    *       *              *              -
         -            +                             *                 -
     50 --  --   --   -- + --   --   --   --   --   --   --   --   -- -- 50
         -            +                                              -
         -            +                *                              -
         -            +                                              -
         -            +                                         *    -
     40 --       *    +                                              -- 40
         -            +                                              -
         -            +                                              -
         -            +                                              -
         -            +                                              -
     30 --            +                                              -- 30
         -            +                                              -
         -            +                                              -
         -            +                                              -
         -            +                                              -
     20 --  --   --   -- + --   --   --   --   --   --   --   --   -- -- 20
                         1    2    3    4    5    6    7    8    9    0
              L    F    K    Hs   D    Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
T-Score      74   39   64   54   54   57   54   46   57   51   53   59   42
Unanswered (?) Items = 197

Welsh Code:  96342187/50: L'K-F#
```

MMPI-2 INTERPRETIVE REPORT                                          PAGE   3
PREPARED FOR: Kilby Correctional Facility

## -- PROFILE MATCHES AND SCORES --

|  | Scale | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|---|
| Codetype match: |  |  | K+ | None |
| Coefficient of Fit: |  |  | -.36 |  |
|  |  |  |  |  |
| Scores: | ? (raw) | 197 |  |  |
|  | L | 74 | 67 |  |
|  | F | 39 | 47 |  |
|  | K | 64 | 65 |  |
|  | Hs (1) | 54 | 53 |  |
|  | D  (2) | 54 | 52 |  |
|  | Hy (3) | 57 | 53 |  |
|  | Pd (4) | 54 | 55 |  |
|  | Mf (5) | 46 | 45 |  |
|  | Pa (6) | 57 | 47 |  |
|  | Pt (7) | 51 | 49 |  |
|  | Sc (8) | 53 | 51 |  |
|  | Ma (9) | 59 | 47 |  |
|  | Si (0) | 42 | 44 |  |

| Mean Clinical Elevation: | 54 | 51 |
|---|---|---|
| Ave age-males: |  | 35 |
| Ave age-females: |  | 40 |
| % of male codetypes: |  | 4.4% |
| % of female codetypes: |  | 3.7% |
| % of males within codetype: |  | 73.5% |
| % of females within codetype: |  | 26.5% |

----------------------------------------------------------------

    Configural clinical scale interpretation is provided in the
report for the following codetype(s):

                            K+

----------------------------------------------------------------

MMPI-2 INTERPRETIVE REPORT                                           PAGE   4
PREPARED FOR: Kilby Correctional Facility

                  -- CONFIGURAL VALIDITY SCALE INTERPRETATION --


        There is no information available for this configuration of
scores for scales L, F, and K.  Interpretation for each of the
individual validity scales is presented below.


                          -- VALIDITY SCALES --


? (raw) = 197

        This profile is very likely invalid and probably should not
be interpreted because the number of unanswered items is greater
than 30.

L     T = 74

        L scores in this range are considered to be significant and
suggest:  1) normal individuals who are very self-controlled,
rigid, and lacking in insight; 2) the excessive use of repression
and denial; or 3) naive and unsophisticated individuals who are
attempting to create a very favorable impression of themselves.
Psychiatric patients who score in this range and have all
clinical scales below a T score of 65 may exhibit a thought
disorder.

F     T = 39

        F scores in this range may indicate that the individual is
either denying serious psychopathology by underreporting actual
problems or is actually relatively free from stress.

K     T = 64

        Scores in this range are typically obtained by individuals
who tend to be defensive and unwilling to acknowledge
psychological problems and distress.  They are prone to minimize
and disregard problems with themselves and their lives.
Self-insight and self-understanding are usually lacking.  They
are very concerned about how they are perceived by others and
typically view emotional problems as weaknesses.


        Scores on one or more of the individual validity scales
strongly suggests that the profile is invalid.  Interpretive
hypotheses based on clinical scale scores in the remainder of
this report have a very high probability of being inaccurate.
Professional users of this report should proceed with extreme
caution in using any of this material in generating hypotheses
about the individual being evaluated.

MMPI-2 INTERPRETIVE REPORT                                                                              PAGE   5
PREPARED FOR: Kilby Correctional Facility


                    -- CONFIGURAL CLINICAL SCALE INTERPRETATION --


     K+ Codetype


     Clinical Presentation:

          This codetype is relatively common in both men and women.
