# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _6 / 18 / 04_  ORIGINATING INSTITUTION/WORK RELEASE CENTER _Ventress_

REASON FOR PROFILE: _facial rash_

TREATMENT: _Shave to '/8" in shaded area X 6mo_

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _12 / 18 / 04_.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

[ ] Warden ____/____/____
                 DATE
[X] Inmate _6 / 18 / 04_
                 DATE

_Sidney Clayton Bey_

_M Benfield Cr_
NURSE'S SIGNATURE
(Distributed By)

_Rajapati_
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| _Clayton, Sidney_ | _3-23-76_ | | _B/m_ | _22 4797_ |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate

PINK - Warden

F-13

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 12 / 16 / 03     ORIGINATING INSTITUTION/WORK RELEASE CENTER _Ventress_

REASON FOR
PROFILE _facial folliculitis_

TREATMENT: _Clipper Shave    follow instructions below_

### SHAVE PROFILE INSTRUCTIONS



1.   Specific area of face or neck involved is to be identified on the above profiles by the physician.
2.   Hair in the areas shown on the diagrams is not to exceed 1/8".
3.   The type shave to be used is clipper.
4.   This shaving profile expires on _6 / 16 / 04_ .
5.   Any corrections automatically cancel this profile authorization.
6.   If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed
     and distributed appropriately.
7.   Designated copies of this Shaving Profile Authorization have been distributed to:

☐   Warden _____/_____/_____
                 DATE
☑   Inmate _12 / 16 / 03_
                 DATE

_____
NURSE'S SIGNATURE
(Distributed By)

_Ms Corley CRNP_
_____
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Clayton, Sidney | 3-23-76 | 27 | B/m | 224797 |

ORIGINAL - Blue Medical Jacket                    PINK - Warden
YELLOW - Inmate   _Sidney Clayton_
F-13

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _06_ / _18_ / _03_    ORIGINATING INSTITUTION/WORK RELEASE CENTER _Ventress Correctional_

REASON FOR PROFILE _Facial irritation_

TREATMENT: _Clipper shave shaded area 1/8th inch from skin X six Months 6/18/03 — 12/18/03_

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _12_ / _18_ / _03_.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ____/____/____
                DATE
☒ Inmate _06_ / _18_ / _03_
                DATE

_CJohnson LPN_
NURSE'S SIGNATURE
(Distributed By)

_M Cooley CRNP / CJohnson LPN_
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Clayton, Sidney | 3-23-76 | | B/M | 224797 |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate          _Sidney Clayton_          PINK - Warden

F-13

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

VCF

INSTITUTION

Clayton Sidney
NAME

227757 B/m
NUMBER    R/S

Lay-in for _____ days from _____ to _____
(date)

due to _____
(date)

Report to HCU M (Tues)
June 17th 2003 at 8:15am
for appt with Me
Crory for Sharry People

Instructions:

*Failure to follow the directions above may result in a disciplinary.*

6/15/0_
Date Issued

V L Dr Delhafahr
Signature

Sidney clayton

**NAPHCARE**

**RELEASE OF RESPONSIBILITY**

_Clayton Sidney_                    _6/1/03_

Name of Inmate                         Date

_22 4797    3-23-70_

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

_No Show its sick call_

_on 6/1/03_

I acknowledge that I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless NAPHCARE, its employees and agents from all responsibility and ill effect which may result from this action.

_____        _____
Inmate Signature                          Date/Time

_____
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_J Teal_
Witness

_____
Witness

_____
Date/Time

NC025                RELEASE OF RESPONSIBILITY

**HEALTH CARE UNIT PATIENT INFORMATION SLIP**

INSTITUTION WCF

NAME: Clayton Sidney
NUMBER: 22477

Lay-in for ___ days from ___ (date) due to ___ (date)

Instructions: Return to HCU on 5-12-03 at 1:30 pm for MD appt E.K.Delorge

Failure to follow the directions above may result in a disciplinary.

Date Issued: 5-2-03
Signature: Sidney Clayton / A.Mackin
F-53

---

**HEALTH CARE UNIT PATIENT INFORMATION SLIP**

INSTITUTION WCF

NAME: Clayton Sidney
NUMBER: 22479

Lay-in for ___ days from ___ (date) due to ___ (date)

Instructions: Return to HCU on 5-14-03 at 9:00 am for EKG for testing

Failure to follow the directions above may result in a disciplinary.

