Clayton, Sidney
224797

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**INFIRMARY NURSING PROGRESS NOTES**

| Date/Time | |
|---|---|
| 4/18/6 8A | [handwritten clinical notes, illegible] |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| | | | | |

| Date/Time | Inmate's Name: | Clayton Seidy | | D.O.B: 3 / 23 / 76 |
|---|---|---|---|---|

3·30·06 | wt 189  T 98·8  B/p 128/80 R 28,  O₂ 98%, P 76
40 Sinuses (1) 750, (2) 458 (3) 500

O)  Yellow Sputum
        Not febrile
     tender frons Sites
     frontal tax —
     other Ext normal
     Lungs  bil. Rhonchi
     mild Exp. Wheeze +
     RS – NL –
     CV– N&R
     Abd – Soft + NT
(A)     Asthma —
     Non Compliance —
     No evidence of Bacterial lect — clinically
R)  Cont Humbid –
     Brouncti — lab           GTH
(E)  Comply

4/12/06  O)  Here for Keybeck
        O)  apparent Poor Vision

     Appt will for Keybeck Until See
        by Eye dentist



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Christon Sidney #224797 | D.O.B.: 03/23/76 |
|---|---|---|

3/17/06 0805 Referal from Ms Floyd R/T wheezing

Wt 192½lbs O₂ Sat 89% P 66 BP 84/60 T 98.6 R-20

Ø SOB - arop

O) Bil Rhonchi _____ has previous Hx

No wheezing mild Ail _____ Wheezing

Lung CTA

CV - NSR

A) mild - Exacerbation of Asthma

P) Jet neb

Humbd _____

predm tone

E) R Report NSU _____ and SOB

ʰ

3-21-06 Wt 192, P 78, O₂ sat 96%, T 98.8, R 18, BP 118/70

Peak flow ① 550, ② 450 ③ 300

O) BS Normal _____

Bil. Rhonchi _____

Non - Compliant -

A) Resolving asthma Exacerbation (mild)

P) Cont Rx

E) Comply

ʰ

| Date/Time | Inmate's Name: Clayton, Sidney    254797   D.O.B.: 3 23 76 |
|---|---|
| 3.15 de | Wt. 791   P 65   T 98   B/p 123/76   R 18   O2 sat 98% |

CRNP request to see 29 Bm for f/u ? Saw
DR 1-3-06 c/o BACK Pain and request for BB – denied
Based on physical finding by me reports on BB today
S profile c fear it will be removed by DOC  X ray 12/6/05
result wnl c normal impression by radiologist

NAD  U S) ambulates S Difficulty removes
Shoe S Difficulty pulls shirt up over Shoulder
S any difficulty noted today

Neuro in tact

MS – Spinal process wnl ⊖ masses ⊕ t to
Palp ⊖ bruises ⊕ cuts From
ExT ⊖ECC From muscle strength 44 B.I 7/
reflexes 2+ B.I  PP 2+ DP 2+ B.I   SLR ⊖ R ⊖ L

A  normal Physical exam

P  Safety c exercise/work Bend at Knees to
Pick up wt ↑ Exercise as tolerated cont to do
BACK exercise as DR Recommend
instructed to use ladder BARs at end of Bunk
for climbing ↑ and ↓ Avoid jumping down from
Bunk   RTC PRN



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Clayton, Sidney    224797   D.O.B.: 3|23|76 |
|-----------|------------------------------------------------------------|
| 1-3-06 | WT 192  T 96⁸  P 80  R 20  B/p 150/100 |

O) Able to Remove shoes
   easily undressed —
   shoulders - Rom NL
   LS Spine —
      Flex - full Rom
      NT —
         No deformity
   Ext R S ee
      No motor deficit ————

A) Malingering
      No need for BB - denied —
P) Back Exercises            Monitor BP
S) comply



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Clayton, Sidney 224797    D.O.B.: 3/31/76 |
|-----------|---------------------------------------------|
| 2.7.05 | 188 wt.    PLO3    T 96.8    B/p 114/70 R18 |
| | c/o back pain / shaving Profile / weight loss |
| | |
| | (S) Exaggering Symptoms |
| | |
| | Tender mildly |
| | Thoracic area — |
| | NT. LS-spine area — |
| | No New Δ |
| | No. Swelling |
| | ROM Normal |
| | Except Lt & back |
| | other MS Exam NL |
| | (A) back Sprain |
| | ½0 any # |
| | |
| | (P) XR — |
| | pending |
| | (S) Compliance |
| | ℞ |

| Date/Time | Inmate's Name: | | | | | D.O.B.: | / | / |
|---|---|---|---|---|---|---|---|---|

12-20-05   Wt 192   P 60   T 96.8   B/p 132/70   R 20

C/o back pain

LS Spine

O) ROM NL                          This inmate is
   NT                              Extremely manipulative,
   No Swelling                     malingering - and
                                   Seeking pretext to
                                   Create Trouble to himself
(A) Normal LS —                    and others
(P) Back Exercises —    No need for N tabs — R
(E) Regular Exercises             × R - Reviewed
                   R                        NL —


Addendum —
                  Clinical
       No evidence of any Bk pain any when
     a MH - Counseling may Benefit

                          R

| Date/Time | Inmate's Name: Clayton Sidney | D.O.B.: / / |
|---|---|---|

12/06/6  WT. 186  BP. 112/62  P. 60, T. 982  R. 20  O₂ 98

S) I'm hurting in my back

O) able to remove clothes
   than EYE no problem
   smiles at Time                    Walking Well
   Walking
   able to stroke both shoulder —

   M.S system —                        no vomiting
   all joints Rom NL
   Tender over Thoracic spine
       LS-spine +
   No swelling
   IM Exaggerating / malingering
   said to have fallen on Toilet

(A) No # spine

P) XR
   N fluids —
(S) moist heat



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Clayton Sidney | D.O.B.: 3 12 31 76 |
|---|---|---|

