

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/6/05 510 | O: Laying in bed. Offers no c/o. Eyes closed. Resp reg et easy. G Wilkerson LPN |
| 1710 | S: My last BM was 2 days ago. My back is hurting et I'm dizzy. |
| | O: Pupils are reactive to light. Ate 80% of supper tray. T99.2 BP 120/82 P-74 R-20 O₂ Sat 95%. Stood for VS to be taken. Amb c steady gait. No facial grimaces noted. Lungs cl bil. Bowel sounds ⊕ X4. Polite. |
| | A: Alert in comfort. |
| | P/E Continue to monitor. Medicate. G Wilkerson LPN |
| 2000 | O: laying on left side c eyes closed. Resp reg et easy. Lying in fetal position on bunk bed. G Wilkerson LPN |
| 2230 | O: Repositioned, Resp reg et easy. No rot d distress G Wilkerson |
| 2330 | O- Lying on bunk covered c blanket. resp. reg & unlabored No distress noted. D Teal |
| 0200 | O- Resting on Ⓡ side No resp. distress noted. D Teal |
| 0310 | O- am meds given VS taken 120/82 97 84 20 skin wd. abd ⊕ abd soft BS⊕ bilat breath sounds clear. Denies pain or discomfort D Teal |
| 0500 | S- "I'm feeling much better" Ate 100% of diet tol well. No c/o D Teal Nov. |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12-05-05 7³⁰ pm | (2) Remove all hazordous material (3) will see in AM. (A) alteration in Comfort. |
| | (P) Place in seg cell lying flat on back (2) Remove all — hazordous material (3) Will see in a m. |
| 8¹⁵ pm | (S) "Go GD to hell". These MF" "They think it's a MF game" |
| | (O) B/M lying in a supine position NAD noted. |
| | (A) alteration in comfort. |
| | (P) cont. to Monitor. ————— J Massey Ln |
| 8¹⁸ pm | (S) Low down MF |
| | (O) B/M lying on Ⓛ side c̄ knees flexed. NAD noted. Inmate in a fetal position. ——— J Massey Ln |
| | (A) alteration in Comfort |
| | (P) Cont to Monitor ————— J Massey Ln |
| 9³⁰ pm | (O) lying on Ⓛ side in fetal position. Inmate educated on orders to lay on back. No statement made. Inmate remains on Ⓛ side. ——— J Massey Ln |
| | (P) Cont to Monitor ————— J Massey Ln |
| 9³⁵ | (S) I need catheter because it hurt to lead to get up. — |
| | (O) B/M lying Ⓛ side in fetal position. NAD noted. Resp even et unlabored. Urinal given. Inmate re-educated to lay on back Voices understanding. Inmate very hostile @ present. ——— J Massey Ln |
| | (A) alteration in Comfort (P) report to oncoming shift J Mass |



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12.05.05<br>5:00 pm | (S) I feel a little better. I haven't been eating because these people trying to poison me. They gave me some phenergan for nausea and vomiting. I ate and have not thrown up.<br>(O) B/M sitting ↑ on bunk c̄ NAD noted. Skin w/o to touch. Resp even et full et unlabored. Abd soft c̄ Ø distention noted et non-tender. BS ⊕ x4 Temp 98.4 pulse 79 O₂ Sat 97% Resp 20 B/p 120/74<br>(A) Alteration in comfort.<br>(P) Cont to Monitor ——————— G. Massey LPN |
| 6:40 pm | (S) I fell back and hurt my back. I have a sharp pain in my back. I can't move.<br>(O) B/M lying on floor beside bunk in a supine position NAD noted. Inmate uncooperative. V/S B/p 120/84 pulse 87 temp 98 resp 20. Dr. Rayapati notified of Inmate Complaint. T/O given (1) Place on stretcher et transport ER et examine (2) Call report p̄ finishing. Inmate assisted /several people to mattress by log rolling. mattress placed on stretcher in ER Examined p̄ assist inmate in removing clothing. Inmate noted hold head up. Moving left extremity c̄ difficulty. Inmate was able to cross leg aiding in reposition on Ⓡ side. Upon inspection Ⓡ back skin intact Ø bruising nor any visible signs of injury noted. MD notified as ordered. @ 7:30 pm (1) Place inmate seg cell lying flat on back - Ⓖ |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Crayton, Sidney | 224797 | 3-23-76 | B/M | VCF |

PHS-MD-70049                    nplete Both Sides Before Using Another S



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12-5-05 1145 | O- B/m up to see MD — states "I'm on a hunger strike — I'm not going to eat because I'm scared that DOC will do something to me because I witnessed an alteration" <br> A- Hunger strike <br> P- will observe <br> E- Instructed to let nurse know of any problems ————————— mBenefield L |
| 12-5-05 1:55 | S- "Who is it" <br> O- B/m lying in bed c̄ eyes closed — aroused when nurse knocked on door— denies any problems <br> A- altered comfort <br> P- will report to next shift ———— <br> E- Instructed to let nurse know of any problems ————————— mBenefield L |
| 12-5-05 4:15 | (S) No statement <br> (O) B/m sitting↑ on bunk c̄ NAD noted <br> (A) Alteration in comfort <br> (P) Cont to Monitor ——————— GMassey Lpn — |

INMATE NAME (LAST, FIRST, MIDDLE)
Crayton, Sidney

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 224797 | 3-23-76 | B/m | V C.I. |

PHS-MD-70009    Complete Both Sides Before Using Another Sheet

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | |
|---|---|---|---|
| 12/01/05 | 0920 ☑AM ☐PM | VCF ☐SIR ☐PDL ☐ESCAPEE ☐ _____ | ☐SICK CALL ☐EMERGENCY ☐OUTPATIENT |

**ALLERGIES** NKDA

CONDITION ON ADMISSION
☒GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

**VITAL SIGNS: TEMP** 98² ☑ORAL ☐RECTAL **RESP** 20 **PULSE** 83 **B/P** 130/90   RECHECK IF SYSTOLIC <100> 50 ___/___

### NATURE OF INJURY OR ILLNESS

(S) Stokes Spoke up to DOC Officers. And feels his Wife is in danger and pursuing NAACP for assistance as he feels threatened