     They are very defensive, guarded, and resistant to considering
     that they might have psychological problems.  They avoid close
     interpersonal relationships, and tend to be fearful and
     suspicious of others.

          In normal settings, there are no other descriptors which
     apply.

          The following descriptions and possible diagnoses should
     only be considered if the individual is being evaluated in a
     psychiatric setting with substantial reason to suspect the
     presence of psychological disorder.

          In psychiatric settings, there is a strong possibility of a
     psychotic process and they should be evaluated carefully.
     Prolonged contact may be necessary in order to have sufficient
     information to make an evaluation because of their defensiveness
     and guardedness.


     Treatment:

          Prognosis is guarded because of their difficulty in
     realizing that they might have psychological problems that
     warrant some type of intervention.


     Possible Diagnoses:

          Axis I    - Rule Out Schizophrenia
                      Rule Out Organic Mental Disorder NOS

          Axis II   - Rule Out Schizoid Personality Disorder
                      Rule Out Paranoid Personality Disorder

MMPI-2 INTERPRETIVE REPORT                                          PAGE  6
PREPARED FOR: Kilby Correctional Facility

-- CLINICAL SCALES --

Hs (1)  T = 54

     Scores in this range are considered to be within normal
limits.

D  (2)  T = 54

     Scores in this range are considered to be within normal
limits.

Hy (3)  T = 57

     Scores in this range are considered to be within normal
limits.

Pd (4)  T = 54

     Scores in this range are considered to be within normal
limits.

Mf (5)  T = 46

     Scores in this range are typical for males interested in
traditional masculine interests and activities.

Pa (6)  T = 57

     Scores in this range are considered to be within normal
limits.

Pt (7)  T = 51

     Scores in this range are considered to be within normal
limits.

Sc (8)  T = 53

     Scores in this range are considered to be within normal
limits.

Ma (9)  T = 59

     Scores in this range are often obtained by individuals
described as pleasant, active, outgoing, and energetic.  They are
often independent and self-confident.  External restrictions on
their activity may possibly result in agitation and
dissatisfaction.

MMPI-2 INTERPRETIVE REPORT                                        PAGE   7
PREPARED FOR: Kilby Correctional Facility


    Si (0)  T = 42

        Scores in this range are usually obtained by individuals who
    are socially extroverted, outgoing, and gregarious.  These
    individuals have a strong need to be around other people.  Very
    low scores are suggestive of individuals who generally form
    superficial and insincere social relationships.  They may be seen
    by others as impulsive, immature, opportunistic, and
    manipulative.  They may have difficulty forming meaningful,
    intimate relationships.



                        -- ADDITIONAL SCALES --


        No additional scales were selected for interpretation by
    the user.



                            END OF REPORT
                            * * * * * * * *

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### RECEPTION MENTAL HEALTH SCREENING

Institution: _Kilby C.F._    Date/Time Inmate Received: _____
Date/Time of Screening: _12/2/02_   Signature /Title of Screener: _N. Jones, LPN_

## MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC
- ☐ Yes ☑ No  Psychotropic Medication: _____
- ☐ Yes ☑ No  Medication turned over to a DOC upon arrival?