Date Issued: 5-12-03
Signature: Sidney Clayton / A.Mackin
F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION: VCF

NAME: Clayton, Sidney    NUMBER: 234792    R/S

Lay-in for _____ days from _____ (date) due to _____ (date)

Instructions: Benzoyl Peroxide 5% lotion twice a day for fourteen days KOP 12/17/02

12/31/02

*Failure to follow the directions above may result in a disciplinary.*

Date Issued: 12/17/02    Signature: N Stricklan, RN

S. Strickland

---

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION: VCF

NAME: Clayton, Sidney    NUMBER: 234792    B/S

Lay-in for _____ days from _____ (date) due to _____ (date) to _____

Instructions: Return to HCU at 5 AM & 6 pm

| 5-8-05 | 5-9-03 | 5-10-03 |
| 5 AM | 5 AM | 5 AM |
| 6:30 pm | 6:30 pm | 6:30 pm |

*Failure to follow the directions above may result in a disciplinary.*

Date Issued: 5-9-03    Signature: J Mark

Sidney Clayton

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _12/17/02_ ORIGINATING INSTITUTION/WORK RELEASE CENTER _VCF_

REASON FOR _Skin irritation_
PROFILE

TREATMENT: _Shaving profile for six months_
_no sideburns / no mustache_

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _6/17/03_ .
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden _____/_____/_____
            DATE
☑ Inmate _12/12/02_
            DATE

_L Strickland RN_
NURSE'S SIGNATURE
(Distributed By)

_____
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Clayton, Sidney | 3-23-76 | 26 | B/m | 224297 |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate

_Sidney Clayton_

PINK - Warden

F-13

HEALTH CARE UNIT
PATIENT INFORMATION SLIP

INSTITUTION _L.E.F._

NAME _Clayton Sidney 204792_ B/12

NUMBER _____ R/S ___

Lay-in for _____ days from _____ to _____

(date) _____ due to _____ (date)

Instructions: Return to sick on Tuesday 10/12/06 at 8:30 Am to see Markis CRNP

*Failure to follow the directions above may result in a disciplinary.*

Signature _10/11/06  N. Braston_

# VERIFICATION OF ACCESS TO HEALTH CARE

**This is to certify that I have received verbal and written access to health care instructions, to include oral hygiene instructions. I have had the opportunity to ask questions and to have my questions answered.**

_Sidney Clayton_
**SIGNATURE**

_224797_
**AIS NUMBER**

_WC Strickland LPN_
**WITNESS**

_12/11/02_
**DATE**

Ventress Correctional Facility

# NAPHCARE

## INMATE FOOD SERVICE WORKER CLEARANCE

---

MEDICAL RECORD REVIEW:

| | | |
|---|---|---|
| Past history of hepatitis: | ___ Yes | ✓ No |
| TB test current: | ✓ Yes | ___ No |
| TB test negative: | ✓ Yes | ___ No |

If history of positive TB test, verified completed treatment: _____ (Date)

---

PHYSICAL ASSESSMENT:

| | | |
|---|---|---|
| Open sores or rashes on hands, arms, face and neck: *P/shaving* | ✓ Yes | ___ No |
| Has diarrhea: | ___ Yes | ✓ No |
| Has a cough: | ___ Yes | ✓ No |
| Lungs clear to auscultation: | ✓ Yes | ___ No |
| Signs and symptoms of other contagious diseases: | ___ Yes | ✓ No |

Specify: _____

---

This inmate's Medical Record has been reviewed and he/she has been examined:

✓ He/she **IS** medically cleared for duty as a food service worker.
___ He/she **IS NOT** medically cleared for duty as a food service worker.

Signature: *N Nichkas RN*          Date: *12/11/02*

---

| NAME: *Clayton, Sichley* | ID#/DOB: *224792 / 3-23-74* | LOCATION: *JCF* |

### NAPHCARE

## FOOD SERVICE WORKER GUIDELINES

### <u>CAPS</u>

1.    Put cap on before washing hands.

2.    Be sure to include all hair, especially bangs on the front of the head.

3.    Do not touch hair or cap when handling food.

## <u>HANDWASHING</u>

1.    Turn warm water on.

2.    Wet hands.

3.    Lather hands with soap.  Scrub at least 30 seconds.

4.    Rinse off bar of soap.  Replace in soap dish.

5.    Rinse hands.

6.    Dry hands with paper towels.

7.    Turn faucet off with paper towels.

## <u>SICKNESS</u>

Tell kitchen officer if you feel ill, or if you have diarrhea or a rash.


I have received education on hand washing and personal hygiene, and I understand the need for both, especially when handling food on kitchen detail.

_Sidney Clayton_ _____          _12/11/02_ _____
INMATE SIGNATURE                                                    DATE

_signature_ _____          _12/11/0_ _____
NURSE'S  SIGNATURE                                                  DATE


NC 013        HEALTH EDUCATION – FOOD SERVICE WORKER

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION _____

NAME _Clayton, Sidney_

NUMBER _224197_  R/S _B/n_

Lay-in for _____ days from _____ (date)

due to _____ (date)

to _____ (date)

Instructions: _Shower prefile_
_Clothes order X_
_no chg_

Failure to follow the directions above may result in a disciplinary.