12-02-05    wt. 186.    P 72    T 97.8    B/p 138/80    R 20

C/o Nausea Vomiting dizziness ~~Hepatitis~~ Fainting Spell

O) NO vomiting — to-day
   one yesterday

O) Tender over Sinuses —
   Cong. Nasal mucosa —
   Abd. soft NT
   no palpable masses

(A) Sinus by Allergie —
    c̄ nausea dizzi spell
    challenging —
    in leg

P) Phenergan
   Humibid

(E) Keg Wright
   /k



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Clayton    Sidney | D.O.B.: / / |
|---|---|---|

10/24/05 - Wt, 192# P68 T97.4 B/p 118/98 R 20
C/o Sinus

O) Cong Nasal Mucosa —
Tender over Frontal Sinuses
Turbinates mildly hypertrophied

(A) Chr Allergic Sinusitis —

P) OTM
(E) Loratidine

11/30/05 Wt, 189 P 59 T98.8 B/p 118/80 R 18
C/o S' He wants to be tested for Hepatitis B Vac

O) Never Blood Transfusion / Tattoo
Ø drug abuse
Ø Cocaine / Meds —

P/E.
Normal — Ø Liver Enlargement
NT —

(A) Assured No Need unlikely to have Hepatitis
P) No Medically not Necessary to do LAB
(E) No Risk factors or clinical correlation
br

| Date/Time | Inmate's Name: Massey, Joseph #22479   D.O.B.: / / |
|---|---|

9/14/05  Wt. 189#  B/p 120/82, P 76  R 18  T 98.4

C/O Sinus Congestion  Im Clayton Sedrey 3/23/

29 BM fr c/o As above x 3 yrs       HS# 22479

c̄ reported watery eyes, sneezing c̄ runny nose

   NAD USD  A&O x 3          NKDA

   HEENT  TM's intact  nose  throat clear c̄

   shiny clear exudate to throat noted ⊖ erthema

   ⊖ lymphs ⊖ sinuses tend to palp ↓ Appetite

   Lung c̄ra

A | acute allergic sinusitis          Non smoker

P | Sudafed TI po BIDX 1week

B | Cough tabs ī po x 10 days

   c̄ tm TI po BIDX for dr 1week

   Doxycline 100mg ī po BIDX 1week

   ↑ Fluid  Compliance to meds

      Rtc Prn      J Hayle CRNP

10/3/05 - 9:25am  Wt. 188#  P 56    T 96.8   B/p 138/80  R 20

C/O Sinus

O) NT Sinus ___

(A) mild allergy

P) Cont ETB

(E) Reg. Exercise



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Clayton, Sidney | D.O.B.: / / |
|---|---|---|

12/16/03 S 27 yo BM wants to renew shaving profile

O NAD noted.

face clear - few old scars ≠ mild discoloration.

4 papules / pustules

A Chronic facial folliculitis

P Renew profile x 6 mo ———————— Corky Crew

6-18-04 WT 217  B/p 140/100  P 69  R 20  T 98.8

1120 S " renew shave profile " — m Benefield

few follicles — scattered

(A) Sp — mild facial folliculitis

P) Sp - 6 mo

12/17/04 1105 WT 206 3/4 lbs  T 97.8  P-68  Pulse ox 98%  BP 140/100

Renewal of shaving profile

O) mild facial folliculitis

(A) facial folliculitis

P) Sp

(SP) Expire life



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _DCCF_ | |
|---|---|---|---|
| 7 / 13 / 06 | 8 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

ALLERGIES N K A

CONDITION ON ADMISSION: ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.6 ORAL/RECTAL   RESP 18   PULSE 98   B/P 122 8   RECHECK IF SYSTOLIC <100> 50 ___/___

### NATURE OF INJURY OR ILLNESS

S. Soft ball hit my leg

O. 30 y/o Blm to HCU ambulatory
Ad lib No wet swelling to ® leg
Skin remains intact Skin w/d
to touch. neg Tear

A Alteration in comfort

P. Released to Doc

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

### PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 800 mg gen for pain | | |

### DIAGNOSIS

### INSTRUCTIONS TO PATIENT
If condition worsen (return to see MD)

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 7 / 13 / 06 | 8:03 AM/PM | ☑ DOC ☐ AMBULANCE | ☑ SATISFACTORY ☐ FAIR | ☐ POOR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| J. DuBose rn | 7/13/06 | PC 7/13/06 | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Clayton, Sidney | 224797 | 3/13/76 | BM | DCCF |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: BCCF

Date: 4-20-06 Time: 11 00 AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS

[✓] Population

[ ] Infirmary

[ ] Isolation

RELEASED: Inmate/Health Record

Institution: VCF

Date: 4-10-06 Time: 11 00 AM/PM

RELEASE FROM:
[ ] Infirmary   [✓] Segregation
[ ] Population  [ ] Mental Health
[ ] Other

RELEASE TO:
[ ] DOC   [ ] Infirmary   [ ] Mental Health
[ ]
Institution/Work Release Center/Free-World Hospital

ALLERGIES: NKA

PHYSICAL EXAMINATION
Date of last exam: 3-7-06

Chest X-Ray Date: _____ Result: _____

PPD Reading: Ø

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | _____ | [ ] | [ ] | Wears Glasses/Contacts | [ ] | [✓] | |
| Urinalysis | _____ | [ ] | [ ] | Dental Prosthesis | [ ] | [✓] | |
| _____ | _____ | [ ] | [ ] | Hearing Aide | [ ] | [✓] | |
| _____ | _____ | [ ] | [ ] | Other Prosthesis | [ ] | [✓] | Receiving Nurse (signature) |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

asthma (mild)

CURRENT MEDICATION - DOSAGE AND FREQUENCY

Proventil tab 4 mg po BID
X 14 days
Humichol 600 mg po BID
CTM 8mg po BID X14d

| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
|---|---|---|
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| Released to: _____ (signature) | | |