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |

### PHYSICAL EXAMINATION

(O) Wt. 188 - Anxious - Ambulatory Stokes has not eaten or drank any liquids since yesterday as he feels he is going to be poisoned - States dizziness. Good Skin Turgor. Mucous Membranes moist - Yellow, dark urine. Stomach aching from hunger - No tatoos or scars. Denies bruises or injuries.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

### ORDERS / MEDICATIONS / IV FLUIDS

| | TIME | BY |
|---|---|---|
| (A) Return to DOC Body chart Ⓟ Body chart Completed | | |
| (P) Release to DOC | | |

### DIAGNOSIS
Dr. Rayaputi notified

### INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 12/01/05 | ☐AM ☐PM | ☒DOC ☐AMBULENCE ☐ | ☒SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| Clyde Gordon RN | 1801? | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Clayton, Sydney | 224797 | 032376 | B/M | VCF |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)



PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Sidney Clayton_      Date of Request: _11/28/05_

ID # _224797_      Date of Birth: _3/23/76_   Location: _10B 12B_

Nature of problem or request: _I want to be tested for hepatitis A,B, and C. I would also like to be tested for my eyes._

Signature: _Sidney Clayton_

## DO NOT WRITE BELOW THIS LINE

Date: _11 28 05_

Time: _6:40_   AM (PM)

Allergies: _NKDA_

RECEIVED
Date: 11|28|05
Time: 8:45
Receiving Nurse Intials JS

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _194_

**(A)ssessment:**

**(P)lan:** _Report to HCU, Wed. 11-30-05 @ 9am for appt c Dr. ____._

Refer to: (MD) PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE (/)    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**Nursing Evaluation Tool:**                                    <u>General Sick Call</u>

Facility: VENTRESS

Patient Name: _Clayton,_                    _Sidney_
                                                          First

Inmate Number: _224797_                Date of Birth: _8_ , _23_ , _76_
                                                              MM   DD   YYYY

Date of Report: _11_ _28_ _05_           Time Seen: _1:10_  AM / **PM** Circle One
                 MM   DD   YYYY

<u>Subjective</u>:  Chief Complaint(s): _Testing for Hep. A, b, c, & eyes._

Onset:

Brief History: _She wishes saw, lays get tested first, then get_
(Continue on back if necessary)
_treated & wishes like to be tested and_
_then be accepted. almost a year since he read_
_eye chart. but never had eye doctor._
☐ Check Here if additional notes on back

<u>Objective</u>:  Vital Signs: (As Indicated) T: _98_  P: _64_  RR: _18_  B/P: _130_ / _90_

Examination Findings:
(Continue on back if necessary)
_____
_____
_____
_____

<u>Assessment</u>: *(Referral Status)*        Preliminary Determination(s): _Alteration in comfort._
                                                          ☐ Check Here if additional notes on back
  ☐ Referral <u>NOT REQUIRED</u>

  ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply) _____
     ☐ Recurrent Complaint (More than 2 visits for the same complaint)
     ☐ Other: _____
_____
_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given

<u>Plan</u>:  Check All That Apply
     ☐ Instructions to return if condition worsens
     ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
     ☐ Other: _____
              (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List) _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where) _Dr. Peryapat_   Date for referral _11/30/05_
                                                                               MM  DD  YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?) _____  Time _100 m_

x _Julien_                      Name _J. Wisen_
   Nurses Signature                   Printed

**PHS**    Nursing Evaluation Tool: Eye Pain / Complaint

**Facility:** Ventress Correctional Facility

**Patient Name:** _Clayton_                    _Sidney_
Last                                First            MI

**Inmate Number:** _22879_        **Date of Birth:** _3_ / _23_ / _76_
MM   DD   YYYY

**Date of Report:** _11_ / _28_ / _05_        **Time Seen:** _110_  AM / **PM** (Circle One)
MM   DD   YYYY

## Subjective:

**Chief Complaint:** (Check All That Apply)
- ☑ Foreign body: ☐ Right side ☐ Left side  **Foreign body type:** _____ or ☐ Unknown
- ☑ Change in vision: ☑ Right side ☐ Left side ☐ Blurred ☐ Decreased
- ☐ Eyelid Complaint: ☐ Right side ☐ Left side (Describe Below)
- ☐ Trauma: ☐ Right side ☐ Left side (Describe Below) **Trauma sustained in altercation with custody staff, or**
- ☐ Conjunctivitis: ☐ Right side ☐ Left side   **other inmate?** ☐ NO ☐ YES (Requires notification of correctional staff)
- ☐ Seeing spots / flashes / floaters: ☐ Right side ☐ Left side
- ☐ Request for glasses: ☐ No other visual complaint  **Prior History of glasses?** ☐ NO ☑ YES  Last time seen by optometrist: _Kilby_

**Associated Symptoms / Additional Eye History**
- ☐ **Pain:** ☐ NO ☐ YES  **Pain Scale:** (1-10) _____  **Pain Description:** _____ (aching, Burning, Stinging, etc.)
- **Tetanus Toxoid Within 10 years:** ☐ YES ☐ NO  **Recent eye surgery** ☑ NO ☐ YES
- **Conjunctivitis symptoms:** ☐ Hay fever / Allergies ☐ Itchy ☐ Redness ☐ Watery ☐ Redness ☐ Discharge: _____
- **History of Glaucoma?:** ☑ NO ☐ Yes (taking glaucoma medications? ☐ YES ☐ NO  **Cataracts** ☑ NO ☐ YES
- **History of Retinal Detachment?:** ☐ NO ☐ Yes (_____
- **History of trauma:** ☑ NO ☐ YES  Type: ☐ Blunt ☐ Penetrating ☐ Chemical ☐ Other: _____

**History:** _Red Eye Shut @ Kilby but never_
(Continue on back if necessary) _this ER,_

## Objective:
**Vital Signs:** (As Indicated) ☐ Check Here if additional notes on back
T: _98_  P: _64_  RR: _18_  B/P: _130 / 90_

**Visual acuity:** R _20/30_  L _20/30_  (If patient wears corrective lenses acuity should be checked with and without wearing corrective device)