- ☐ Yes ☑ No  Mental Health follow – up in last 90 days: _____
- ☐ Yes ☑ No  Suicide/self harm attempts in last 90 days: _____

## MENTAL HEALTH HISTORY Does inmate report a history of the following (if yes, provide details):
- ☐ Yes ☑ No  Outpatient treatment: _____
- ☐ Yes ☑ No  Inpatient treatment: _____
- ☐ Yes ☑ No  Psychotropic Medication: _____
- ☐ Yes ☑ No  Suicidal Attempts: _____
- ☐ Yes ☑ No  Suicidal Thoughts: _____
- ☐ Yes ☑ No  Head injury: _____
- ☐ Yes ☑ No  Seizures: _____
- ☑ Yes ☐ No  Violent Behavior: _Robbery_
- ☑ Yes ☐ No  Substance Abuse: _MJ, alc_
- ☑ Yes ☐ No  Substance Abuse Treatment: _Court refferal / Gasden, AL_
- ☐ Yes ☑ No  Special Education classes: _____

## INMATE SELF – REPORT OF CURRENT STATUS
- ☑ Yes ☐ No  First incarceration (reaction): _"Not good."_
- ☑ Yes ☐ No  Reports family support: _Mother & Siblings._
- ☐ Yes ☑ No  Reports serious depression/remorse: _____
- ☐ Yes ☑ No  Thinking about suicide: _____
- ☐ Yes ☑ No  Has plan for suicide: _____
- ☐ Yes ☑ No  Possible to implement plan: _____
- ☐ Yes ☑ No  Reports hallucinations: _____

## BEHAVIORAL OBSERVAIONS
- ☐ Poor eye contact
- ☐ Poor hygiene
- ☐ Unable to pay attention
- ☐ Unresponsive
- ☐ Disorientated
- ☐ Overly anxious
- ☐ Unable to follow directions
- ☐ Unable to read
- ☐ Crying
- ☐ Memory deficits
- ☐ Signs of self-mutilation
- ☐ Afraid
- ☐ Illogical speech content
- ☐ Appears to be hearing voices of seeing things
- ☐ Paranoid
- ☐ Hostile
- ☐ Other unusual behavior: _____

## DISPOSITION PLACEMENT RECOMMENDATION (Based on reception mental health screening)
- ☐ Routine housing and mental health follow-up
- ☐ Emergency mental health referral
- ☐ Priority mental health follow-up but not emergency
- ☐ Safe cell recommended
- ☐ Current Psychotropic meds verified/interim supply ordered
- ☐ Parole violator interim assessment referral

| Inmate Name: _Clayton, Sidney_ | AIS#: _224797_ |

## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

***This information on this form has been explained to me and I have received a copy of the information for my future reference.***

| Inmate Signature | 224797 | 12-2-02 |
| --- | --- | --- |
| Inmate Signature | AIS # | Date Signed |

CLAYTON, Sidney

## SHAVE PROFILE AUTHORIZATION
## CORRECTIONAL HEALTH CARE

DATE: _8/28/06_ ORIGINATING INSTITUTION/WORK RELEASE CENTER _REHF_

REASON FOR PROFILE: _Moderate facial folliculitis_

TREATMENT: _Clipper 1/8 inch_

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _____/_____/_____.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

_REHF Only_

☐ Warden _____/_____/_____
          DATE

☐ Inmate _____/_____/_____
          DATE

_C Harrell_

NURSE'S SIGNATURE
(Distributed By)

PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| _Clayton    Sidney_ | _3/23/1976_ | _30_ | _Blm_ | _224757_ |

ORIGINAL - Blue Medical Jacket                           PINK - Warden



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### BLOOD PRESSURE RECORD

INSTRUCTIONS: _BP ✓ X 3 day q Arm_

PHYSICIAN: _____

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| 2-4-06 | 140/100 | Ⓡ | KL |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NAME: _Clayton, Sidney 224797_    LOCATION: _Ventress_

60103 (3/98)

**Prison Health Services**
**Treatment Record**

*Blood Pressure Checks*

**Treatment Ordered:**

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 1-5-06 | 1-11-06 | 1-18-06 | | | | |
| 130/86 | 130/74 | 124/84 SAM | | | | |
| | | GH | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

**Comments:**

*Bulloch*

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|------------|----------------|
| Clayton Sidney | | Population<br>Ventress |

**Prison Health Services
Treatment Record**

**Treatment Ordered:** Jet Neb tx daily X 7 days 3/17/06 - 3/24/06

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

**Comments:**

Bullock

| Patient Name/Number | Allergies: | Housing Unit: |
|---|---|---|
| Clayton, Sidney 224797 | NKDA | Ventress |

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _4-27-06_ ORIGINATING INSTITUTION/WORK RELEASE CENTER _Bullock_

REASON FOR
PROFILE _Razor Bumps_

TREATMENT: _Shaving profile X 120 days_

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _8-27-06_.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

    [ ] Warden _____/_____/_____
                      DATE

    [ ] Inmate _____/_____/_____
                      DATE

_____
NURSE'S SIGNATURE
(Distributed By)

_____
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Clayton, Sidney | 3-23-76 | | B/M | 224797 |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate

PINK - Warden

F-13



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

Name _Sidney Clayton_   AIS # _224797_   Cell _804_

Name Key:
NC   No Complaints
C    Complaint (Provide Documentation in Complaint Section)

# SEGREGATION HEALTH LOG

| Year 2006 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| January | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | | | | | | | | | | | | | | | | | | NC | NC | NC | NC |
| Nurse | DT | DT | DT | DT | CH | CH | CH | CH | CH | CH | | | | | | | | | | | | | | | | | | DT | DT | CH | DT |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurse's Signature and Initials:

_____ / ___  _____ / ___  _____ / ___
_____ / ___  _____ / ___  _____ / CH

Bullock

60527-AL

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

Inmate's Name: __Sidney Clayton__ Date: __4-10-06__ Time: __3:20 Pm__

DOB: __3-23-76__ Officer __Pully__ Institution: __BCCT__

Booking Officer's Visual Opinion

|  |  | YES | NO |
|---|---|---|---|
| 1. | Is the inmate conscious? | ✓ | ✗ |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? |  | ✓ |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? |  | ✓ |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? |  | ✓ |
| 5. | Is the skin in poor condition of show signs of vermin or rashes? |  | ✓ |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? |  | ✓ |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) |  | ✓ |
| 8. | Is the inmate making any verbal treats to staff or other inmates? |  | ✓ |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? |  | ✓ |
| 10. | Does the inmate have any obvious physical handicaps? |  |  |

If the answer is YES to any questions from 2-10 above, specify WHY in section below.

|  |  | YES | NO |
|---|---|---|---|
| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? |  | ✓ |
| 12. | Are you on any special diet prescribed by a physician? (If YES, what type?) |  | ✓ |
| 13. | Do you have a history of venereal disease or abnormal discharge? |  | ✓ |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor any illness? | ✓ |  |
| 15. | Have you ever attempted suicide? |  | ✓ |

(If YES, When? _____ How? _____

|  |  | YES | NO |
|---|---|---|---|
| 16. | Do you want to do any harm to yourself now? |  | ✓ |

|                                                                          | YES | NO | NO RESPONSE |
|--------------------------------------------------------------------------|-----|----|-------------|
| 17.  Do you want to talk to a mental health counselor?                   | ___ | ✓  | ___         |
| 18.  Are you allergic to any medication?                                 | ___ | ✓  | ___         |
| 19.  Have you recently fainted or had a head injury?                     | ___ | ✓  | ___         |
| 20.  Do you have epilepsy?                                               | ___ | ✓  | ___         |
| 21.  Do you have a history of tuberculosis?                              | ___ | ✓  | ___         |
| 22.  Do you have diabetes?                                               | ___ | ✓  | ___         |
| 23.  Do you have hepatitis?                                              | ___ | ✓  | ___         |
| 24.  Do you have a painful dental problem?                               | ✓   | ___| ___        |
| 25.  Do you have any medical problems we should know about?              | ___ | ✓  | ___         |
| 26.  Do you have a past alcohol or drug history?                         | ___ | ✓  | ___         |

What type? _____  How much used? _____

For how long? _____  Last time used? _____

Comments: (Unusual behavior, etc.)

_____

_____

_____

For the Officer:

27.  Was the new inmate briefed on sick/dental call procedures?                          yes

28.  This inmate was:   a. Released for normal processing

                   b. Referred to appropriate health care unit             ___

                   c. Immediately sent to health care unit                 ___

_____
Officer's Signature

NOTE:  This form is completed on inter and intra system transfers at receiving and will be filed in the inmates' medical jacket to comply with ACA Standards 2-4289, 2-4290 and AMA Standard 140.

_____
Inmate's Signature



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4/12/06

**To:** DOC @ BCCF

**From:** HCU @ BCCF / JAppling LPN

**Inmate Name:** Clayton, Sidney    **ID#:** 224797

The following action is recommended for medical reasons:

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

Keylock until seen by eye doctor
Start 4/12/06 ⟶ 4/20/06 stop.