Date Issued _12/6/02_

Signature _____

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 12/11/02   ORIGINATING INSTITUTION/WORK RELEASE CENTER _VCF_

REASON FOR PROFILE: _Skin Irritation_

TREATMENT: _Shaving Profile x 90 days_
_no sideburns / no mustache_

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _3/6/03_.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ____/____/____
         DATE
☑ Inmate _12/11/02_
         DATE

_W. Strickland RN_
NURSE'S SIGNATURE
(Distributed By)

_____
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| _Clayton, Sidney_ | _3-23-76_ | _26_ | _M/m_ | _224797_ |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate                                     PINK - Warden

F-13
_Sidney Clayton_

B/224797

DOC N610
09/87

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

INMATES NAME: CLAYTON, SIDNEY    DATE: 12-11-02    TIME: 11:25

DOB: 3-23-76    OFFICER: _____    INSTITUTION: VCF

BOOKING OFFICERS VISUAL OPINION

|  | Yes | No |
|---|---|---|

1. Is the Inmate Conscious ?    Yes ✓

2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services ?    ✓

3. Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care ?    ✓

4. Any obvious fever, swollen lymphnodes, jaundice, or other evidence of infection which might spread through the institution ?    ✓

5. Is the skin in poor condition or show signs of vermin or rashes ?    ✓

6. Does the inmate appear to be under the influence of Alcohol, or Drugs ?    ✓

7. Are there any visible signs or Alcohl or Drug withdrawal ? (Extreme perspiration, shakes, nausea, pinpoint pupils etc)    ✓

8. Is the inmate making any verbal threats to staff or other inmates ?    ✓

9. Is the inmate carring any medication or report that he is on any medication which must be continuously administered or available ?    ✓

10. Does the inmate have any obvious physical handicaps ?    ✓

IF THE ANSWER IS YES TO ANY QUESTIONS FROM 2 to 10 ABOVE - SPECIFY WHY IN SECTION BELOW

11. Are you presently taking medication for diabetes, heart disease, seizure, athritis, asthma, ulcers, high blood pressure or psychiatric disorder?    ✓

12. Are you on any special diet prescribed by a physician ? (if yes - what type ? )    ✓

13. Do you have a history of veneral disease or abnormal discharge ?    ✓

14. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness ?    ✓

15. Have you ever attempted suicide ? (If yes - When ?_____ How ?_____.    ✓

16. Do you want to do any harm to yourself now ?    ✓

|  |  | Yes | No | No Responce |
|---|---|---|---|---|
| 17. | Do you want to talk to a mental health counselor ? | ___ | _/_ | ___ |
| 18. | Are you allergic to any medication ? | ___ | _/_ | ___ |
| 19. | Have you recently fainted or had a head injury ? | ___ | _/_ | ___ |
| 20. | Do you have epilepsy ? | ___ | _/_ | ___ |
| 21. | Do you have a history of tuberculosis ? | ___ | _/_ | ___ |
| 22. | Do you have diabetes ? | ___ | _/_ | ___ |
| 23. | Do you have hepatitis ? | ___ | _/_ | ___ |
| 24. | Do you have a painful dental problem ? | ___ | _/_ | ___ |
| 25. | Do you have any medical problem we should know about ? | ___ | _/_ | ___ |
| 26. | Do you have a past alcohol or drug history ? | _/_ | ___ | ___ |

26. Do you have a past alcohol or drug history ?
   What type: _Beer_          How much used _case a day_
   For how long: _10 rs_
   Last time you used any: _Nov 2005_

COMMENTS: (Unusual behavior etc.)

_____

_____

FOR THE OFFICER:

27. Was the new inmate briefed on sick/dental call procedures?  _Yes_

28. This inmate was:  a.  Release for normal processing  _/___
                      b.  Referred to appropriate health care unit  _____
                      c.  Immediately sent to health care unit  _____

_____
Officer's Signature

NOTE:  This form is completed on inter & intra system transfers at receiving and will
be filed in the inmates medical jacket to comply with ACA Standards 2-4289, 2-4290 and
AMA Standard 140.

_____
Inmate's Signature

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION

NAME _Clayton, Sidney_    NUMBER _204797_    R/S _B/m_

Lay-in for _____ days from _____ (date) _____ due to _____ (date) _____ to

Instructions: _Shave profile_
_Clippers only x_
_90 days_

*Failure to follow the directions above may result in a disciplinary.*

Date Issued _12/6/02_    Signature _____

DEPARTMENT OF CORRECTIONS

PATIENT CONSENT TO TREATMENT FORM

Clayton  Sidney                26                12/3/02
Name of Patient                Age           Admission date/time

Name and Address of Spouse or Parent

1. I hereby authorize the Department of Corrections, its contracted employees, agents, physicians, dentists, psychiatrists and/or such assistants as may be selected by him/her to treat the condition(s) which appear indicated by the diagnostic studies already performed.

2. Should surgical or diagnostic procedure(s) become necessary, I will be informed of them with regard to alteration modes of treatment, the risks involved, and the nature of the procedure(s) to be done.

3. This in no way constitutes a warranty or guarantee that my present condition will be cured;  the Department of Correction, its contracted staff and employees, will provide with the best possible care available, but no assurance of cure is to be assumed.