Date: _____ Time: _____ AM/PM

| MEDICATIONS | [ ] Received | [ ] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [ ] Received | [ ] Not Received |
| CHART REVIEWED | [ ] YES | [ ] NO |
| Received by: _____ (signature) | | |

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

Signature of Receiving Nurse
Date: _____ Time: _____ AM/PM

FOLLOW-UP CARE NEEDED   Date   Time   With Whom -- Location (Sending Nurse)   Date/Appt Made w/Whom (Rec. Nurse)

[ ] Medical   [ ] Dental

[ ] Mental Health

| HISTORY (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| | Drug Use | | ✓ |
| | Mental Illness | | ✓ |
| | Suicide Attempt | | ✓ |
| | Chronic Care | ✓ | |
| STATUS | Special Diet | | ✓ |
| | Appearance | ✓ | |

OTHER PERTINENT NURSING ASSESSMENT

| NURSING ASSESSMENT (SENDING NURSE) | | | |
|---|---|---|---|

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | ✓ |
| | Lice | | ✓ |
| | Edema | | ✓ |
| | Warm & Dry | ✓ | |
| | Cool & Moist | | ✓ |
| CONDITION | Alert | ✓ | |
| | Oriented | ✓ | |
| | Uncooperative | | ✓ |
| | Depressed | | ✓ |

NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment)

| INTAKE | |
|---|---|
| Sick Call Procedures Explained | yes |
| Height | 6'3 |
| Weight | 194 |
| Blood Pressure | 110/76 |
| Temperature | 98 |
| Pulse Resp | 58/18 |
| Other | _____ |

Signature of Nurse Completing Assessment (Sending Nurse): O Marh Lon

4-10-06   Signature of Intake Screening Nurse (Receiving Nurse)   Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| Clayton Sidney | 204997 | 3-23-76 | B/M | VCF |

(White - Medical Jacket, Yellow - Transfer Coordinator)

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Martin , Declan_

**LAST**                    **FIRST**                    **MI**

**DATE OF BIRTH** _8-23-76_                    **SS#** _221/77_

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures _____

Other_____

Specify_____

Nurse _____    Date _____



**PRISON**
**HEALTH**
**SERVICES**
**INCORPORATED**

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Sidney Clayton-Bey_    Date of Request: _4/24/06_
ID # _224797_    Date of Birth: _3/23/76_  Location: _26-12_
Nature of problem or request: _My Kop Sinus medica has ran out. I can't_
_sleep right because of my aggravated sinus. (Note) This is_
_a follow up on treatment._

_Sidney Clayton-Bey_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────────┐
│            RECEIVED                  │
│  Date:                               │
│  Time:                               │
│  Receiving Nurse Intials _____     │
└─────────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
            Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

## Nursing Evaluation Tool:                          General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Clayton Sidney_

Inmate Number: _224797_

Date of Report: ___ / ___ / ___
MM / DD / YYYY

Date of Birth: _3_ _123176_
MM   DD   YYYY

Time Seen: _____ AM / PM Circle One

**Subjective:** Chief Complaint(s): _Back pain (Chronic) Problem with feet need_
Onset: _Something fad support, Senus Problem_

Brief History: _Was taking CTM that was helping also_
(Continue on back if necessary) _I would like extra Mattress_

**Objective:** Vital Signs: (As Indicated) T: _928_ P: _80_ RR: _18_ B/P: _120/80_ wt _198_
☐ Check Here if additional notes on back

Examination Findings: _____
(Continue on back if necessary)

**Assessment:** (Referral Status)        Preliminary Determination(s): _____
☐ Check Here if additional notes on back

☐ Referral NOT REQUIRED

☐ Referral REQUIRED due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
(Describe)

OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where) _Dr. Deddeg_          Date for referral: _4/14/06_
                                                                                    MM DD YY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (If emergent who was contacted?): _____          Time ____

x _L. Anderson_
Nurses Signature

Name: _____
Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Sidney Clayton_ _____ Date of Request: _4/12/06_ _____
ID # _224797_ _____ Date of Birth: _3/23/76_ Location: _20 12 B_
Nature of problem or request: _I've been having back problems, feet problems_
_and my sinus are acting up._ _____

_____

_Sidney Clayton_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Sidney Clayton _____ Date of Request: 4/10/06

ID # 204797 _____ Date of Birth: 3/23/76 Location: 1201 12B

Nature of problem or request:

_____ I cant see to well I need my Uey/och.

_____

_____

Sidney Clayton
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 4/12/06

Time: _____ AM PM

Allergies: NKDA _____

```
┌─────────────────────────────────┐
│         RECEIVED                │
│ Date: 4/12/06                   │
│ Time: 0745                      │
│ Receiving Nurse Intials 7a      │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective   (V/S): T:** 98.2   **P:** 80   **R:** 18   **BP:** 130/72   **WT:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:     Yes ( )      No ( )

Was MD/PA on call notified:     Yes ( )      No ( )

_____

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Clayton, Sidney 224797 D.O.B.: 3 12 31 76 |
|-----------|-----------------------------------------|
| 4/11/06 8:45 | Rec'd today @ Bullock C Vol I & I. Had Ø meds and Ø mar jackets was left in Nursing Station. — |
| | J Howard Dmec — |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Sidney Clayton_     Date of Request: _3/28/06_
ID # _224797_     Date of Birth: _3/22/76_   Location: _Seg 804_
Nature of problem or request: _My Sinus are acting up again. This_
_Is a reacouring Sickness._

_Sidney Clayton_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _3-29-06_
Time: _930_    AM (PM)
Allergies: _NKA._

RECEIVED
Date: _3/29/06_
Time: _9:00_
Receiving Nurse Intials _DS_

**(S)ubjective:**

**(O)bjective**  (V/S):   **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:** _See Net to a C._

**(P)lan:** _Refer to MD. 3-30-06 @ 10 am._

Refer to: (MD) PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✗)    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
       Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

**Nursing Evaluation Tool:**

<span style="text-align:right">**Upper Respiratory Complaints**</span>

Facility: Ventress Correctional Facility

Patient Name: Clayton                    Sidney

Inmate Number: 224797                    First

Date of Report: 3 / 29 / 06             Date of Birth: 3 / 23 / 76

MM  DD  YYYY                             Time Seen: 3:30  AM/**PM** Circle One

## Subjective:

Chief Complaint(s): (Check All That Apply) ☑ Runny/Stuffy Nose ☐ Sneezing ☐ Sore Throat ☐ Swollen Glands ☐ Headache ☐ Fever
☐ Malaise ☐ Earache  Cough: ☐ No ☐ Yes: ☐ Non-productive ☐ Productive: (sputum description):
☑ Other: Cold or flu                    Mouth Breathing

Onset: this am

History: No that Sidney on yard for walk at or mid
(Continue on back if necessary) opened smelling cigarette made difficult breathing

History of Asthma: ☐ No ☑ Yes

## Objective:

Vital Signs: (If Indicated) T. 98.6 P. 22 RR: 18    B/P: 130/90    History of HIV Disease: ☑ No ☐ Ye

Eyes: ☑ Clear ☐ Watery ☐ Injected (red)  Drainage: ☐ No ☐ Yes:    Cardiac/CHF history: ☑ No ☐ Yes    Check Here if additional notes on back

Nose: Congestion: ☑ No ☐ Yes  Drainage: ☐ No ☐ Yes:

Throat examination: ☑ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous

Neck: ☑ Normal ☐ Enlarged Lymph Nodes

| | Right | Lung sounds: | Left |
|---|---|---|---|
| | ☐ | Clear | ☐ |
| | ☐ | Diminished | ☐ |
| | ☐ | Crackles | ☐ |
| | ☐ | Rhonchi | ☐ |
| | ☐ | Wheezing | ☐ |

☐ Additional Examination: wt 191 lbs, sat 97%. No wheezing noted.
Continue on back if necessary Crackles noted.

## Assessment: (Referral Status)

☐ Referral NOT Required

Preliminary Determination(s): Alt. my Health Comfort
Alt. Sinus

☐ Referral Required referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs
☐ Abnormal Lung exam          ☐ Inability to swallow
                              ☐ Significant Wheezing which does not improve with inhaler
☐ Significant shortness of breath

☐ Recurrent Complaint (More than 2 visits)
☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are
unsure of the appropriate care to be given.

## Plan: Check All That Apply:

☐ Advise rest and oral fluid intake
☐ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved    ☐ Warm saline gargles PRN
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do
as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

☐ OTC Medications given ☑ NO ☐ YES (If Yes List) _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where) Dr. Rayapati

Referral Type ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?)    Date for referral: 3 / 29 / 06
                                                                                          MM  DD  YYYY
                                                                                    Time _____

Nurses Signature _____    Name J. Odis, RN
                            Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Sidney Clayton_ _____ Date of Request: _3/22/06_
ID # _224797_ _____ Date of Birth: _3/23/76_ Location: _9A SB_
Nature of problem or request: _I'm requesting to get to a non smoking_
_facility. Mr. Drewton said he has no problem with it as long as the_
_Doctor approve it. I'm on medicine and a breathing machine for my asthma_

_Sidney Clayton_
_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: _3 22 06_
Time: _1:50_ AM **PM**
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:** _See Net toad._

**(P)lan:** _Report to HCU Friday 3-24-06 @ 9am_
_for appt. c MD._

Refer to: ( MD/PA )   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)


**PHS**

## Nursing Evaluation Tool: <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Clayton_     _Sidney_
         First

Inmate Number: _224797_     Date of Birth: _3 / 23 / 76_
                 MM  DD  YYYY

Date of Report: _3 / 22 / 06_     Time Seen: _1.50_ AM /(PM) Circle One
       MM  DD  YYYY

**Subjective:** Chief Complaint(s): _Smoke from Outside bothers me._

Onset: _for some time_

Brief History: _Spoke to HSA Concerning Problem. Advised_
(Continue on back if necessary)
_to fill out S.C. Slip slip to see Dr. and see_
_if some thing can be done._

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98.8_  P: _73_  RR: _18_  B/P: _110 / 80_

Examination Findings: _wt 197 O₂ sat 97% Rouring Murmour_
(Continue on back if necessary)
_Can be heard on inhalation and expiration_