**Periorbital Exam:** ☑ Normal ☐ Swelling ☐ Evidence of Infection ☐ Bruising ☐ Other: _____

**Eye Exam:** Normal Findings / Abnormal Findings

| | Normal Findings | Abnormal Findings | |
|---|---|---|---|
| **Pupil:** | ☑ PERRL | ☐ Pupil unequal/abnormal: _____ | |
| **Conjunctiva:** | ☐ Conjunctiva pink | ☐ Conjunctiva Pale ☐ Red | ☐ Discharge _____ |
| **Sclera:** | ☐ Sclera white | ☐ Yellow ☐ Red | |
| **Foreign body:** | ☐ No Foreign body | ☐ Foreign body | |
| **Eyelid:** | ☑ Normal | ☐ Red/Discolored ☐ Injury/Lesion ☐ Scaly ☐ Inflamed at margin ☐ Hematoma | |
| | | ☐ Drainage: _____ ☐ Sty | |

☐ **Additional Examination:** _____
(Continue on back if necessary)

## Assessment: (Referral Status)
☐ Check Here if continued on back
- ☐ Referral **NOT Required**  **Preliminary Determination(s)** _Itching sight_
  **Expedited referral to a clinician except for: isolated Itching with normal visual activity or glasses request only.**   _R/T Blurred Vision_
- ☐ Referral **Required**
  **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

## Plan:
**Check All That Apply:**
- ☐ Irrigate with sterile H2O or Normal Saline, check for foreign body or abrasion, antibiotic ointment and patch x 24 hrs
- ☐ Instructions on care/treatment of conjunctivitis
- ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
- ☐ Other _____  ☐ Instructions to return if condition worsens

**OTC Medications given** ☑ NO ☐ YES (If Yes List) ___(Describe)___

**Referral:** ☐ NO ☑ YES (If Yes, Whom/Where) _Dr. Murray_  **Date for referral** ___ / ___ / ___
MM   DD   YYYY

**Referral Type:** ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?) _____  **Time**

x _____        **Name** _J. Davis_        ___ / ___
Nurses Signature                        Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Sidney Clayton_                     Date of Request: _11/3/05_
ID # _224747_                                            Date of Birth: _10/23/76_ Location: _____
Nature of problem or request: _I need some more sinus pills._
_____
_____
_____

                                                    _Sidney Clayton_
                                                        *Signature*

### DO NOT WRITE BELOW THIS LINE
_____

Date: ___/___/___
Time: _____ AM  PM                  ┌─────────────────────────────┐
Allergies: _____                 │          RECEIVED           │
                                           │ Date:                       │
                                           │ Time:                       │
                                           │ Receiving Nurse Intials ____ │
                                           └─────────────────────────────┘

**(S)ubjective:**


**(O)bjective** **(V/S): T:** _____  **P:** _____  **R:** _____   **BP:** _____   **WT:** _____

                    Waiver Signed

**(A)ssessment:**


**(P)lan:**



Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

                    _____
                              *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _____    Date of Request: 11/3/05

ID # 22479    Date of Birth: 3/23/76  Location: _____

Nature of problem or request: I need Some more shots pills.

_____

_____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: _____

Time: _____ AM PM

Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials |

**(S)ubjective:**

**(O)bjective**  (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Sidney Clayton_     Date of Request: _10/19/05_
ID # _024797_     Date of Birth: _3/23/76_ Location: _10B 12B_
Nature of problem or request: _My Sinuses are still acting up._

_Sidney Clayton_
_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: _10/20/05_
Time: _10 5_     AM PM
Allergies: _NKDA._

RECEIVED
Date: _10/20/05_
Time: _8.45_
Receiving Nurse Intials _DS_

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _190_

**(A)ssessment:**

**(P)lan:** _Report to HCU monday 10-24-05@ 10am_
_for appt c Dr Rayapata._

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_J Giles RN_
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Sidney Clayton_                    Date of Request: _10-3-05_

ID # _909799_          Date of Birth: _3.23.56_  Location: _103/213_

Nature of problem or request: _I need a stronger dose of sinus pills_
_one pill is not helping me. Thank you for your time._

_____Signature_____

### DO NOT WRITE BELOW THIS LINE

Date: _10.14.05_
Time: _3.4_ AM PM
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: 10/4/05 |
| Time: 12:45 |
| Receiving Nurse Intials: DS |

**(S)ubjective:**

**(O)bjective   (V/S):**  T: ___  P: ___  R: ___  BP: ___  WT: _191_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE



**Nursing Evaluation Tool:**

<u>**Upper Respiratory Complaints**</u>

Facility: BBB

Patient Name: *Clayton*                    *Sidney*
                          Last                              First

Inmate Number: *224 799*          Date of Birth: *3 / 23 / 76*
                                                                        MM   DD   YYYY

Date of Report: *10 / 10 / 05*          Time Seen: *340*   AM (PM) Circle One
                          MM  DD  YYYY

## Subjective:
**Chief Complaint(s):** ☑ Runny/Stuffy Nose ☐ Sneezing ☐ Sore Throat ☐ Swollen Glands ☐ Headache ☐ Fever
(Check All That Apply)

☐ Malaise ☐ Earache   Cough: ☐ No ☐ Yes: ☐ Non-productive ☐ Productive: (sputum description):_____

☐ Other: _____

Onset: *Chr.* _____

History: *Receiving Sinus Meds qav* _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

History of Asthma: ☑ No ☐ Yes     Cardiac/CHF history: ☑ No ☐ Yes     History of HIV Disease: ☑ No ☐ Yes

## Objective:
**Vital Signs:** (If Indicated) T: *97⁶* P: *76* RR: *20* B/P: *130 / 184*

Eyes: ☐ Clear ☐ Watery ☐ Injected (red)   Drainage: ☐ No ☐ Yes: _____

| | Lung sounds: | |
|---|---|---|
| | **Right** | **Left** |

Nose: Congestion: ☐ No ☐ Yes   Drainage: ☐ No ☐ Yes: _____

Throat examination: ☐ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous

Neck: ☐ Normal ☐ Enlarged Lymph Nodes

| | Right | | Left |
|---|---|---|---|
| Clear | ☐ | | ☐ |
| Diminished | ☐ | | ☐ |
| Crackles | ☐ | | ☐ |
| Rhonchi | ☐ | | ☐ |
| Wheezing | ☐ | | ☐ |