_____

_____

_____

**Date:** 4/12/06  **MD Signature:** Dr. Riddig / Appling RN  **Time:** 0900

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4/11/06

**To:** DOC @ BCCF

**From:** HCU @ BCCF / Xippling LPN

**Inmate Name:** Clayton, Sidney    **ID#:** 224797

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Proventil Inhaler x 20 days start—4/11/06 → stop 4/30

**Date:** 4/11/06    **MD Signature:** Dr. Siddiq / Xippling LPN    **Time:** _____

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4-07-06

**To:** DOC

**From:** HCU

**Inmate Name:** Clayton, Sidney    **ID#:** 224797

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____until_____

5. Other _____

**Comments:**

May KOP Albuterol inhaler to use
(2 puffs) ever 4 hours if needed for
6 months.

04-07-06   to   10-07-06

**Date:** 04-07-06 **MD Signature:** B. Leihe RN    **Time:** 1800

Sidney Clayton

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Clayton, Sidney_____
(Print Name)                                    (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )  Splint
( ✔ )  Eyeglasses
(   )  Dentures
(   )  Prothesis        describe _____
(   )  Wheelchair
(   )  Cane
(   )  Crutches
(   )  Other            describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Sidney Clayton_____     _3/18/06_____
(Inmate)                                               (Date)

_J. Smith Jr_____     _3/18/06_____
(Witness)                                             (Date)

| INMATE NAME (LAST, FIRST, MIDDLE)  Clayton, Sidney | DOC# 224797 | DOB | R/S B/m | FAC VCF |
|---|---|---|---|---|

PHS-MD-70005          (White – Medical File, Yellow – Security Property Officer)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _3.17.06_

**To:** _ADC_

**From:** _Dr Rayapati_

**Inmate Name:** _Clayton Sidney_  **ID#:** _____

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra_____ until _____

5. Other _____

**Comments:**

_1. Jet Neb treatment daily x 7days 3/17/06 - 3/24/06 @ 5P 5:00 A_

_2. Pill Call time is 3A - 3P_

_____

_____

_____

**Date:** _3/17/06_  **MD Signature:** _Dr Rayapati / G Johnson RN_  **Time:** _____

60418



Reason
I've already seen
the Doctor.



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: Sidney Clayton

Date of Birth: 3/23/76              Social Security No.: 824797

Date: 3/17/06                       Time: 11:56 AM        ⬤ A.M.
                                                            P.M.

This is to certify that I, _____, currently in
                              (Print Inmate's Name)

custody at the _____ Ventress _____, am refusing to
                          (Print Facility's Name)

accept the following treatment/recommendations: I've Seen the Doctor already
                                                  (Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

X _____        _____
        (Signature of Inmate)                  (Signature of Medical Person)

_____        _____
          (Witness)                                    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

# PRISON HEALTH SERVICES
## SEGREGATION LOG

Name: Clayton, Sidney    AIS 224097    DOB    UNIT CVCF 101    YEAR 2005

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | N/C | | D | D | D | D | D | D | D | D | D | D | D | | D | D | D | D | D | D | D | D | D | D | D | D | D | N/C | | D |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEY:
M – MEDICAL
D – DENTAL
P – PSYCHIATRIC
N/C – NO COMPLAINTS

NURSES SIGN AND INITIAL

NC 072

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** Clayton, Sidney

LAST / FIRST / MI

**DATE OF BIRTH** ~~12 18 05~~ 032376

**SS#** AIS 224797

**Housing Recommendations:**

Follow up Chronic Care Clinic 1 month For Blood Pressure check Newsletter For Stop up

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

— D/c Crutches

— Back exercises daily X 90 days
01 03 06
0 4 03 06

— Moist heat (warm towel) to back at least 2 times daily For 15 mint

Blood pressure check weekly X 3 wks
01 04 06
01 11 06
01 18 06

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _____  Date 01 03 06

Come at 0500 Am

GLF 1005    Original/Classification    Second Copy/Booking Staff    Third Copy/Medical Unit



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Clayton, Sidney #224797_

Date of Birth: _3-23-76_          Social Security No.: _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_

Date: _1-3-06_          Time: _1 50_   A.M. / **P.M.**

This is to certify that I, _Sidney Clayton_ , currently in
(Print Inmate's Name)