4. I sign this willingly and voluntarily in full understanding of the above, and in so doing I release the Department of Correction, its directors and officers, its contracted staff employees, agents, and physicians from any and all liability which may arise from this action, whether or not foreseen at present.


Witness                        Patient Signature

                               12/3/02
Witness                        Date


F-83

MANAGED CARE

ACCESS TO HEALTH CARE SERVICES @ KILBY

All inmates have access to healthcare 24 hrs. a day, 7 days a week.  Treatment for routine health services complaints is processed through nurse sick call. You must complete a sick call screening form for requested health care evaluation.

Various doctor's clinics are held in the health unit Monday through Friday. If you are scheduled to be seen in a clinic you will be advised by facility daily newsletters routinely post notices of who is to report when and where for health care services. If you complete a sick-call form, please report to sick call the next business day, no later then 5:30am. Routine sick call will not be posted in the newsletter, but D.O.C. has a log of who has signed up for sick call.

If you request health services and do not show for evaluation you must sign a refusal of treatment form. If a health services appointment/clinic or treatment has been set for you and you do not show you will also have to sign a refusal of treatment for. This is to let us know you have decided you are okay and no longer need to see us.

Nurses are in house twenty-four hours a day seven days a week for rontine health services and programs. Nurses are also available for emergency care. Doctor's are on call twenty-four hours a day seven days's a week.

In-house medical staff reviews medical services requested over the weekend and on holidays. If your request is noted to be of a nature that will not wait until the next regularly scheduled evaluation (triage) time, you will be called to the health unit for further follow-up during this time period other wise your request will be held until the next regularly scheduled evaluation process.

Medical emergencies such as those involving intense pain, potential life threatening situations or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest correctional officer of an emergency so prompt access to health services is provided.

Medications ordered for you by health services are to be picked up at the scheduled pill call/s established as the Doctor has ordered for you. If you fail to pick-up medications as expected you will be called for counseling. If you continue to fail to pick-up your medications you will be required to sign a refusal of treatment form.

Remember that health services are a joint effort between the patient and the health car provider. We expect you to help us help you.

Fee for services. You truly understand that no one would be denied access to health services because they are unable to pay the $3.00 co-pay fee. You will be seen and services will be provided that are appropriate and deemed necessary. Health services staff

does not collect co-pay fees for health services nor do monies collected go to the medical provider. A nurse visit or doctor visit charge of $3.00 is the co-pay fee. If you do not have money in your PMOD account and you are accessed a charge you will have a negative balance in your until this is cleared. A negative balance will follow you from institution to institution upon transfer. When you seek health services you will be asked to sign the co-pay signature sheet. If it is deemed that you indeed do not owe for services your account will not be charged and if a false charge is made you will be refunded. Again we do have money and are eligible to be charged the co-pay fee this will occur. If the health unit initiates the request for you to be seen there is no charge.

Educational in-services are routinely scheduled. Please attend and participate. Notice of in-services topics, dates and times will be published and posted in advance.

Complaints against health care are attempted to be resolved as soon as possible and as reasonably as possible. You may obtain a complaint form from the same place you obtain sick call request slips and you may return these where you return your sick call request slips. If your complaint is not resolved when health services person speaks with you, you may file a grievance. This form will be given to you by the health person that has attempted to resolve the complaint. A complaint form must be initiated before a grievance form can be completed.

Let your family and loved one's know health services will not disclose your medical care through conversations with them. If we are contacted you should know that we will review your health records but will have to let them know what you feel they should know about you. Understand, we will assure your family and loved one's you have health services available. We will also tell them that they must go through you or the Department of Corrections fro release if information and that you must go through the appropriate procedures and access health services and also follow medical service recommendations. Be compliant with the health services ordered for you by your health providers.

If you have had health services outside the prison setting and we do not have these records you will need to sign release of records forms so we can obtain copies for placement in your institutional health record.

A physical is begun on you upon your arrival into the prison system. You will be notified yearly thereafter when you next physical is scheduled.

Mental health services dental services; medical services, chronic care clinics and many other health services are available. We wish you a healthy stay. If you need medical services we want you to understand how these services are obtained.

Certain over the counter medications are available to you through canteen purchase Medical service is not involved in canteen operations

We follow doctor's orders when dispensing medication-dose [  ] time. If over the counter medication is given by health services it is through the order of a doctor.

Population pill call at this institution are scheduled as listed below. If you have medication ordered report to the pill call your medication is to be dispensed at.

3:00AM
9:00AM
3:00PM
6:00PM

segregation lock-up pill call times are as listed below. Your medication will be issued to you on medication rounds

3:00 AM
8:00 AM
2:30PM

If you have a question request an answer.