_Have been taking Dr. Tx x 7 days. last R was_
_50 m 3/22/06. Meds for Asthma noted as being_
_given except for a few doses._

**Assessment:** (Referral Status)    Preliminary Determination(s): _alt. in Gess the lungs_
                             ☐ Check Here if additional notes on back
☐ Referral **NOT REQUIRED**          _R/t. Smoke irritation_

☐ Referral **REQUIRED** due to the following: (Check all that apply)
     ☐ Recurrent Complaint (More than 2 visits for the same complaint)
     ☐ Other: _Evaluate._

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other _____
       (Describe)

OTC Medications given ☐ NO  ☐ YES (If Yes List) _____

Referral: ☐ NO  ☐ YES (If Yes, Whom/Where) _Dr. Rayapath_     Date for referral: _3 24 06_
                                              MM  DD  YYYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?) _____ Time _____

X _____     Name _J. Ellis, RN_
     Nurse's Signature                            Printed



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Sidney Clayton _____ Date of Request: 3/16/06

ID # 224799 _____ Date of Birth: 3/23/76 Location: 9 A 5 B

Nature of problem or request: The Smoke outside is bothering me.
It is hard for me to breathe, and I'm getting dizzy.

Sidney Clayton
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: 3/22/06
Time: 1:50 AM PM
Allergies: NKDA

| RECEIVED |
| --- |
| Date: 3/17/06 |
| Time: 9:00 |
| Receiving Nurse Intials: DS |

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**    see net teal

**(P)lan:** Report to HCU Friday 3-24-06 @ 9 am.
for appt c MD.

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE

Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

J Ellis, LN
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002    (1/4)



**PHS**

**Nursing Evaluation Tool:** WP 9 92 **Back Pain**

---

Facility: VENTRESS

Patient Name: _Clayton_ _Sidney_
                      Last                    First

Inmate Number: _224797_          Date of Birth: _3_ _23_ _7_  
                                                           DD    YYYY

Date of Report: _0_ / _10_ / _2006_    Time Seen: _0925_ **AM / PM** Circle One
               MM  DD  YYYY

---

**Subjective:** Chief Complaint(s): _back pain_ —

Onset: _When I tried to sit on top rack_

❑ New onset  ☒ Chronic condition exacerbation

Pain Scale: (1-10) _5_    Type: ❑ Sharp ❑ Dull ☒ Intermittent ❑ Constant    Numbness: ❑ No ☒ Yes

Location of Pain: _lower back_    Radiation of pain: ☒ No ❑ Yes to: _____
        Neck / mid-back / low back

History: _didn't have any back problems until I was_
_in seg. and I passed out and hit the toilet slam_
      ❑ Check Here if additional notes on back

(Continue on back if necessary)

Associated symptoms: Pain on urination? ☒ No ❑ Yes  Nausea ☒ No ❑ Yes  Vomiting ☒ No ❑ Yes (x_____)
              Increased urination? ☒ No ❑ Yes  Pain with cough/breathing? ☒ No ❑ Yes

**Objective:** Vital Signs: (If Indicated) T: _96⁸_  P: _80_  RR: _20_  B/P: _150_ / _100_

Back Exam: ☒ Tender to touch  ❑ Contusion  ❑ Muscle spasms  ❑ Impaired range of motion

Additional Findings: ❑ Numbness ❑ Tingling ❑ Abnormal gait ❑ Weakness of extremities ❑ Foot drop ❑ Other: _____

Elaborate positive findings: _inmate states "I just can't do any climbing_

      ❑ Check Here if additional notes on back

Lower extremities: ☒ Normal  ❑ Abnormal (Describe): _____
Pedal pulses: ☒ Present  ❑ Absent

❑ Additional Examination: _____
Continue on back if necessary

      ❑ Check Here if continued on back

**Assessment:** (Referral Status)
  ☒ Referral **NOT Required**      Preliminary Determination(s): _____

  ❑ Referral **Required** due to the following: (Check all that apply)
    ❑ Loss of sensation  ❑ Presence of RBCs from dipstick  ❑ Recurrent Complaint (More than 2 visits for the same complaint)
    ❑ Prior malignancy  ❑ Presence of WBCs from dipstick
    ❑ Other: _____

**Plan:**

Check All That Apply: ☒ Work and recreation restrictions x 72 hours
❑ Education on avoiding back pain ❑ Education about stretching and back exercises ❑ Instructions to return if condition worsens
❑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up ❑ YES ❑ NO (If NO then schedule patient for appropriate follow-up visits)
❑ Other: _____
(Describe)
❑ Cold Compress (Acute injury)  ❑ Warm Compress
❑ OTC Medications given ❑ NO ❑ YES (If Yes List): _____

Referral: ❑ NO ❑ YES (If Yes, Whom/Where): _____  Date for referral: __/__/__
                                              MM DD YYYY
Referral Type: ❑ Routine ❑ Urgent ❑ Emergent (if emergent who was contacted?): _____  Time _____

x _M. Benefield_      Name: _Maurine Benefield lp_
   Nurses Signature                  Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Sidney Clayton_     Date of Request: _1-3-06_
ID # _224797_     Date of Birth: _3/23/76_   Location: _9A 5T_
Nature of problem or request: _My back is hurting. I can't get on_
_a top rack._

                               _Sidney Clayton_
                                      *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│            RECEIVED             │
│   Date: 1-3-06                  │
│   Time: 9:00                    │
│   Receiving Nurse Intials  DS   │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**    (V/S):   **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:** _Seen per MD today 1-3-06._
_Release of liability signed._

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                               CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:    Yes ( )    No ( )
              Was MD/PA on call notified:    Yes ( )    No ( )

                        _C Hunter, LPN_
                       *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Sidney Clayton_                Date of Request: _1-3-06_

ID # _224747_                Date of Birth: _3/23/76_  Location: _9A ST_

Nature of problem or request: _My back is hurting. I can't get on_
_a top rack._

Signature: _Sidney Clayton_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date: 1-3-06                │
│ Time: 9:00                  │