☐ Additional Examination: _____
Continue on back if necessary

☐ Check Here if continued on back

## Assessment: (Referral Status)
☐ Referral **NOT Required**     Preliminary Determination(s): _____

☐ Referral **Required** referral due to the following: (Check all that apply) _____
   ☐ Abnormal Vital Signs      ☐ Inability to swallow      ☐ Significant shortness of breath      ☐ Recurrent Complaint (More than 2 visits)
   ☐ Abnormal Lung exam      ☐ Significant Wheezing which does not improve with inhaler      ☐ Other: _____

   **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

## Plan:  Check All That Apply:
☑ Advise rest and oral fluid intake      ☐ Warm saline gargles PRN
☐ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
   well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Other: *all Nudafel 30 to c/m to see if Pt X-t results.*
              (Describe)
☐ OTC Medications given ☐ NO ☑ YES (If Yes List): *Nudafel 600mg HS X 10d.*

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____      Date for referral: ___/___/___
                                                                                                               MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____      Time _____

X _____      Name: *J. Odis*
       Nurses Signature                                          Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Sidney Clayton_ _____ Date of Request: _9-29-05_
ID # _224797_ _____ Date of Birth: _3-23 76_ Location: _10B 12B_
Nature of problem or request: _I'm takeing Sinus pills every day. The_
_problem, is one pill is not helping me, I need more Sinus_
_pills to take effect on my Sinus. Thankyou_

_Sidney Clayton_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _9/30/05_
Time: _4:50_ AM (PM)
Allergies: _NKDA_

```
┌─────────────────────────────┐
│        RECEIVED             │
│ Date: 9/30/05               │
│ Time: 12.30                 │
│ Receiving Nurse Intials DS  │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**  (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _191½_

_See Net._

**(A)ssessment:**

**(P)lan:** _See Dr. Rajopat Monday 10-3-05 @ 9 a m_

Refer to: (MD) PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_____  _Cdlis RN_
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**Nursing Evaluation Tool:**

<u>Upper Respiratory</u>
<u>Complaints</u>

Facility: BBB
Patient Name: _Clayton_ _Sidney_
First    MI
Inmate Number: _224 797_    Date of Birth: _3_ / _23 76_
DD DD YYYY
Date of Report: _9_ / _30_ / _05_    Time Seen: _4:50_ AM / (PM) Circle One
MM DD YYYY

**Subjective:** Chief Complaint(s): ☑ Runny/Stuffy Nose ☑ Sneezing ☐ Sore Throat ☐ Swollen Glands ☐ Headache ☐ Fever
(Check All That Apply)
☐ Malaise ☐ Earache Cough: ☐ No ☑ Yes: ☑ Non-productive ☐ Productive: (sputum description): _____
☑ Other: _Smelling of cigarette smoke, grass._
Onset: _2 Sept 05_
History: _Started coming up @ Co. Jail, but gets worse_
(Continue on back if necessary) _when they cut the grass, or I smell cigarette smoke._
☐ Check Here if additional notes on back

History of Asthma: ☑ No ☐ Yes    Cardiac/CHF history: ☑ No ☐ Yes    History of HIV Disease: ☑ No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: _99⁶_ P: _68_ RR: _28_ B/P: _140_ / _86_

| | | Right | Lung sounds: | Left |
|---|---|---|---|---|
| Eyes: ☐ Clear ☑ Watery ☐ Injected (red) Drainage: ☑ No ☐ Yes: | | | Clear | |
| Nose: Congestion: ☐ No ☑ Yes Drainage: ☐ No ☑ Yes: _Sometimes_ | | ☐ | Clear | ☐ |
| | | ☐ | Diminished | ☐ |
| Throat examination: ☐ Normal ☑ Red ☐ Enlarged tonsils ☐ Edematous | | ☐ | Crackles | ☐ |
| Neck: ☑ Normal ☐ Enlarged Lymph Nodes | | ☐ | Rhonchi | ☐ |
| | | ☐ | Wheezing | ☐ |

☐ Additional Examination: _Throat slightly irritated from coughing_
Continue on back if necessary
☐ Check Here if continued on back

**Assessment: (Referral Status)**
☐ Referral <u>NOT</u> Required    Preliminary Determination(s): _Upper Resp._
☑ Referral <u>Required</u> referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs ☐ Inability to swallow ☐ Significant shortness of breath ☐ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam ☐ Significant Wheezing which does not improve with inhaler ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Advise rest and oral fluid intake    ☐ Warm saline gargles PRN
☐ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Other: _@ clnt request. Unmate to see Dr. Rayapati_
(Describe)
☐ OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr. Rayapati_    Date for referral: _10/3/05_
MM DD YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _9 am_

X _[signature]_    Name: _I. Cdis_
Nurses Signature    Printed



**PRISON HEALTH SERVICES**
**INCORPORATED**

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Sidney Clayton_     Date of Request: _9-12-05_
ID # _224797_     Date of Birth: _3-20-76_   Location: _10 B 12 B_
Nature of problem or request: _My Scineces are still bothering me._