custody at the _Ventress Correctional Facility_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _sick call_
(Specify in Detail)

_____

_____

    I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Sidney Clayton 224797_          _C Hunter, LPN_
(Signature of Inmate)**          (Signature of Medical Person)

_Manyhill Jr_          _____
(Witness)          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Clayton_     _Sidney_
                         LAST                  FIRST            MI

**DATE OF BIRTH** _3-23-76_       **SS#** _120605_

## Housing Recommendations:

General Population _____     _Back Exercises_

Medical Observation Unit _____    _daily x 30d_

Lower Level/Lower Bunk _____    _12/20/05 — 1/20/06_

Suicide Precautions _____

Special Watch (15 Minute Checks) _____    _Moist Heat to affected_

Isolation _____    _10 mts. daily x 2 wks_

Initiate Universal Precautions _____    _may use damp towel_
                                                 _with warm water apply_
                                                 _for 10 minutes_
                                                 _12-20-05 — 1-03-06_

## Individual found to be:

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _V. Young Lpn_       Date _12-20-05_

_Sidney Clayton._

GLF 1005      Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _12-8-05_

**To:** _VCf / DOC_

**From:** _HCU_

**Inmate Name:** _Clayton, Sidney_   **ID#:** _224797_

### The following action is recommended for medical reasons:

1. House in _INF SeG_

2. Medical Isolation

3. Work restrictions

4. May have extra_____until_____

5. Other

**Comments:**

_Renewal of Shaving Profile Clipper_
_Shave x 1 year. Begin 12-8-05 end 12-8-06_
_no side burns, no mustache, Clip facial from_
_ear to face ¼"_

**Date:** _12/8/05_   **MD Signature:** _Rayapati J Rahien_   **Time:** _12 ⁴⁰ p_

60418

_Sidney Clayton_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

## DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: _11 - 21 - 05_                    Time: _10 ³⁰_   (A.M.)
                                                        P.M.

I have been advised by Medical Staff _Ventress Correctional Fac-_

that it is necessary for me to undergo the following treatment:

_Hepalitis B Vaccine_
(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I

nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences

involved and release the above named Medical Personnel, the _Ventress_ ,

(Name of Facility)

and its agents and employees from any liability.

Inmate: _Refused to Sign_ Date: _11-21-05_

Witness: _Don Raft cot_ Date: _11-21-05_

Witness: _A Mach Jn_ Date: _11-21-05_

**DOC # 010-127-004**

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | PHS | FAC |
|---|---|---|---|---|---|
| _Clayton Siedny_ | | 224797 | 3-23-76 | B/m | VCF |
| PHS-MD-70032 | | | | | DOC # 010-127-004 |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Sidney Clayton_

Date of Birth: _3/23/76_          Social Security No: _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_

Date: _11/4/05_          Time: _2:30pm_          A.M.
                                                  P.M.

This is to certify that I, _Sidney Clayton_ , currently in
                                    (Print Inmate's Name)

custody at the _Ventress Correctional_ , am refusing to
                          (Print Facility's Name)

accept the following treatment/recommendations: _Sick Call_
                                                 (Specify in Detail)

_____

_____

   I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Sidney Clayton_                    _224797_
(Signature of Inmate)              (Signature of Medical Person)

_____           _G. Johnson LPN_
(Witness)                          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _12 / 17 / 04_ ORIGINATING INSTITUTION/WORK RELEASE CENTER _Ventress Correctional_

REASON FOR PROFILE _Facial irritation_ _____

TREATMENT: _Clipper shave shaded area 1/8th inch from skin_
_X one year) 12/17/04 – 12/17/05_ _____

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _12 / 17 / 05_ .
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ____/____/____
            DATE
☒ Inmate _12 / 17 / 04_
            DATE

_G Johnson LPN_ _____
NURSE'S SIGNATURE
(Distributed By)

_Dr Rayapati / G Johnson LPN_ _____
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| _Clayton, Sidney_ | 3/23/76 | | B/M | 224797 |

ORIGINAL - Blue Medical Jacket          PINK - Warden
YELLOW - Inmate      _+ Sidney Clayton_

F-13