_Sidney Clayton_
INMATE SIGNATURE/ DATE

_____
WITNESS SIGNATURE/DATE

# RECEIVING SCREENING FORM

INMATE'S NAME: Clayton, Sidney          DATE: 12 / 02 / 02   TIME: 8:25 Am

DOB: 3 ~ 23 ~ 26   OFFICER: Freddie M<sup>c</sup>Campbell INSTITUTION: __KILBY__

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| Does the inmate have any obvious physical handicaps? | | ✓ |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was ____✓____ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_F. M<sup>c</sup> Campbell_
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with
NCCH Standards.

# HUNGER STRIKE INITIAL EVALUATION

INMATE NAME: _Clayton, Sidney_     AIS #: _224790_

DATE: _2/5/05_          FACILITY: _Ventress_

## INITIAL EVALUATION

**SUBJECTIVE:**

INMATE REASONS FOR HUNGER STRIKE:
_Scared DOC will do something to him because he witnessed an altercation_

LAST DATE FOOD WAS EATEN: _2/4/05_

CURRENT MEDICAL PROBLEMS:
1. _dizziness_
2. _nausea_
3. _____
4. _____

CURRENT MEDICATIONS
& TREATMENT PLANS:
1. _Humibid 600mg B/D_
2. _Phenergan 50mg STAT_
3. _____
4. _____
5. _____
6. _____

**OBJECTIVE:**

WEIGHT: _186_     B/P: _122/80_   T: _99$^8$_  P: _72_  R: _20_

U/A (KETONES): _____

CURRENT NUTRITIONAL STATUS:
APPEARANCE: _good_
SKIN TURGOR: _good_
MUCOUS MEMBRANES: _membranes good_

ADDITIONAL COMMENTS:
_____
_____
_____

# HUNGER STRIKE FLOW SHEET

INMATE NAME: Clayton, Sidney    AIS #: 224797

DATE: 12/5/05    FACILITY: Ventress

| DAY Shift | DATE | WEIGHT | B/P | T | P | R | 1st Shift | FOOD EATEN 2nd Shift | 3rd |
|---|---|---|---|---|---|---|---|---|---|
| 1st | 12/5/05 | 186 | 124/80 | 97.8 | 22 | 20 | Y (N) | Y N | Y N |
| 2nd | 12/6/05 | ___ | 130/82 | 99.0 | 74 | 20 | Y N | (Y) N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |
| — | _/_/_ | ___ | _/_ _ _ _ | | | | Y N | Y N | Y N |



**PHS**

**Nursing Evaluation Tool:**       <u>General Sick Ca</u>

Facility: VENTRESS

Patient Name: _Clayton Sidney_
         Last                First

Inmate Number: _224797_            Date of Birth: _03 12 3 1979_
                                                MM    DD     YYYY

Date of Report: _12 104 1 2005_       Time Seen: _735_   (AM) PM   Circle One
              MM    DD     YYYY

<u>Subjective</u>: Chief Complaint(s): _c/o abd pain , ? N/V , none seen on assessmen_

         Onset: _12-3-05 about at 12³⁰ am_

Brief History: _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

<u>Objective</u>: Vital Signs: (As Indicated)   wt 190   T: _98.8_   P: _70_   RR: _20_   B/P: _120_ / _70_   o₂ sat _99%_

Examination Findings: _Abd soft non distend , c/o pain to_
(Continue on back if necessary)
_touch abd , doesn't responsive ever responds slowly_
_to verbal questions, states last BM 12-3-05_
_A&O x 3 , 745- NO N/V noted @ this time ; a-bit about_
_ambulates ē steady gait ē assistance of 1 inmate_

☐ Check Here if additional notes on back

<u>Assessment:</u> (Referral Status)    Preliminary Determination(s): _Alt Comfort_

   ☐ Referral <u>NOT REQUIRED</u>         _____

   ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
     ☐ Recurrent Complaint (More than 2 visits for the same complaint)
     ☑ Other: _Dr Rayapati notified via phone ē_
_order to leave in inmate in seg placement_
_noted N/V if status change notified Dr Rayapati, FU_
_in am_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given.

<u>Plan:</u> Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
     should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _Instructed inmate if commit to notify Nursery and_
       (Describe) _DO don't flush toilet before staff sees result_

OTC Medications given ☑ NO   ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr Rayapati_     Date for referral: _12 05 05_
                                                              MM DD YY

Referral Type: ☐ Routine ☐ Urgent ☑ Emergent (if emergent who was contacted?): _Dr Rayapati_   Time _740 am_
                                                         12-5-05

x _A Marsh Rn_      Name: _A Marsh LPN_
   Nurses Signature                               Printed