│ Receiving Nurse Initials TDS│
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective  (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

_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_

**(A)ssessment:**

**(P)lan:** _Seen per MD today 1-3-06._
_Release of liability signed._

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_Christie LPN_
### SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES INCORPORATED**

_224797_

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Clayton, Sidney_  _224_

Date of Birth: _3·23·76_    Social Security No.: _____

Date: _1·2·06_    Time: _1930_    A.M. / P.M.

This is to certify that I, _Clayton, Sidney_ , currently in
(Print Inmate's Name)

custody at the _Ventress Correctional Facility_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Keep sick call appt_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Sidney Clayton 224797_    _D Johnson LPN_
(Signature of Inmate)**    (Signature of Medical Person)

_Yroshi Mason A_    _____
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Sidney Clayton_       Date of Request: _1-1-06_
ID # _224747_                 Date of Birth: _3/23/76_  Location: _6B_
Nature of problem or request: _My back is still bothering me. I need to_
_see the doctor about a bottom bunk profile._

_Sidney Clayton_
/Signature

### DO NOT WRITE BELOW THIS LINE

Date: _1/2/06_
Time: _1930_  AM  PM
Allergies: _NKDA_

┌─────────────────────────────────┐
│          RECEIVED               │
│ Date: _1-2-06_                  │
│ Time: _1930_                    │
│ Receiving Nurse Intials _GJ_    │
└─────────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   (V/S):  **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

_Waiver Signed_

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
     If Emergency was PHS supervisor notified:    Yes ( )     No ( )
          Was MD/PA on call notified:    Yes ( )     No ( )

_G Johnson LPN_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

**Nursing Evaluation Tool:**                                **Back Pain**

Facility: VENTRESS
Patient Name: _Clayton_                    _Sidney_
                          Last                          First
Inmate Number: _224797_                    Date of Birth: _3_ / _23_ / _76_
                                                                    MM    DD    YYYY    MI
Date of Report: _12_ / _18_ / _05_          Time Seen: _0830_    (AM)/ PM  Circle One
                      MM    DD    YYYY

**Subjective:** Chief Complaint(s): _↓ back pain_
Onset: _12-05-05_
          ☐ New onset    ☒ Chronic condition exacerbation
Pain Scale: (1-10) _7_          Type: ☒ Sharp  ☐ Dull  ☒ Intermittent  ☐ Constant    Numbness: ☒ No  ☐ Yes
Location of Pain: _↓ back_          Radiation of pain: ☐ No  ☐ Yes to: _____
                      Neck / mid-back / low back
History: _C/o ↓ back pain on 12-05-05, continue_
(Continue on back if necessary)  _off and on_
                                                        ☐ Check Here if additional notes on back
Associated symptoms: Pain on urination?  ☒ No  ☐ Yes    Nausea ☒ No  ☐ Yes    Vomiting ☐ No  ☐ Yes (x_____)
                          Increased urination?  ☐ No  ☐ Yes    Pain with cough/breathing? ☐ No  ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: _97.8_  P: _72_  RR: _18_  B/P: _110_ / _80_
Back Exam: ☒ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion
Additional Findings: ☐ Numbness  ☐ Tingling  ☐ Abnormal gait  ☐ Weakness of extremities  ☐ Foot drop  ☐ Other: _____
      Elaborate positive findings: _____

                                                        ☐ Check Here if additional notes on back
Lower extremities:  ☒ Normal    ☐ Abnormal (Describe): _____
Pedal pulses:  ☒ Present    ☐ Absent
                  faint
☐ Additional Examination: _____
Continue on back if necessary

**Assessment: (Referral Status)**          Preliminary Determination(s): _Comfort but alt_
      ☐  Referral **NOT Required**

      ☐  Referral **Required** due to the following: (Check all that apply)
              ☐ Loss of sensation          ☐ Presence of RBCs from dipstick    ☒ Recurrent Complaint (More than 2 visits for the same complaint)
              ☐ Prior malignancy          ☐ Presence of WBCs from dipstick
              ☐ Other: _____

**Plan:**
Check All That Apply:  ☐ Work and recreation restrictions x 72 hours
☒ Education on avoiding back pain  ☒ Education about stretching and back exercises.  ☒ Instructions to return if condition worsens
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
      well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
              (Describe)
☐ Cold Compress (Acute injury)    ☐ Warm Compress
☒ OTC Medications given  ☐ NO  ☒ YES  (If Yes List): _Motrin 600 mg po TID X 7d_
Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): _Dr Ryapati_          Date for referral _12_ / _18_ / _05_
                                                                                          MM    DD    YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____          Time _____

x _A Marsh_ _LPN_          Name: _A Marsh_ _LPN_
      Nurses Signature                          Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Sidney Clayton_                Date of Request: _12/16/05_
ID # _224797_                    Date of Birth: _5/23/76_  Location: _16 Dorm Seg 608_
Nature of problem or request: _My Back is in pain, I need Something_
~~Seg 608~~ _for pain_

_Sidney Clayton_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _12/18/05_
Time: _____ AM PM
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: _12-18-05_ |
| Time: _0806_ |
| Receiving Nurse Intials _AM_ |

**(S)ubjective:**

**(O)bjective**  (V/S): T: _97.8_   P: _72_   R: _18_   BP: _119/80_   WT: _____

**(A)ssessment:**

**(P)lan:**

_See Dr Raggpati
12-20-05
8:00 am_

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                        CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_A Manken_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