_Sidney Clayton_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _9 /13 /05_
Time: _645_   AM (PM)
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: _9/13/05_ |
| Time: _12.00_ |
| Receiving Nurse Intials _DS_ |

_TP 9/14/05_

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _191_

**(A)ssessment:**    _See Net._    _TP 9/14/05_

**(P)lan:** _CRNP L. Floyd Wednesday 9/14/05 @ 1100 AM_

Refer to:    MD/(PA)   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
    Was MD/PA on call notified:   Yes ( )   No ( )

_____ RN
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**Nursing Evaluation Tool:**

<u>**Upper Respiratory**</u>
<u>**Complaints**</u>

Facility: BBB

Patient Name: _Clayton_ _Sidney_
                 Last                  First

Inmate Number: _22479_      Date of Birth: _3_ / _23_ / _76_ MI

Date of Report: _9_ / _13_ / _05_      Time Seen: _645_ AM / PM Circle One
           MM DD YYYY

**Subjective:** Chief Complaint(s): ☑Runny/Stuffy Nose ☐ Sneezing ☐ Sore Throat ☐ Swollen Glands ☐ Headache ☐ Fever
          (Check That Apply)
☐ Malaise ☐ Earache   Cough: ☐ No   ☐ Yes; ☐ Non-productive ☐ Productive: (sputum description): _____
☑Other: _not a cold know that its his tmus_
Onset: _Approx 1st of the month_
History: _Was drinking bottle while I was taking the pills_
(Continue on back if necessary) _that was ordered but they donout._
                                              ☐ Check Here if additional notes on back
History of Asthma: ☑No ☐ Yes     Cardiac/CHF history: ☑No ☐ Yes     History of HIV Disease: ☑No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: _98_   P: _74_   RR: _18_   B/P: _120_/_80_

Eyes: ☐ Clear ☐ Watery ☑ Injected (red)   Drainage: ☑No ☐ Yes: _____

| | Lung sounds: | |
|---|---|---|
| | **Right** | **Left** |
| Clear | ☐ | ☐ |
| Diminished | ☐ | ☐ |
| Crackles | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Wheezing | ☐ | ☐ |

Nose: Congestion: ☑No ☐ Yes   Drainage: ☐ No ☑Yes: _____
Throat examination: ☑Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous
Neck: ☐ Normal ☐ Enlarged Lymph Nodes

☐ Additional Examination: _was gidayl mtl on 9/7 for sinus which_
(Continue on back if necessary) _cmst stats hlp. but mtd non out._
                                             ☐ Check Here if continued on back

**Assessment: (Referral Status)**     Preliminary Determination(s): _____ (illegible) 9/14/05
   ☐ Referral **NOT Required**
   ☐ Referral **Required** referral due to the following: (Check all that apply)
       ☐ Abnormal Vital Signs     ☐ Inability to swallow     ☐ Significant shortness of breath     ☐ Recurrent Complaint (More than 2 visits)
       ☐ Abnormal Lung exam     ☐ Significant Wheezing which does not improve with inhaler     ☐ Other: _____

       **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☑ Advise rest and oral fluid intake     ☐ Warm saline gargles PRN
   ☐ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☑ Other: _chckd L 7 long 9/14/05 @ 1100 m_
     (Describe)

   ☐ OTC Medications given ☑NO ☐ YES (If Yes List): _____

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____    Date for referral: __/__/__
                                                              MM DD YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

X _____     Name: _____
    Nurses Signature                                     Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Sidney Clayton_ ___ Date of Request: _9-7-05_
ID # _324797_ ___ Date of Birth: _3-23-76_ Location: _10B 12B_
Nature of problem or request: _I need to see a dockter on my cold,_
_(Note) I also have not heard any thing about my eye_
_glasses._

Signature _Sidney Clayton_

### DO NOT WRITE BELOW THIS LINE

Date: _9/8/05_
Time: _430_ AM (PM)
Allergies: _NKDa._

| RECEIVED |
|---|
| Date: 9/8/05 |
| Time: 12.30 |
| Receiving Nurse Intials _DS_ |

_CR 9/14/05_

**(S)ubjective:** _Have had sinus problem & cough & nuze all the time. I need some thing done. I would like to know some thing about my eye glasses._

**(O)bjective** (V/S): T: _97⁴_ P: _80_ R: _18_ BP: _136/84_ WT: _187_
_Stuffy nasal passage, c/o sinus problem who rely on medacne his sinus in P & c/ never say far claims couldn't knows med was for more than 1 dose._

**(A)ssessment:** _Health Maintenance Compromised._

**(P)lan:** _Tylenol 650 mg po b.i.d × 4 d_
_Sudafed 60 mg po b.i.d × 4 d_
_CTM 4 mg #po b.i.d × 4 d prn_

Refer to: (MD)/PA  Mental Health  Dental  Daily Treatment   (Return to Clinic PRN)
_Aloe_ CIRCLE ONE

Check One: ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Sidney Clayton_     Date of Request: _8-10-05_

ID # _224797_     Date of Birth: _3-23-76_ Location: _10B 12B_

Nature of problem or request: _Eyes Checked._

_#Note I already payed my $3.00 for this. I have not seen the eye doctor._

         _Sidney Clayton_
           Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM PM

Allergies: _____