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _RGHF_ 315 | Institution: _Bullock_ | _NKA_ |
| Date 8/28/06 Time: 315 AM/PM | Date: 8/8/06 Time: 500 (AM/PM) | PHYSICAL EXAMINATION |
| RECEIVED FROM: | RELEASE FROM: | Date of last exam: 3-24-05 |
| Institution/Work Release Center/Free-World Hospital _Bullock_ | ☐ Infirmary  ☐ Segregation | Chest X-Ray Date: _____ Result: _____ |
| RECEIVING MEDICAL STATUS | ☒ Population  ☐ Mental Health | PPD Reading 3-26-05  0 mm |
| ☒ Population | ☐ Other _____ | Classification: _____ |
| ☐ Infirmary | RELEASE TO: | Limitations: _____ |
| ☐ Isolation | ☒ DOC  ☐ Infirmary  ☐ Mental Health | |
| | ☐ Institution/Work Release Center/Free-World Hospital | |

| LAB RESULTS - - LAST REPORT | | | | | YES | NO | |
|---|---|---|---|---|---|---|---|
| | Date | Normal | Abnormal | Wears Glasses/Contacts | ☐ | ☑ | |
| CBC | _____ | ☐ | ☐ | Dental Prosthesis | ☐ | ☑ | |
| Urinalysis | _____ | ☐ | ☐ | Hearing Aide | ☐ | ☑ | |
| | | | | Other Prosthesis | ☐ | ☑ | |
| | | | | | | | Receiving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

_Dizziness, Allergies Sinusites_

| CURRENT MEDICATION - - DOSAGE AND FREQUENCY | | | |
|---|---|---|---|
| | MEDICATIONS | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| | X-RAY FILM | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| | HEALTH RECORD | ☒ Sent w / inmate | ☐ Not sent w / inmate |
| | Released to: _DOC_ | | |
| | | Date: _____ Time: _____ AM/PM | |
| | MEDICATIONS | ☐ Received | ☐ Not Received |
| | X-RAY FILM | ☐ Received | ☐ Not Received |
| | HEALTH RECORD | ☑ Received | ☐ Not Received |
| SCHEDULE FOR CHRONIC CARE CLINIC | CHART REVIEWED | ☑ YES | ☐ NO |
| | Received by: Signature of Receiving Nurse | | |
| DATE: _____ LAST CLINIC: _____ | Date: 8/8/06 Time: 315 AM/PM | | |

| FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☐ Medical  ☐ Dental | _____ | _____ | _____ | _____ |
| ☐ Mental Health | | | | |

| | | Yes | No | | | Yes | No | INTAKE | |
|---|---|---|---|---|---|---|---|---|---|
| HISTORY (SENDING NURSE) (Noted from health record documentation) | Drug Use | | | SKIN | Open Sores | | ✓ | Sick Call Procedures Explained | Y 83 |
| | Mental Illness | | | | Lice | | ✓ | Height | 6 |
| | Suicide Attempt | | | | Edema | | ✓ | Weight | 220 |
| | Chronic Care | | | | Warm & Dry | ✓ | | Blood Pressure | |
| STATUS | Special Diet | | | | Cool & Moist | | | Temperature | |
| | Appearance | | | CONDITION | Alert | ✓ | | Pulse Resp | |
| OTHER PERTINENT NURSING ASSESSMENT | | | | | Oriented | ✓ | | Other | |
| | | | | | Uncooperative | | | | |
| | | | | | Depressed | | | | |

| _L. Anderson RN_ | 8/08/06 | _Charuel_ | 8/8/06 |
|---|---|---|---|
| Signature of Nurse Completing Assessment (Sending Nurse) | Date | Signature of Intake Screening Nurse (Receiving Nurse) | Date |

| ...ATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| _Clayton  Sidney_ | 224797 | 3/23/76 | B/m | Bullock |
| -70091 | | | | |

(White-Medical Jacket Yellow-Transfer Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /<br>ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /<br>ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /<br>ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: CLAYTON, SIDNEY<br>224797 | DIAGNOSIS (If Chg'd) ORDER GLASSES (INMATE's EXPENSE)<br>- LOST 3/06 GLASSES |
|---|---|
| D.O.B.    /    /<br>ALLERGIES: | |
| Use Second    Date 7/26 06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Clayton, Sidney<br>A/S<br>224797 | DIAGNOSIS |
|---|---|
| D.O.B.    /<br>ALLERGIES: | Advil 800mg PO tid x 10 days<br>PO Dr Siddiq |
| Use First    Date 5/4/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Clayton, Sidney
224797

D.O.B. / /
ALLERGIES:

Use Last     Date 4/19/06

DIAGNOSIS (If Chg'd)
Kilby Eye Clinic

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

D.O.B. / /     4/18/6
ALLERGIES:

Use Fourth     Date / /

DIAGNOSIS (If Chg'd)
Adult SW forKd x100

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

D.O.B. / /
ALLERGIES:     4/21/6

Use Third     Date / /

DIAGNOSIS (If Chg'd)
Eye doctor list

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

D.O.B. /
ALLERGIES:     4/1/6

Use Second     Date / /

DIAGNOSIS (If Chg'd)
Keylock Until Seen by
Eye doctor

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clayton, Sidney
224797

D.O.B. / /
ALLERGIES:     4/11/6

Use First     Date 4/11 '06

DIAGNOSIS
Proventil 4mg. Po bid x 10 days
CTM 8mg. PB q d x 10 days
Corim Tabs ī OPD bid x 10 day
Proventil inhaler ī puffs PRN
P.O Dr Siddig