*Refer to dentist*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Sidney Clayton_ _____ Date of Request: _12/15/05_
ID # _224792_ _____ Date of Birth: _9/23/76_ Location: _6 Dorm Seg._
Nature of problem or request: _I have a bad cold. I'm also putting in a request to get my teeth cleaned by the dentist. My back is still hurting real bad._

_Sidney Clayton_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _12/16/05_
Time: _12:00_ AM (PM)
Allergies: _NKDA ._

RECEIVED
Date: 12/16/05
Time: 9:00
Receiving Nurse Intials DS

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _190_

**(A)ssessment:**

**(P)lan:** _Cold treatment b.i.d. X 4 d ._

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )      No ( )
Was MD/PA on call notified:    Yes ( )      No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

Nursing Evaluation Tool:

Facility: BBB
Patient Name: _Clayton_ _Sidney_
First
Inmate Number: _224797_    Date of Birth: 8 _1 23 76_
MM  DD  YYYY
Date of Report: _12 16 05_    Time Seen: _12.00_ AM/(PM) Circle One
MM  DD  YYYY

**Subjective:** Chief Complaint(s): ☐ Runny/Stuffy Nose ☒ Sneezing ☒ Sore Throat ☐ Swollen Glands ☐ Headache ☐ Fever
(Check All That Apply)
☐ Malaise ☐ Earache  Cough: ☐ No ☒ Yes: ☐ Non-productive ☒ Productive: (sputum description): _Yellowish_
☐ Other: _____
Onset: _____

History: _____
(Continue on back if necessary)

☐ Check Here if additional notes on back
History of Asthma: ☒ No ☐ Yes    Cardiac/CHF history: ☒ No ☐ Yes    History of HIV Disease: ☒ No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: _97.8_ P: _76_ RR: _20_ B/P: _140/90_

Eyes: ☒ Clear ☐ Watery ☐ Injected (red)  Drainage: ☐ No ☐ Yes: _____
Nose: Congestion: ☐ No ☒ Yes  Drainage: ☐ No ☐ Yes: _Mucus_

| | Right | Left |
|---|---|---|
| Lung sounds: | | |
| Clear | ☐ | ☐ |
| Diminished | ☐ | ☐ |
| Crackles | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Wheezing | ☐ | ☐ |

Throat examination: ☐ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous
Neck: ☐ Normal ☐ Enlarged Lymph Nodes
☐ Additional Examination: _no noted congestion, no wheezing_
(Continue on back if necessary) _@ this time._

**Assessment:** (Referral Status)                    Preliminary Determination(s): _Alteration my Health_
☐ Referral NOT Required                                _comfort, R/t common Cold_
☐ Referral Required referral due to the following: (Check all that apply)   ☐ Check Here if continued on back
☐ Abnormal Vital Signs  ☐ Inability to swallow  ☐ Significant shortness of breath  ☐ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam  ☐ Significant Wheezing which does not improve with inhaler  ☐ Other: _____
Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure
of the appropriate care to be given.

**Plan:** Check All That Apply:
☒ Advise rest and oral fluid intake    ☐ Warm saline gargles PRN
☒ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _Cold treatment x 4 days. See Order Sheet_
(Describe)
☐ OTC Medications given ☐ NO ☒ YES (If Yes List): _Cough tabs, Sudafed 60, CTM ii_

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____  Date for referral: __/__/__
MM DD YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

X _____    Name: _____
Nurses Signature                    Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _VCF_ | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|
| 12/5/05 | 6:40 AM/PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE | ☐ OUTPATIENT |

| ALLERGIES NKDA | CONDITION ON ADMISSION ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98  ORAL/RECTAL | RESP 20 | PULSE 87 | B/P 120/84 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

(S) I fell and hurt my back I feel a sharp pain in my back and I can't move.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

(O) Pt lying beside bunk in single cell in a supine position NAD noted. Ø facial grimacing. Attempted assisted inmate initially along c̄ other staff s̄ success. V/s stated above. Dr. Rajapan called. NO given (1) Place inmate on stretcher et take to examine rm et examine back. (2) Call me c̄ report. Inmate log rolled on mattress, Mattress placed on stretcher inmate transported to examine rm. No visible signs of injury noted to back. Ø bruising noted.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Report call to MD. N/o given (1) Place in seg. cell lying flat on back. (2) Remove all Hazardous material. (3) will see in a.m. | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

Lay flat on back.

| DISCHARGE DATE | TIME AM PM | RELEASE / TRANSFERRED TO ☐ DOC  ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE (J Massey) n | DATE 12.5.05 | PHYSICIAN'S SIGNATURE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Graffin Sidney | DOC# 224797 | DOB 3.23.76 | R/S B/M | FAC VCF |
|---|---|---|---|---|

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: _Sydney Clayton_     Date of Request: _12/7/05_
ID # _224797_     Date of Birth: _3/23/76_   Location: _Health Care_
Nature of problem or request: _I need bottom bunk profile, I need to renew_
_Shaving profile, I need to see about double portions of food_
_I have lost a lot of weight._

                          _Sidney Clayton_
                                *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _12/8/05_
Time: _12:25_ AM (PM)
Allergies: _NKDA ._

> **RECEIVED**
> Date: _12/8/05_
> Time: _8.30_
> Receiving Nurse Intials _DS_

**(S)ubjective:**


**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   WT: _190_

_see next tool_

**(A)ssessment:**


**(P)lan:** _Shaving Profile Renewed X 1 yr._


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:    Yes ( )     No ( )
            Was MD/PA on call notified:    Yes ( )     No ( )

                        _____
                               *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

## Nursing Evaluation Tool: _____    <u>General Sick Call</u>

Facility: VENTRESS

Patient Name: _Clayton_    _Sidney_
First

Inmate Number: _224 797_    Date of Birth: _3_ / _23_ / _74_
MM  DD  YYYY

Date of Report: _12_ / _8_ / _05_    Time Seen: _12:25_ AM / **PM** Circle One
MM  DD  YYYY