```
┌──────────────────────────────┐
│         RECEIVED             │
│ Date: 8/10/05                │
│ Time: 12.00                  │
│ Receiving Nurse Intials  DS  │
└──────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   **(V/S):** **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                           CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

     If Emergency was PHS supervisor notified:    Yes ( )     No ( )

             Was MD/PA on call notified:    Yes ( )     No ( )

_____
              *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 3-9-04 0720 | P. Annual physical given — TB shot given. M Benefield |
| 3/24/05 | Annual physical done. TB test given. RFA. Wt. loss noted <11# 12/17/04 - Inmate stated that he hadn't been eating. Advised to sign up for sick call if appetite remains poor. — Shrelly |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Clayton, Sidney | 224793 | 3/23/76 | B/m | V-t |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Sidney Clayton          Date of Request: 4-2-05
ID # 224797                    Date of Birth: 3/23/76    Location: 10B 12B
Nature of problem or request: My eyes are getting tired quick.
I'm also having problems reading. I need to get my
eyes checked by a doctor. Thank you.

Sidney Clayton
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 4/3/05
Time: 715 AM PM

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

Allergies: NKDA

**(S)ubjective:** My eyes get tired too quick

**(O)bjective  (V/S):** T: 98.8   P: 75   R: 20   BP: 124/72   WT: 197 200

**(A)ssessment:** Alt in health maintenan

**(P)lan:** To see MD. Watch newsletter

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Sydney Clayton_    Date of Request: _12-14-04_
ID # _224797_     Date of Birth: _3/23/76_   Location: _10B 12 B_
Nature of problem or request: _Shaving Profile_
_____
_____
_____
                _Sydney Clayton_
                    Signature

**DO NOT WRITE BELOW THIS LINE**
_____

Date: _12/15/04_
Time: _18 30_ AM (PM)
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: 12-15-04 |
| Time: 12:30 |
| Receiving Nurse Intials DS |

**(S)ubjective:** _I need my shave profile renewed_

**(O)bjective**   (V/S): T: _98.8_   P: _72_   R: _20_   BP: _110/80_   WT _209_

_Request renewal of shave profile, raised_
**(A)ssessment:** _infrataneas under neck and on face_
_Skin integrity alt_        _(E) Clean shave_
                            _before gspt_
**(P)lan:** _See Rayapati_
      _12-17-04 @ 9:00 am_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                       CIRCLE ONE
Check One:   ROUTINE (X)   EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
         Was MD/PA on call notified:   Yes ( )    No ( )

                           _SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Sidney Clayton-Bey _____ Date of Request: 6-14-04

ID # 224797 _____ Date of Birth: 3-23-76 Location: 3 Dorm 76B

Nature of problem or request: Shaveing profile

_____

_____

Sidney Clayton-Bey
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 6/15/04

Time: 7:30 AM (PM)

Allergies: NKDA .

RECEIVED
Date: 6-14-04
Time: 12.30
Receiving Nurse Intials DS

**(S)ubjective:** need shaving profile mine is about to expire.

**(O)bjective (V/S):** T: 98 6  P: 76  R: 18  BP: 150/90  WT: 220

bp elevated. Profile expires 6-16-04

**(A)ssessment:** Alt in Comfort .

**(P)lan:** Dr. Rangapat' friday 6-18-04 @ 10:00 Am

BP check X 3 days .

Refer to: (MD) PA  Mental Health  Dental  Daily Treatment     Return to Clinic PRN

CIRCLE ONE

Check One: ROUTINE ( )  EMERGENCY ( )

If Emergency was PHS supervisor notified:  Yes ( )  No ( )

Was MD/PA on call notified:  Yes ( )  No ( )

_____
*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**NAPHCARE**
**PHYSICIAN'S PROGRESS NOTES**

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 12/17/02 | 12^55 | S Bumps to shaving Area. — R Burke, RN |
| | | O - Skin: Bearded area, esp. neck multiple Papules c̄ pustules also. |
| | | A/P - ① Facial Folliculitis / Pustules — Benzoyl / TCN / SP |
| | | E - I/M instructed of above POC  EKly CRNP — R Burke, RN |
| 5/2/03 | 11^40 | C/O dizziness. |
| | | S 2740 BM – c/o headaches + dizziness. Reports having symptoms x 2 wks. Reports that |
| | BP 120/70 | he feels better when he can lay down. States he feels like the room is spinning around him when he is "dizzy". HA's usually occur c̄ dizziness. no c/o ringing in ears. Ⓝ nausea Ⓝ vomiting . Reports that this occurs daily. |
| | | O. NAD, VSS. Heart RRR, Lungs- CTA. Neuro intact. Romberg ⊖. |
| | | A. Dizziness |
| | | P Motrin 800mg ÷ po TID X 14d. EKG ☞. |
| | | E Return to HCU c̄ dizziness episodes — CCodey CRNP. |

| NAME - LAST | FIRST | MIDDLE | | AIS # |
|-------------|-------|--------|--|-------|
| Clayton, | Sidney | | | 224797 |

NC007                                        PHYSICIAN'S PROGRESS NOTES

NAPHCARE
PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 6/18/03 | 0850 | Shaving profile |
| | | wt 192 3/4 lbs   BP 140/80  T 97.8  P-62  R-18 |
| | | S 2740 BM- wants shaving profile. Reports |
| | | that he breaks out bad & he thinks |
| | | he is allergic to powder - it gives him |
| | | blisters. |
| | | O VSS - NAD |
| | | face - old scarring noted to face - no |
| | | papules or pustules seen. |
| | | A folliculitis |
| | | P Renew shaving profile & lemon |
| | | E Med inst given —— Cooley CRNP. |

NAME- LAST          FIRST          MIDDLE

Clayton, Sidney

NC007

AIS #
224797

PHYSICIAN'S PROGRESS NOTES



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Sidney Clayton-Bey_    Date of Request: _12-10-03_
ID # _224797_    Date of Birth: _3-23-76_ Location: _3-Dorm_
Nature of problem or request: _Renew Shaveing profile_
_____

_Sidney Clayton-Bey_
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _12/10/03_
Time: _645_ AM (PM)
Allergies: _NKDA_

```
RECEIVED
Date: 12-10-03
Time: 12:00
Receiving Nurse Intials: SS
```

**(S)ubjective:** _"My shaving profile is about to expire"_

**(O)bjective** _wt 192 B/P 140/88 P 76 R 20 T_
_couple dry area on face no redness or drainage_
_skin intact w/D_

**(A)ssessment:** _skin integrity alter_

**(P)lan:** _to see MD Cooley 12-15-03 on Monday @ 830am_
_Education material given_

Refer to:    (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
_Cooley Clu_ CIRCLE ONE
Check One:  ROUTINE (X)    EMERGENCY ( )        _Sidney Clayton-Bey_
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
    Was MD/PA on call notified:   Yes ( )    No ( )

_KThompson_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

## NAPHCARE
## NURSE'S NOTES

| DATE | TIME | |
|------|------|--|
| 12/11/02 | 1557 | Rec'd at VCF inmate cleard for food service duty, inmate understands VCF procedures. _N. Strichta_ |
| 5/13/03 | 1630 | B/P ✓ BID x 3 days results |

|  |  | | 5-8-03 | 5-9-03 | 5-10-03 | |
|--|--|--|--------|--------|---------|--|
|  |  | 5:00 Am | 110/70 | 118/72 | 130/80 | C. Hunter, LPN |
|  |  | 6:30 Pm | 150/80 | 150/80 | 140/80 | _H_ 5/14/3 |

| NAME- LAST | FIRST | MIDDLE | AIS# |
|------------|-------|--------|------|
| Clayton | Sidney | | 224791 |