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)

**MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  <br> ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  <br> ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  <br> ALLERGIES: | |
| Use Third    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Clayton Sidney <br> 224797 <br> D.O.B.  /  /  <br> ALLERGIES: | DIAGNOSIS (If Chg'd) <br> *Showing profile x 120 days* <br> *T.O. Dr Siddiq / M Jackson* |
|---|---|
| Use Second    Date  4/22/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Sidney Clayton <br> 224797 <br> D.O.B. 3/23/76 <br> ALLERGIES: | DIAGNOSIS <br> *CTM  ? po tid x 10 days* <br> *O tm 8 mg PO ? D x 30 D* |
|---|---|
| Use First    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Clayton Sidney
224797
D.O.B. 3/23/76
ALLERGIES: NKA
Noted
9 Minute
3-30-06
9:00

Use Last    Date 3/30/06

DIAGNOSIS (If Chg'd)
Prevential Tabs 4 mg p.o Bid x 2 wks
Humbid 600 mg p.o Bid x 2 wks
CTM 8 mg p.o QD x 2 wks
                    RTC PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clayton Sidney
224797
D.O.B. 3/23/76
ALLERGIES: NKA
Noted
9 Minute
3-24-06
8:45

Use Fourth    Date 3/24/06

DIAGNOSIS (If Chg'd)
1) Humbid 600mg p.o Bid x 2 weeks
2) prevential Inhaler 2 puffs Q4H-PRN ⓧ XL mo

                    RTC PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clayton, Sidney
224797
D.O.B. 3/23/76
ALLERGIES: NKA
Noted
3-17-06
15:15

Use Third    Date 3/17/06

DIAGNOSIS (If Chg'd)    Admit eee/ Asthma
Jet Nebs daily x 7 day          5A
Humbid 600mg p.o Bid x 7day     3-3
prevential Tabs - 4mg p.o Bid x 2 wks
Prednisone 20 mg p.o QD x 2 wks
RTC PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clayton, Sidney
224797
D.O.B. 3/23/76
ALLERGIES: NKA
Noted
3-15-06

Use Second    Date 3/15/06

DIAGNOSIS (If Chg'd)
Bengay oint topical QD.ay to
lower Back Prn x 1 month kep
RTC PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clayton, Sidney
224797
D.O.B. 3/23/76
ALLERGIES: NKA

Use First    Date 2/19/06

DIAGNOSIS
HIV/RPR - yearly physical

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Clayton, Sidney #224797 *noted Crider* | DIAGNOSIS (If Chg'd) DC crutches *(illegible)* Begin Exercise daily x 90 day Moist heat to the affected area — as needed — 3mo √ BP — weekly x3 — F/u cea 1 mo |
| D.O.B. 12/18/05  032376  010306 ALLERGIES: NKDA  (5°° Am | *For BP* |
| Use Last  Date 1/3/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Clayton Sidney | DIAGNOSIS (If Chg'd)  R DC Motrin Begin Exercises daily x 30 day 2 mo R |
| D.O.B.  /  /  ALLERGIES:  NKA | |
| Use Fourth  Date 12/20/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Clayton Sidney 224797 032376 D.O.B. 12/18/05 *(illegible)* ALLERGIES: NKDA | DIAGNOSIS (If Chg'd) Motrin 600mg po TID x 5 days √/O Dr Raypath *(illegible)* |
| Use Third  Date 12/18/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Clayton Sidney 224797 D.O.B. 3/23/76 ALLERGIES: NKA | DIAGNOSIS (If Chg'd) *(illegible handwritten orders)* |
| Use Second  Date 12/16/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Clayton, Sidney *noted* 224797 12-8-05 D.O.B. 3/23/76 ALLERGIES: NKDA | DIAGNOSIS *(illegible)* Chronic Profile Clinic Shane X-ray o/o Dr. Raypath *(illegible)* RN |
| Date 12/8/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME Clayton Sidney
120605

D.O.B. 3 123 76
ALLERGIES: NKA

Use Last    Date 12 20 05

DIAGNOSIS (If Chg'd)
1) Back Exercise — daily x 30 day
(2) dat RTC PRN
(3) Moist heat to the effective area
    10 mts — daily x 2 wks —
(4) MHt — Counseling for Physical Limitation

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME Clayton Sidney
120605

D.O.B. 3 1237 NKA
ALLERGIES:

Use Fourth    Date 12 7 05

DIAGNOSIS (If Chg'd)
discher medical

℞

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME:
    Clayton Sidney

D.O.B.  /  /    NKA
ALLERGIES:

Use Third    Date 12 6 05

DIAGNOSIS (If Chg'd)
X-R — Thoracic Spine    2 views done
X-R — LS Spine    2 views done
percogese 2 tab Po Bid — PRN — x 5 day
    RTC 1 Wk
Moist heat Thoracic and Lumbar Spine 15 mts Bid