**_Subjective:_** Chief Complaint(s): _Bottom Bunk, Shaving Profile, Double_
_food Ration_
Onset: _____

Brief History: _overdue like Double Ration feed. Shaving_
(Continue on back if necessary)
_Profile. B.B. will be addressed when I'm is_
_discharged from Inf. Seg ._

☐ Check Here if additional notes on back

**_Objective:_** Vital Signs: (As Indicated) T: _97⁶_ P: _80_ RR: _20_ B/P: _140_ / _84_

Examination Findings: _will give renewal of Shaving Profile. Double_
(Continue on back if necessary)
_Ration and B.B. will be addressed by RN._
_no double Ration needed wt & VS within_
_normal limits ._

☐ Check Here if additional notes on back

**_Assessment:_** _(Referral Status)_    Preliminary Determination(s): _Comfort Altered_
☐ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**_Plan:_** Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _Renewal_
  (Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____    Date for referral: ___/___/___
MM  DD  YYYY
Time _____

Referral Type: ☐ Routine  ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____

x _____    Name: _J. Otis RN._
Nurses Signature    Printed



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12-7-05 | 7⁰⁰ am - S/ "an about the same" / O - V/S wt 188, P63 R20, O₂ Sat 96% B/p 110/70 T96⁸, Ambulates c̄ steady gait no ¢ pain @ this tṁ, consumed 100% am med P/ to see MD this am ———— A.Nurse P/E |
| 12-7-05 | 9³⁵ — P/ — Seen by Dr Pyapati D/c'd to DOC/seg, D/c'd from medical, ———— D.Martin |
| 3-7-06 | P— annual physical done — TB shot given ———— MBenefield |

**PHS**

**Nursing Evaluation Tool:**  **Abdominal Pain**

Facility: VENTRESS

Patient Name: Clayton Sidney

Inmate Number: 221 47 947

Date of Report: 12 14 105 (MM DD YYYY)

First Date of Birth: 3 23 76 (MM DD YYYY)  MI

Time Seen: 243  AM / PM Circle One

**Subjective:**  Chief Complaint: "Im dizzy" I ate all my food

Onset: I've been throwing up all day sins breakfast

History: (12-3-05) Vomited last @ 12:00 Am tonight
(Continue on back if necessary) liquid c undigested food.

**Pain Description:** ☐ Sharp  ☐ Dull  ☑ Crampy  ☐ Burning
☑ Intermittent  ☐ Constant  ☐ Radiation to: _____
☐ Other: _____

**Location:** ☐ RUQ  ☐ LUQ  ☐ RLQ  ☐ LLQ  ☐ Epigastric  ☐ Diffuse
☐ Check Here if additional notes on back

**Last BM:** _____ ☑ Normal  ☐ Constipation  ☐ Diarrhea x ____ stools  Color change ☑ No  ☐ Yes: _____
**Associated symptoms:** Nausea ☐ No  ☑ Yes  Vomiting ☐ No  ☑ Yes (x 3 )  Painful urination ☑ No  ☐ Yes
Back pain ☑ No  ☐ Yes  Other: _____

**\* FEMALE: LMP:** __/__/__ (MM DD YYYY)  **Vaginal Discharge:** ☐ No  ☐ Yes (Describe): _____
**Pregnancy Test:** negative / positive / NA (Circle One)  * The possibility of pregnancy exists for any female of potential childbearing age unless a bilateral oophorectomy or hysterectomy has been performed

**Objective:**  Vital Signs: (If Indicated) T: 98.  P: 66  RR: 18  B/P: 120 / 77

**General appearance:** ☑ No acute distress  ☐ Acute distress  ☐ Unable to stand erect  ☐ Knees drawn up
**Skin:** ☑ Warm  ☐ Cool  ☑ Dry  ☐ Moist/clammy  **Skin Color:** ☑ Normal  ☐ Pallor  ☐ Flushed  ☐ Jaundice
**Mucous Membranes:** ☑ Moist  ☐ Dry

**ABDOMINAL EXAM**
**Bowel sounds:** ☑ Present  ☐ Decreased  ☐ Absent
**Abdomen:** ☑ Soft  ☑ Guarding  ☐ Distended  ☐ Non-Tender  ☑ Tender all 4 quads
Location
**Pain induced/increased with: Walking** ☑ No  ☐ Yes
**Pain induced/increased with: Gentle abdominal palpation** ☐ No  ☑ Yes
☐ Additional Examination: Inmate c/o pain in abd everywhere
(Continue on back if necessary) palpated. no vomiting by myself or officers. noted
☐ Check Here if continued on back

**Assessment: (Referral Status)**
☑ Referral Not Required  **Preliminary Determination(s):** _____

☐ **Referral Required** due to the following: (Check all that apply)
  ☐ Abnormal Vital Signs  ☐ Distended/rigid abdomen  ☐ Persistent Nausea and/or vomiting
  ☐ Bloody or "Tarry" stools  ☐ Pallor, moist clammy skin  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____
You should contact a physician or nursing supervisor if you have any questions about the status of the patient.

**Plan:**
Check All That Apply:
☑ Instructions to return if condition worsens or does not improve  inform officer
☐ Education on bowel elimination  ☐ Education on Lifestyle Modifications to prevent reflux
☑ Education  The patient demonstrates an understanding of the nature of their medical condition and signs and symptoms for which they should seek additional medical attention. (Persistent vomiting, significant weakness, signs of dehydration, worsening abdominal pain, fever ) as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ OTC Meds given  ☐ Pepto-Bismol 10-15 cc PO X1 dose (or)  ☐ Maalox 30 cc PO X1 dose
☐ Other OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☑ NO  ☐ YES (If Yes, Whom/Where). _____  Date for referral ___/___/___ (MM DD YYYY)
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?) _____  Time _____

X _____  Name Dianne P. Teal
Nurses Signature  Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12-6-05 2400 | S "I'm still in pain" ___ O Lying on back on floor in seg cell. resp. reg & unlabored abd soft BS⊕! Moves eyes on command Pedal pulse ⊕ to ↓ eyes. B/p 110/70, 18, 98.4, 80, skin wd a+o x3. No acute distress A- Alt in comfort. RT pain.___ P. Cont to observe.___ E- exist to call nurse for any problems or c/o. ___ —Des |
| 12-6-05 0330 | O Tol 100% diet well ate break-fast in a sitting position. No Nausea or Vomiting noted. —Des |
| 12-6-05 0500 | Resting ⦸ distress resp. reg & unlabored No distress noted. ___ —Des |
| 0800 | O Lying on floor on mat on Lt. Side. Reacts to verbal. ___ C Gudde |
| | O Wt. 186, BP 112/60, P 60, T 98.0, R 20, O₂ 98. Gudde |
| 11¹⁵ | O Seen by Dr Rayapati' - orders noted Gudde |
| | O Sitting up on mattress propped against wall No acute distress noted. ___ Gudde |
| A) | Alt comfort RT Pain & discomfort |
| P) | Monitor / provide meds. C Gudde |

INMATE NAME (LAST, FIRST, MIDDLE)
Crayton, Sidney

| DOC# | DOB | R/S | FAC |
|---|---|---|---|
| 224797 | 3-23-74 | B/m | VCF |

PHS-MD-70040

Complete Both Sides Before Using Another Sh