NC-006          NURSES NOTES

# NaphCare, Inc.
## Health Services Request Form

Inmate Name _Sidney Clayton_         Date of Request _6/15/03_

AIS No. _224797_     Date of Birth _3/23/76_     Housing Loc. _8B 21B_

Nature of problem or request _My Shaving Profile expired. I do Need another one. Thank you._

_____

_____

_____

Sign here for consent to be treated by health staff for the condition described above _Sidney Clayton_

### Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

-----------------------------------------------

### Health Care Documentation

Subjective: _Not I/mie facil Bunps + Irritry shay profile denial._

Objective: BP _120/80_    P _63_    R _20_    T _97.8_    WT _189.45_

_Noted facial Bunps to face & Neck area._

Assessment: _Alt in skin Integrity_

Plan: _To See Mr Cooly._

Refer to: (PA/Physician) _Cooley APN_ _6/18/03_    Mental Health         Dental

Education: _____

_____

_____

Protocol used: (specify) _____

Signature _Quinter_    Title _RN_    Time _7:05_    Date _6/15/03_

# Health Services Request Form

Inmate Name _Sidney Clayton_                                  Date of Request _5/31/03_

AIS No. _224747_          Date of Birth _3/23/76_      Housing Loc. _8B 218_

Nature of problem or request _Feel Sick Hot TPreb Head Ace_

_Dizzyness  Thank you._

Sign here for consent to be treated by health staff for the condition described above. _Signature_

## Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

------------------------------------------------------------

### Health Care Documentation

Subjective:

Objective:      BP_____      P_____   R_____      T_____      WT _____

_No Show_

Assessment:

Plan:

Refer to:      PA/ Physician          Mental Health          Dental

Education: _____

_____

_____

Protocol used: (specify)_____

Signature_____      Title _____   Time_____   Date_____

**NaphCare, Inc.**

## Health Services Request Form

Inmate Name _Sidney_ _____ Date of Request _____

AIS No. _____ Date of Birth _3/___/__ Housing Loc. _____

Nature of problem or request _____

_____

_____

_____

_____

Sign here for consent to be treated by health staff for the condition described above _____

### Place this slip in Medical Box or designated area

### DO NOT WRITE BELOW THIS LINE

RECEIVED
MAY 7 2003

------------------------------------------------------

### Health Care Documentation

Subjective 'I have been sick for about two weeks off and on''

Objective: BP 150/9   P 76   R 18   T 97.8   WT 180

no vomiting, c/o be nauseated, abd soft nondisten[d]
Last BM - 5 to g, bowel sound present in all four
quad[s]

Assessment:

Plan: See Dr Darboze
5-12-03

B/p ✓ x3 days BID

Refer to _____ PA/ Physician _____ Mental Health _____ Dental

Education: Nausea/ vomiting educational given &
explained, Bp ✓ x3 days BID

Protocol used: (specify) _____

Signature _J Mark Rn_ Title _LPN_ Time _1850_ Date _5-7-03_

**NAPHCARE**
**HEALTH SERVICES REQUEST FORM**

Print Name: _Sidney Clayton_     Date of Request: _12-13-02_

ID#: _224297_   Date of Birth: _3/23/76_   Housing Location: _7_

Nature of problem or request: _Need to talk to Doctor about_
_Cream for Cream for my profile_

_Sidney Clayton_

Sign here for consent to be treated by health staff for the condition described

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
*************************************************************************

HEALTH CARE DOCUMENTATION

Subjective: _"I need some cream for face"_

Objective: BP _130/80_   P _70_   R _20_   T _98⁸_   wt _183_
_Noted multiple bumps to face, chin R/T_
_Shaving - Inmate has shaving profile @ this_
_time._

Assessment: _alt skin integerty_

Plan: _See Mrs King CRNP_
_1 keep appt_
_2 wear watch_

Refer to: __ PA/Physician __ Mental Health __ Dental

Signature _Crenshaw_   Title: _2_   Date _2/14/0_   Time: _1942_

NAPHCARE
## HEALTH SERVICES REQUEST FORM

Print Name: Sidney Clayton                    Date of Request: 12/12/02

ID#: 204797    Date of Birth: 3/23/76    Housing Location: 7 Dorm

Nature of problem or request: I need some medicen creem for
my rash on my neck. Thank you

Sidney Clayton

Sign here for consent to be treated by health staff for the condition described

RECEIVED
DEC 1 2 2002

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
*****************************************************************************

HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan:

Refer to: ___PA/Physician ___Mental Health ___Dental

Signature: _____ Title: _____ Date: _____ Time: _____

NCO40         HEALTH SERVICES REQUEST FORM

NAPHCARE, INC

INTRASYSTEM TRANSFER FORM

HEALTH STATUS

Transferring Facility: _Kilby_

Date: 12/10/02
Time: _____
Allergies: _____
Food Handler Approved   Y / N

Name _Clayton, Sidney_
AIS _224797_
Age _____   Date of Birth _3-23-76_
Race _B_   Sex _M_

Current Acute Conditions/Problems: _Ø_
Chronic Conditions/ Problems: _Ø_

Current Medications- Name, Dosage, Frequency, Duration:
    Acute short term medications _Ø_

Chronic Long Term Medications _Ø_

    Chronic Psychotropic Medications _Ø_

Current Treatments: _Ø_
Follow up care Needed _Ø_

Last PPD _12-3-02_ Results _Ø_ mms Last Physical _12/3/02_
Chronic Clinics _Ø_
Specialty Referals / _Ø_
Significant Medical History _Ø_

Physical Disabilities/Limitations _Ø_
Assistive Devices/Prosthetics _Ø_                    Glasses _Ø_    Contacts _Ø_
Mental Health History/Concerns _Ø_ .