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED  x 5 day    ℞

---

NAME: Clayton, Sidney
    # 224797

D.O.B. 3 123 76
ALLERGIES: N/CDA

Use Second    Date 12 05 05

DIAGNOSIS (If Chg'd)
(1) Place in Seg cell lying flat on back
(2) Remove all Hazardous material
(3) Will see in Am.
V/o Dr. Kayapati / G Massey lpn

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Clayton, Sidney
    # 224797

D.O.B. 3 123 76
ALLERGIES: N/CDA

Use First    Date 12 05 05

DIAGNOSIS
(1) Place on stretcher et transport to ER for examine
(2) Call report p examination
V/o Dr. Kayapati / G Massey lpn

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

,4/03)

**MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Clayton, Sidney
#224797

D.O.B. 3/23/76
ALLERGIES: NKA

Use Last    Date 12/05/05

DIAGNOSIS (If Chg'd)
Phenergan 50mg pr 1m slot noted
Humabid 600mg p.o. Bid x2 wks. 12-5-05
Regular diet
noted 11/5

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clayton, Sidney
#224797

D.O.B. 3/23/76
ALLERGIES: NKA

Use Fourth    Date 10/24/05

DIAGNOSIS (If Chg'd)
Saline Nasal Spray Bid x PRN
90 day (KOP)
CTM- 8mg p.o Hs x 10 day
PRN, PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clayton, Sidney
#224797

D.O.B. 3/23/76
ALLERGIES: NKDA

Use Third    Date 10/14/05

DIAGNOSIS (If Chg'd)
Nasacort 50mg po Bid x 1 mo.
c/o cont. forehead CONG. / Allerin.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clayton, Sidney
#224797

D.O.B. 3/23/76
ALLERGIES: NKDA    noted 9/14/05

Use Second    Date 9/14/05    9/14/05

DIAGNOSIS (If Chg'd)
allergic Sinusitis
CTM T po Bid x 1 month Prn
after 1 week of cold protocol
over
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clayton, Sidney
#224797

D.O.B. 3/23/76
ALLERGIES: NKDA    noted 9/14/05

Use First    Date 9/14/05    9/14/05

DIAGNOSIS
acute allergic Sinusitis
Sudafed T po Bid x 7 days
Cough tab T po Bid x 10 days
CTM TT po Bid x 7 days
Doxycycline 100 mg T po Bid x 7 days
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Clayton, Sidney 224797 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 3 23 76 | Internal 6550mg PO b.i.d X 4d |
| ALLERGIES: NKDA | Metaxyl 6mg PO b.i.d X 4d |
| | CTM 4mg tt PO b.i.d X 4d |
| | Yo Dr. Rayapati / Watson RN |
| Use Last    Date 9 18 05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Clayton, Sidney # 224797 | DIAGNOSIS (If Chg'd) |
|---|---|
| | TB skin test |
| D.O.B. 3 23 76 | —per APY protocol |
| ALLERGIES: NKDA | |
| | Yo Dr. Rayapati / C Hunter, LPN |
| Use Fourth    Date 3 15 05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Clayton, Sidney # 224797 | DIAGNOSIS (If Chg'd) |
|---|---|
| | S/P — one year |
| D.O.B. 3 23 76 | |
| ALLERGIES: NKA | |
| Use Third    Date 12 17 04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Clayton, Sidney # 224797 | DIAGNOSIS (If Chg'd) |
|---|---|
| | S/P 6mo |
| D.O.B. 3 23 76 | |
| ALLERGIES: NKA | |
| Use Second    Date 6 18 04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Clayton, Sidney | DIAGNOSIS Facial folliculitis |
|---|---|
| | Shaving profile X 6 mon |
| D.O.B.  /  / | |
| ALLERGIES: NKA | |
| Use First    Date 12 16 03 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)

**Name:** Clayton, Sidney  **AIS #** 224797
**Date:** 6/18/03  **Allergies** NKDA  **Facility** VCF

**SIG.** Shaving profile x 6 mon

Discontinue: Noted
Continue: 6-18-03 12N JJohnson RN

Physician Signature: Cooley CRNP

NC002

---

**Name:** Clayton, Sidney  **AIS #** 224797
**Date:** 5/12/03  **Allergies** NKDA  **Facility** VCF

**SIG.**
EKG
amoxin 500mg TID X 14 days

Discontinue: Noted
Continue: 5-12-03 2320

Physician Signature: Cooley CRNP

#224797

NC002

---

**Name:** Clayton, Sidney  **AIS #** 224797
**Date:** 12/17  **Allergies** NKDA  **Facility** VCF

**SIG.**
profile x 6 mos

#224797

Physician Signature:

NC002

---

**Name:** Clayton, Sidney  **AIS #** 224797
**Date:** 12/17  **Allergies** NKDA  **Facility** VCA

**SIG.**
Benzoyl peroxide 5% lotion BID x 14 days (KOP)
Tetracycline 500mg p TID x 7 days

Discontinue:
Continue:
Strickland 12/17/02

Physician Signature:

NC002