Substance abuse Y/N    Alcohol Y/N    Drugs Y/N
_____ Hx Suicide Attempt Date _/  /_
_____ Hx Psychotropic Medication
_____ Previous Psychiatric Hospitalizations

Signature/Title/Date
_Graves, LPN  12/10/02_

Transfer Reception Screening
Date 2/1/04 Time 15 am pm
S: Current complaint _need transfer face_
Current medications/Treatments
_Shaving profile_

O  Physical Appearance/Behavior _Ø tatoos_
_Ø scars_
    Deformities: Acute/Chronic _Ø_
_T° 98° P 60 R 20 B/P 128/88 wt 183_
A  _Alert oriented x 3_

P  Disposition (Instructions: Check or
    circle as appropriate)
_____ Routine sick call Instructions given

_____ Emergency referral
___✓___ HIV/TB Instructions given
_____ Physician referral
Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

Receiving Facility:
_VCF_

Signature/ Title:
_____

NC 071

|  | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | | | | AIS # |
| Date | | Allergies | | Facility |
| SIG. | | | | |
| | | | | Discontinue |
| | | | | Continue |
| | | | | Increase |
| Physician Signature: | | | | Decrease |

NC002

|  | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | | | | AIS # |
| Date | | Allergies | | Facility |
| SIG. | | | | |
| | | | | Discontinue |
| | | | | Continue |
| | | | | Increase |
| Physician Signature: | | | | Decrease |

NC002

|  | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | | | | AIS # |
| Date | | Allergies | | Facility |
| SIG. | | | | |
| | | | | Discontinue |
| | | | | Continue |
| | | | | Increase |
| Physician Signature: | | | | Decrease |

NC002

|  | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | | | | AIS # |
| Date | | Allergies | | Facility |
| SIG. | | | | |
| | | | | Discontinue |
| | | | | Continue |
| | | | | Increase |
| Physician Signature: | | | | Decrease |

NC002

**NAPHCARE**
**HEALTH SERVICES REQUEST FORM**

Print Name: Sidney Clayton                    Date of Request: 12-4-02

ID#: 224797          Date of Birth: 3/23/76      Housing Location: E Dorm

Nature of problem or request: Need my face is broken out and

very sore I need a profile.

_____

_____

Sidney Clayton
Sign here for consent to be treated by health staff for the condition described

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
*******************************************************************************

HEALTH CARE DOCUMENTATION

Subjective: face sore + raw from shaving

Objective: BP 130/80 P 88 R 20 T 98.6

Assessment: Alteration in comfort R/T painful shaving

Plan: See CRNP

Refer to: ___PA/Physician ___Mental Health ___Dental

Signature: _____ Title: _____ Date:_____ Time: _____

NCO40              HEALTH SERVICES REQUEST FORM

## PHYSICIAN'S PROGRESS NOTE

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 12/6/02 |  | S: I need a shave profile |
|  |  | O: Severe facial folliculitis |
|  |  | A: Folliculitis |
|  |  | P: Shave profile × 90 days |
|  |  | E: Educate on the importance of not |
|  |  | apply various emollients to face |
|  |  | [signature] |
|  |  |  |

| NAME- LAST | FIRST | MIDDLE | AIS # |
|------------|-------|--------|-------|
| Clayton, | Sidney |  | 224797 |

NC007

PHYSICIAN'S PROGRESS NOTES

Facility Name: VCF

Month/Year of Charting: Nov 05

Dudaped 30mg ÷ PO
Bid prn x1mo

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

3Am

3Pm

Start Date: 10-4-05   Prescriber: Rayapati
Stop Date: 11-04-05   RX #:

CTM 8mg ÷ PO HS X 10 days

3P

Start Date: 10-24-05   Prescriber: Rayapati
Stop Date: 11-03-05   RX #:

Diagnosis

Allergies NKDA

Housing Unit:
Patient ID Number: 224797
Patient Name: Clayton, Sidney

Nurse's Signature: Kulee LVN (KC), Appling LPN, S. Huice LP
Nurse's Signature: Prodyn LVN, Johnson LPN, M. Benefield MD

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

| Facility Name: Ventress | | Month/Year of Charting: Oct '05 |

**CTM ẽ PO BID PRN x 1 month**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 9-20-05    Prescriber: Floyd CRNP
Stop Date: 10-20-05    RX #:

**Sudafed 30mg ẽ PO bid PRN x 1 mo.**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-4-05    Prescriber: Floyd crnp.
Stop Date: 11-04-05    RX #:

**Saline Nasal Spray Bid x 90d (KOP) PRN**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10/24/05    Prescriber: Dr. Rayapati M.D.
Stop Date: 1/24/06    RX #:

**CTM 8mg po hs x10d**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-24-05    Prescriber: Dr. Rayapati M.D.
Stop Date: 11-03-05    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies: NKDA

Housing Unit:
Patient ID Number: 224797
Patient Name: Clayton, Sidney

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Kylee LPN | KL | Zippling LPN | Za |
| J. Mitchelm RN | EC | | |
| V. Young Lpn | VY | Johnson LPN | |
| | | Mayfield Jr | MJ |

Date of Birth:

**Documentation Codes**
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

| Facility Name: | | Month/Year of Charting: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Tylenol 650mg PO b.i.d X 4 days**

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31
3a — CHK 9 #
3p — #9 #
Start Date: 9-8-05   Prescriber: Rajput
Stop Date: 9-12-05   RX #:

**Sudafed 60mg PO b.i.d X 4 days**

3a — CHK 9 #
3p — #9 #
Start Date: 9-8-05   Prescriber: Rajput
Stop Date: 9-12-05   RX #:

**CTM 4mg i PO b.i.d X 4 d**

3a — CHK 9 #
3p — #9 #
Start Date: 9/8/05   Prescriber: Rajput
Stop Date: 9/12/05   RX #:

**Sudafed 30mg i PO BID X 7 days**

3A — B CH BK CH X
3p — B WM GK B
Start Date: 9-14-05   Prescriber: L. Floyd CRN
Stop Date: 9-21-05   RX #:

**Cough Tab i PO BID X 10 days**

3A 3A — B CH B CH 9 9 X
3p — B MG B
Start Date: 9-14-05   Prescriber: L. Floyd CRN
Stop Date: 9-24-05   RX #:

**CTM i PO BID X 7 days**

3A — B CH B CH X X
3p — B MG B X
Start Date: 9-14-05   Prescriber: L. Floyd CRN
Stop Date: 9-21-05   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| | | | | | 2 Refused |
| Allergies | | | | | 3 Patient out of facility |
| NKDA | | | | | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number: 224797 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

Patient Name: Clayton, Sidney     Date of Birth: 3-23-76