# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doxycycline 100mg i PO BID x 7 days 9/14/05 - 9/21/05 L.Floyd CRN | 3A 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CTM #i BID x 1 month PRN 9/24/05 - 10/29/05 L.Floyd CRN | 3A 3P | | | | | | Start 9/22/05 | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | THROUGH | | |
|---|---|---|---|
| Physician Tangaput | | Telephone No | Medical Record No |
| Alt Physician L. Floyd CRN | Sept. 30, 2005 | Alt Telephone | |
| 'ergies NKDA | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: F. Ansett | Title: Lpn | Date: 9/17 |
|---|---|---|---|---|
| PATIENT Clayton, Sidney | | II & II | PATIENT CO... 224797 | ROOM NO   BED   FACILITY VG |

# MEDICATION
# ADMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 800 mg + po TID x 14 dys po Darbaye / A Mech m | 2A 9A 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 5-12-03 → 5-26-03 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **5-12-03**     THROUGH **5-31-03**

| | | | |
|---|---|---|---|
| Physician **Dahne** | | Telephone Number | Inmate No **224797** |
| Alt. Physician **McCool** | | Alt. Telephone | |
| Allergies **NKA** | | Rehabilitative Potential | |
| Diagnosis | | **Clayton Sidny** | |

| Medicaid Number | Medicare Number | Complete Entries Checked | |
|---|---|---|---|
| | | By: | Title:     Date: |

| PATIENT **Clayton Sidny** | PATIENT CODE **224797** | ROOM NO | BED | FACILITY COI **VCF** |
|---|---|---|---|---|

PFS: NAPHCA

# MEDICATION
# ADMINISTRATION RECORD  NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tetracyclin 500mg 1 po T.i.d 9 days nj2/sla - 12/24/02 Mrs King | 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benzoyle Peroxide 5% lotion Bid 9 14 days (KOP) 12/17/02 - 12/31/02 Mrs King | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/17/02    THROUGH 12/31/02

| Physician | D. Danberge | Telephone Number | | Inmate No. 224797 |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |
| Allergies | NKDA | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: N Strickland | Title: RN | Date: 12/17/02 |
|---|---|---|---|---|

PATIENT Clayton, Sidney    PATIENT CODE 224797    ROOM NO.    BED    FACILITY CODE VCF

PFS: NAPHCAR

| Facility Name: **bullock** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Month/Year of Charting:** 05/06

**CTM 8 mg PO QD**

Hour: 1100

**Start Date:** 04/24/06  **Prescriber:** Dr. T. Siddiq
**Stop Date:** 05/24/06  **RX #:**  ρς

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Advil 800 mg PO tid x 10 days**

Hour: 0400, 1100, 1200

**Start Date:** 5/4/06  **Prescriber:**
**Stop Date:** 5/14/06  **RX #:**

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|---|
| | | | | J. Bruce LPN | JB | 1 Discontinued Order |
| Allergies | | | | B. Grayling LPN | TA | 2 Refused |
| | | | | Martha Jackson LVN | MJ | 3 Patient out of facility |
| | | | | | PS | 4 Charted in Error |
| Housing Unit: | | | | | | 5 Lock Down |
| Patient ID Number: 224797 | | | | | | 6 Self Administered |
| Patient Name: | | | | | | 7 Medication out of Stock |
| Clayton Sidney | | | | Date of Birth: | | 8 Medication Held |
| | | | | | | 9 No Show |
| | | | | | | 10 Other |

Facility Name: _Bullock_     Month/Year of Charting: 4-06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proventil 4mg ī PO bid x 10 days | 1100 | | | | | | | | | | | 9 | 9 | 9 | 9 | | 9 | 9 | Y | Y | Y | 9 | < | | | | | | | | | |
| | 1700 | | | | | | | | | | | 9 | 9 | | 9 | 9 | 9 | 9 | 9 | 3 | Y | < | | | | | | | | | | |

Start Date: 4/11/06   Prescriber: Sedd y
Stop Date: 4/22/06   RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CTM 8mg ī po qd x 10 days | 1100 | | | | | | | | | | | 9 | 9 | 9 | 9 | | 9 | 9 | Y | Y | Y | 9 | < | | | | | | | | | |
| | 1700 | | | | | | ERROR | | | ERROR | | | | | | | | 9 | | 3 | 9 | < | | | | | | | | | | |

Start Date: 4/11/06   Prescriber: Sedd y
Stop Date: 4/22/06   RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comfor tabs īī po bid x 10 days | 1100 | | | | | | | | | | | 9 | 9 | 9 | 9 | | 9 | 9 | Y | Y | Y | 9 | < | | | | | | | | | |
| | 1700 | | | | | | | | | | | 9 | 9 | | 9 | 9 | 9 | 9 | 9 | 9 | Y | < | | | | | | | | | | |

Start Date: 4/11/06   Prescriber: Sedd y
Stop Date: 4/22/06   RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proventil inhaler PRN īī puffs | K | | | | | | | | | | | | | | | K | O | P | | | | | | | | | | | | | | |
| | O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 4/11/06   Prescriber: Sedd y
Stop Date: 5/2/06   RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CTM 8mg ī PO qd x 30 day | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | TT | TT | TT | TN | |

Start Date: 4-28-06   Prescriber: S, Vb y
Stop Date: 5-24-06   RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adult BC syrup ERROR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis:

Allergies:

Housing Unit:
Patient ID Number: 224797
Patient Name:
Clayton, Sidney

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | | Martha Jackson LP | MJ |
| | | J Gppling LPN | TP |
| | | Patien Sun Jr | BS |

Date of Birth

**Documentation Codes**
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Facility Name: Ventress

Month/Year of Charting: 4/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Bengay oint QD

Hour: K O P

Rico D 3/15/06

Start Date: 3/15/06    Prescriber: Floyd
Stop Date: 4/15/06    RX #:

---

Humibid wong Po Bid

Hour: 3A

3B See Below

Start Date: 3/24/06    Prescriber: Rajagopti
Stop Date: 4/8/06    RX #:

---

Proventil tabs 4 mg P.O BID x 14 dy

Start Date: 3-30-06    Prescriber: Dr Rajgopati /gr
Stop Date: 4-13-06    RX #:

---

Humahed 600mg P.O BID X 14 d

Start Date: 3-30-06    Prescriber: Dr Rajgopati /gr
Stop Date: 4-13-06    RX #:

---

CTM 8 mg p.o Q d x 14 d

Start Date: 3-30-06    Prescriber: Dr Rajgopati /gr
Stop Date: 4-13-06    RX #

---

Proventil Inhaler # puffs q4° PRN (1) x 6 mos

given 4-02-06 BL

Start Date: 3-24-06    Prescriber: Dr Rajgopati
Stop Date: 9-24-06    RX #

---

Diagnosis

Allergies: NKDA

Housing Unit:
Patient ID Number: 224797
Patient Name: Clayton, Sidney

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Andrew | G | | Am |
| St Allis LPN | 75 | B. Leih RN | BL |
| | | M Benejil | MB |

Date of Birth: 3/23/76

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

March 2006

Facility Name: JCF

| Medication | Hour | 1 2 3 4 5 6 7 8 9 10 11 | Month/Year of Charting: 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|---|

Bengay oint Lg QD X mo — K O Ø

Tube Guel 3/15/06
Sidney Clayton
Start Date: 3-15-06   Prescriber: Floyd CRNP
Stop Date: 4-15-06   RX #:

Jet Neb daily X 7 days — 5A

79 9999 CH    D/C
Start Date: 3-17-06   Prescriber: Dr Rayapati
Stop Date: 3-24-06   RX #:

Humbid 600mg PO BID X 7 days — 8A 3P

Start Date: 3-17-06   Prescriber: Dr Rayapati
Stop Date: 3-24-06   RX #:

Proventil 4mg PO BID X 2 WKs same as Albuterol — 3A 3P

Start Date: 3-17-06   Prescriber: Dr Rayapati
Stop Date: 3-31-07   RX #:

Prednisone 20mg PO qd X 2 wks — 3A 3P

Start Date: 3-17-06   Prescriber: Dr Rayapati
Stop Date: 3-31-06   RX #:

Humbid 600mg p.o. BID X 2 weeks — 3am 3pm

Start Date: 3-24-06   Prescriber: Dr Rayapati / 8m
Stop Date: 4-8-06   RX #:

Diagnosis

Allergies: NKA

Housing Unit:
Patient ID Number: 224797
Patient Name:
Clayton, Sidney

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| K. Wells RN | KW | B. Liebe RN | BL | 1 Discontinued Order |
| J Johnson LPN | | S Faulk LPM | | 2 Refused |
| Gwen Dunn | g | S Martin | | 3 Patient out of facility |
| | | M Bingfield | | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Hold |
| | | | | 9 No Show |
| Date of Birth: 3-23-76 | | | | 10 Other |



Facility Name: Ventress Correctional Facility

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year of Charting: 01/06

Saline Nasal Spray Nasal Solut 0.65%
Solution     1

Spray 1 in each nostril twice daily as
needed

Start Date: 10-29-2005     Prescriber: Rayapati, Samuel
Stop Date: 01-26-2006     RX #: 250956403

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

Diagnosis

Allergies    NKDA

Housing Unit:    Population
Patient ID Number:    224797
Patient Name:

**Clayton, Sidney**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | 1 Discontinued Order |
| | | | | 2 Refused |
| | | | | 3 Patient out of facility |
| | | | | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Held |
| | | | | 9 No Show |
| | | | | 10 Other |

Date of Birth

Facility Name:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year of Charting:

Phenergan 50mg IM STAT

Start Date: 1'   Stop Date:   Prescriber: Ruyer   RX #:

Humibid 600mg BID X 2 wks   3A   3p

Start Date: 12-5-05   Stop Date: 12-19-05   Prescriber: Rajapati   RX #:

Percogesic 2 tabs P.O. Bid PRN X 5 day   3A   3p

Start Date: 12 06 05   Stop Date: 12 11 05   Prescriber: Rajapati   RX #:

Start Date:   Stop Date:   Prescriber:   RX #

Start Date:   Stop Date:   Prescriber:   RX #

Start Date:   Stop Date:   Prescriber:   RX #

Diagnosis

Allergies   NKDA

Housing Unit:
Patient ID Number: #224791
Patient Name: Clayton, Sidney

Nurse's Signature / Initial   Nurse's Signature / Initial

| Documentation Codes |
|---|
| 1 Discontinued Order |
| 2 Refused |
| 3 Patient out of facility |
| 4 Charted in Error |
| 5 Lock Down |
| 6 Self Administered |
| 7 Medication out of Stock |
| 8 Medication Held |
| 9 No Show |
| 10 Other |

Date of Birth: 3/23/76

Facility Name:

| Medication | Hour | Month/Year of Charting: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|

**CTM 4 mg ii PO bid x 4 days**
Hour: 3a — 0 0 0 0
Hour: 3P — pon 3m
Start Date: 12-16-05   Prescriber: Rayapati
Stop Date: 12-20-05   RX #:

**Mucinex 600 mg i PO bid x 4d**
Hour: 3a — 0 0 0 0
Hour: 3P — pon 3m
Start Date: 12-16-05   Prescriber: Rayapati
Stop Date: 12-20-05   RX #:

**Sudafed 60 mg i bid x 4d**
Hour: 3a — 0 0 0 0
Hour: 3P — pon 3m
Start Date:   Prescriber:
Stop Date:   RX #:

**Motrin 600 mg PO TID x 7 day**
Hour: 3a — 0 0 0 0 CH 0
Hour: 9a — BM BM CH SJ CJ
Hour: 3p — pon mo ii/B
Start Date: 12-18-05   Prescriber: Dr Rayapath
Stop Date: 12-25-05   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Diagnosis:

Allergies: NKDA

Housing Unit:
Patient ID Number: 224799
Patient Name:
Clayton, Sidney

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| ___ RN | JO | J Meah | Am |
| A Johnson LPN |  | T. Stallis LPN | JS |
|  |  | C Peli LPN | TA |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Date of Birth: 3-23-76

DILATE

## EYE EXAMINATION SHEET

| Facility: | | Date of Request: | |
|---|---|---|---|

Subjective: _KNOWN_

Past History: _40: Hx of Glaucoma_  — _"CANNOT SEE"  "NEED GLASSES"_

### CONSULTATION REPORT

Snelling: FURTHER OD  W/Glasses  W/O Glasses
Hx of Hx of Tx for LOST
Glaucoma  my Reading Glasses
OS

OPHTH & EXT:
Dilated Eye Exam
YES (circle one)  NO

TA: REFUSED

SLE: ALL WNL OD/OS

Mydriatic solution 1 to 2 gts per eye.

_____ Optometrist Signature

New RX:  OD  OHts 302 C/W (MAC / AV / PERIPH) WNL OD/OS
OS

Glaucoma:  YES  NO (circle one)    Nurse Signature
IOP:
Details:

∅ Glaucoma or other HEALTH Problems
- LOST 3/06 glasses
- OK to order new glasses at Inmate's Expense

Cataracts:  YES  NO (circle one)
Details:

Frame:
Size:
Color:
Seg Ht:

MD 7/26/06
Optometrist Signature/Date

| Last Name | First | Middle | DOB | R/S | AIS Number |
|---|---|---|---|---|---|
| Clayton | Sidney | | 30  3-23-76 | B/M | 224797 |

...ison
Health
Services, Inc.

E EXAMINATION SHEET



## DEMOGRAPHICS

Site Name: *(Do Not Abbreviate)*                    Site Number:

Bullock Correctional               832

Patient Name:

Last Clayton          First Sidney    M.I. 3O

Inmate Number: 224797

Sex: ☒ Male  ☐ Female

Subjective: "I can't see how to read I had surgery on my eyes

Ocular Health History: ☐ Glaucoma   ☐ Cataracts   ☐ Other   CC: "I HAVE Glucoma"

Past Medical History: ☐ Diabetic Mellitus   ☐ HTN   ☐ Other   "I CAN'T SEE"

## CONSULTATION REPORT    "I NEED SHADES"

With Glasses     Without Glasses

Snellen:

OD   20/70

OS   20/200

New RX:

OD   PLANO      NO?

OS   PLANO

Size:          R'd

Seg Ht:

Frame:

Color:

OPHTH & EXTERNAL:

Dilated Eye Exam   ☒ Yes   ☐ No

Findings

Glaucoma   ☐ Yes   ☒ No

Findings

Cataracts:   ☐ Yes   ☒ No

Findings

Diagnosis:   No EYE HEALTH PROBLEMS NOTE

Treatment/Recommendations:   KIRBY EYE CLINIC

Next Eye Examination Due:   DFE/TAPP

## OPTOMETRIST

Name

Last (print or stamp)                    First          M.I.

Signature _____   Date 4/19/06 ___ (mm/dd/yy)

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

| PATIENT | | | | DATE | 3/13/2006 |
|---|---|---|---|---|---|
| CLAYTON, SIDNEY | | | | INSTITUTION | |
| NUMBER 224797 | | VENT | | VENTRESS CORRECTIONAL | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | 1.50 | 0.00 | 0 | 0 | |
| OS | 1.50 | 0.00 | 0 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 0.00 | 0 | 72 | 69 | |
| OS | 0.00 | 0 | 0 | 0 | |

LENS COLOR/COATINGS                                              Clear

| FRAME NICK | STYLE | FRAME COLOR | GREY |
|---|---|---|---|
| EYE SIZ 52 | DROP BALL | FINAL INSPECTION | |

LENSES:           $4.95

FRAME:            $3.49

OVERSIZE:         $0.00

TINT/PGX:

POLYCARB:         $0.00

DIOPTERS:         $0.00

PRISM:            $0.00

CASE:

OTHER:

S/H:              $1.85

TOTAL DUE ($):    $10.29

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA
requirement 21CFR Sec. 801.410 for impact resistance but are not
unbreakable or shatterproof. Of all the materials that lenses can be made
from polycarbonate is the most impact resistant.

- The continued impact resistance of your lenses depends on how well
you protect them from physical shocks and abuse. For your own
protection, scratched or pitted lenses should be replaced immediately.
- If your occupational or recreational activities expose you to the risk of



DEPARTMENT OF CORRECTIONS
## EYE CHART

| Date | Time | | | OLD RX Worn from | | | | | to | |
|------|------|---|---|---|---|---|---|---|---|---|
| Visual Requiremnts | | 12-11-05 | | Sph. | Cyl. | Axis | Prism | Base | | Add |
| | | | | | | | | | | |
| | | | | | | | | | | |

Other Visual Requirements

Previous Eye History

Chief Visual Complaints — Blurred Vision @ Near. tired eyes when reading X 1 yr

Detailed History

General Health

External Examination

OD / OS

Internal Examination

OD / OS

Visual Field Screening — OD          OS

| DATE | CHARGE | PAID | BAL DUE |
|------|--------|------|---------|
| | | | |
| | | | |
| | | | |
| | | | |

Tonometry

Instrument /

V.A. (Habitual)   Dist.   OD          OS          OU
                 Near    OD          OS          OU

Dominance / Test          /

Pupillary Reflexes — Size          Light
                     Consensual          Near

Tests for Squint — Inspection
                   Cover
                   Corneal Reflex

PD / PP Conv

PP Acc

   ions

Rotations / Fixations

INMATE NAME (LAST, FIRST, MIDDLE)    ayTon, Sidney

| DOC# | DOB | R/S | FAC |
|------|-----|-----|-----|
| 2 24797 | 3/23/76 | bm | vcf |

70029

| | | | |
|---|---|---|---|
| V.A. Unaided | OD | OS | OU |
| V.A thru old RX | OD 20/20  OS 20/20  OU 20/20 | | |
| Keratometer | OD | | |
| | OS | | |
| Est Total Astig | OD | | |
| | OS | | |
| Habitual Phorias | Dist | Near | |
| Static Retinoscopy | OD | | |
| | OS | | |
| Astigmatic Chatt | OD | | |
| w fogging lens | OS | | |
| X-Cyl Astig | OD | | |
| | OS | | |
| Monocular Subjective | OD | | |
| | OS | | |
| Binocular Subjective | OD | | |
| (Max Plus) | OS | | |
| Binocular Subjective | OD | | |
| (Best V.A.) | OS | | |
| Binocular Subjective | OD | | |
| (Other) | OS | | |
| Best V.A. | OD | OS | OU |
| Amp. Acc. (push-up) | OD | OS | OU |
| s/Demand/Phoria | / | / | |
| Base Out | / | / | |
| Base In | / | / | |
| Vertical Photias | Dist | Near | |
| R Supraduction | Dist / Near / | | |
| R Infraction | Dist / Near / | | |
| L Supraduction | Dist / Near / | | |
| L Infraction | Dist / Near / | | |
| X-Cyl Dissociated | OD | | |
| Monocular | OS | | |
| X-Cyl Fused | | | |
| Lens/Demand/Phoria | / | / | |
| Base In | / | / | / |
| Base Out | / | / | / |
| Lens/Demand/Phoria | / | / | |
| Base In | / | / | / |
| Base Out | / | / | / |
| Lens/Demand/Phoria | / | / | |
| Base In | / | / | / |
| Base Out | / | / | / |
| Minus to blur/blur out | / | | |
| Plus to blur/blur out | / | | |
| Range / Through | / | | |

Dist PD 70   Near PD 65   Tint
Bifocal   Triff   Bifl

Multifocal Instructions: Outset Total Inset Height Size R L
Decentration for Maj. Lens: In Out Up Dn R L

Lens only ☐   Use enclosed frame ☐   Furnish new frame ☐

FRAME SPECIFICATIONS
Name   Color   Eye Size 52   Bridge   Temples
SPECIAL INSTRUCTIONS:

Position
Cal. & Gradient ACA
PRC - PFC
NRC - NFC
Near Phoria
Height
Near P.C.
Indiction of poor binoc. vis?

| Rx. | Sph. | Cyl. | Axis | Prism | Base |
|---|---|---|---|---|---|
| OD | +1.50 | | | | |
| OS | +1.50 | | | | |
| Add | | | | | |

Diagnosis - Recommendations: Hyperopia

Consultant Signature   Date 12/13/05

~~ALABAMA~~ DEPARTMENT OF CORRECTIONS

## RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: _Ventress_

Name: _Clayton Sidny_

State ID No: _224797_

DOB: _9-23-76_

Race: _B_    Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation of special needs |
|---|---|---|---|---|---|
| _Rayapeti M.D._ | _12-6-05_ | | | | |

HISTORY/DIAGNOSIS:

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | ✓ THORACIC SPINE  2 Views |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE  2 Views | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Clayton

THORACIC SPINE:  The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION:  NORMAL STUDY.

LUMBAR SPINE:  The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION:  NORMAL STUDY.

D: & T: 12-09-05 Thomas J. Payne, III, M.D./jhi Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

DATE, TIME  EXAM PERFORMED  _12-7-05_

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED

FORM (REV 12/02)  WHITE-CHART COPY: CANARY-PHYSICIAN'S COPY: PINK-FILE COPY

# UTILIZATION MANAGEMENT REFERRAL FORM
### Form must be Complete and Legible. You must Type or Print.
### Please send this form with the Authorization Letter to the service provider at the time of the Appointment

RECEIVED OCT 17 2005

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Ventress C.3/845 | **Patient Name: (Last, First)** Clayton, Sidney | **Date: (mm/dd/yy)** 10/10/05 |
| **Site Phone #** (334) 275-8178 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** 3/23/76 |
| **Site Fax #** ( ) - | **Inmate #** 224797 | **PHS Custody Date: (mm/dd/yy)** 06/24/02 |
| | **SS Number** - - | **Potential Release Date: (mm/dd/yy)** 11/13/26 |

| **Will there be a charge?** ☒ Yes ☐ No | **Sex** ☒ Male ☐ Female |
|---|---|

**Responsible party:** ☒ DOHS ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☒ Physician ☐ NP, PA ☐ Dental
Samuel Rajapati

**Facility Medical Director Signature and Date:**
U. Rajpati / [signature]

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☒ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** 10/11/05
(This starts the approval window for the "open" authorization period")

**Multiple Visits/Treatments:**   ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** 1  ☐ Other: eye

**Specialist referred to:** Dr. Murray

**Type of Consultation, Treatment, Procedure or Surgery:**
Eye Exam/optometrist

**Diagnosis:** Blurred Vision ✓
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
Blurred Vision

**Results of a complaint directed physical examination:**
OD - 20/25
OS - 20/25
OW 20/25

**Previous treatment and response (including medications):**
NONE

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

Does not meet criteria — undergo gauta.

**Date resubmitted:** / /

**Regional Medical Director Signature, printed name and date required:** [signature]   10/17/05 (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** |
|---|---|---|---|
| | | | |

05a - UM Referral review form



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# EYE CHART

| Date | Time | | OLD RX Worn from | | to | | | |
|------|------|--|------|--|--|--|--|--|
| 10 05 | 1545 | | Sph. | Cyl. | Axis | Prism | Base | Add |
| **Visual Requiremnts** | | | | | | | | |

| | | | | | | | | |

**Other Visual Requirements**

**Previous Eye History**

**Chief Visual Complaints**   Blurred Vision

**Detailed History**

**General Health**

| OD | | | OS |

**External Examination**

| OD | | | OS |

**Internal Examination**

| | DATE | CHARGE | PAID | BAL DUE |
|---|------|--------|------|---------|
| **Visual Field Screening**  R 20/25  OD 20/25  L 20/25 | | | | |
| **Tonometry** | | | | |
| **Instrument /** OD   OS | | | | |
| **V.A. (Habitual)  Dist.** OD   OS   OU | | | | |
| **Near** OD   OS   OU | | | | |
| **Dominance / Test** / | | | | |
| **Pupillary Reflexes** Size   Light | | | | |
| Consensual   Near | | | | |
| **Tests for Squint** Inspection | | | | |
| Cover | | | | |
| Corneal Reflex | | | | |
| **PD / PP Conv** | | | | |
| **PP Acc** | | | | |
| .ions | | | | |
| **Rotations / Fixations** | | | | |

| INMATE NAME (LAST FIRST MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Clayton Sidney | 224747 | 3-23-76 | B/m | VCF |

PHS-MD-70029

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

*must be Complete and Legible. You must type or print*

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

FAXED 10-17-05 8C

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Ventress C. 9/895 | Clayton, Sidney | 10/10/05 |

| Site Phone # | Alias: (Last, First.) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 334 275-8178 | | 3/23/76 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (____)____-____ | 224797 | 06/24/02 |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☒Yes ☐No | ☒Male ☐Female | ___-__-____ | 11/13/26 |

| Responsible party: | ☒PHS ☐Auto Ins. | ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) |
|---|---|---|
| | | ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____ |

## CLINICAL DATA

**Requesting Provider:** ☒Physician ☐ NP, PA ☐ Dental

Samuel Rayapati

**Facility Medical Director Signature and Date:**

U. Rayapati / *[signature]*

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☒ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy) 10/10/05

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** _____
**Number of Visits/Treatments:** ( )
☐ Radiation therapy
☐ Chemotherapy
☒ Other: Eye

**Specialist referred to:** Dr. Murray

**Type of Consultation, Treatment, Procedure or Surgery:**
Eye Exam/optometrist

**Diagnosis:** Blurred Vision
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/sypmtoms with Date of Onset:**

Blurred Vision

**Results of a complaint directed physical examination:**

OD - 20/25
OS - 20/25
OU 20/25

**Previous treatment and response (including medications):**

NONE

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information

Date resubmitted: ___/___/___

**Regional Medical Director Signature, printed name and date required:**

___/___/___ (mm/dd/yy)

*Do not write below this line. For Case Manager and Corporate Data Entry ONLY.*

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT MEIGS, AL  36057

DATE OF REPORT: 3/13/2006
TIME OF REPORT: 10:53 AM

| ACCESSION NO | NAME | FACILITY |
|---|---|---|
| 22/224797 | SIDNEY CLAYTON | Ventress |

| DATE COLLECTED | TIME COLLECTED | | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|---|
| 3/7/06 | 8:30 AM | | 3/13/06 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NT | | NEGATIVE (NEG) |
| GLUCOSE | NT | | NEGATIVE (NEG) |
| KETONES | NT | | NEGATIVE (NEG) |
| BILIRUBIN | NT | | NEGATIVE (NEG) |
| BLOOD | NT | | < 5 RBC/MCL (NEG) |
| NITRITE | NT | | NEGATIVE (NEG) |
| UROBILINOGEN | NT | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NT | | NEGATIVE (NEG) |

* NT = Not Tested



CLIA ID NO   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

KILBY CORRECTIONAL FACIL
PO BOX 11
MT. MEIGS, AL 36057

DATE OF REPORT: 2/27/2006
TIME OF REPORT: 1:12 PM

| ACCESSION NO | NAME | FACILITY |
|---|---|---|
| 7/224797 | SIDNEY CLAYTON | Ventress |

| DATE COLLECTED | TIME COLLECTED | | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|---|
| 2/21/06 | 8:30 AM | | 2/27/06 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NT | | NEGATIVE (NEG) |
| GLUCOSE | NT | | NEGATIVE (NEG) |
| KETONES | NT | | NEGATIVE (NEG) |
| BILIRUBIN | NT | | NEGATIVE (NEG) |
| BLOOD | NT | | < 5 RBC/MCL (NEG) |
| NITRITE | NT | | NEGATIVE (NEG) |
| UROBILINOGEN | NT | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NT | | NEGATIVE (NEG) |

* NT = Not Tested



CLIA ID NO    01D0706289

WAYNE D MERCER, PHD
LABORATORY DIRECTOR



224797

05/14/2003  09:58:47 AM  Clayton Sidney
27 years    Male    Race: B

193 lbs    75 ins    BP

Rx
Dx

Rate   56        Normal sinus rhythm rate 56.
PR     169       High QRS voltage, ? normal for age
QRSD   76        Probable early repolarization pattern
QT     383
QTc    370

-- AXIS --
P     63
QRS   31
T     54

Normal P axis, PR rate & rhythm
S V1 + R V5,V6 > 3.5mV age < 35
ST elevation, age 16 - 55

-  OTHERWISE NORMAL ECG  -

PRELIMINARY-MD MUST REVIEW

Dept
Room  HR
Oper  CH

Requested by
Dr Darbouze

KILBY CORRECTIONAL FACIL
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

*Claxton, Sidney* (handwritten)

PRISON ID

*224191* (handwritten)

DATE SUBMITTED

*12/3/02* (handwritten)

*NPY #5* (handwritten)

| TEST NAME | | RESULT | | REFERENCE RANGE | | COMMENTS |
|---|---|---|---|---|---|---|
| *1 + 2* HIV ANTIBODY | ✓ | *NR* | | NEGATIVE (NEG) | | |
| RPR | ✓ | *NR* | | NON-REACTIVE (NR) | | |
| URINALYSIS | ✓ | *Neg* | | | | |
| APPEARANCE | | | | | | |
| pH | | | | pH 5- pH 6 | | |
| PROTEIN | | | | NEGATIVE (NEG) | | |
| GLUCOSE | | | | NEGATIVE (NEG) | | |
| KETONES | | | | NEGATIVE (NEG) | | |
| BILIRUBIN | | | | NEGATIVE (NEG) | | |
| BLOOD | | | | < 5 RBC/MCL | | |
| NITRITE | | | | NEGATIVE (NEG) | | |
| UROBILINOGEN | | | | < 1.0 MG/DL | | |
| LEUK. ESTERASE | | | | NEGATIVE (NEG) | | |
| SPECIFIC GRAVITY | | | | 1.016-1.022 | | |

"A"     These results are unreliable due to the age of the specimen.

"H"     These results are unreliable due to the hemolyzed condition of the specimen.

"A+H"   These results are unreliable due to the age and hemolyzed condition of the specimen.

*12/6/02* (handwritten)

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

*Refer to dentist*



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Sidney Clayton*                     Date of Request: *12/15/05*

ID # *924797*               Date of Birth: *9/3/76*   Location: *16 Dorm Seg.*

Nature of problem or request: *I have a bad cold. I'm also putting in a request to get my teeth cleaned by the dentist. My back is still hurting real bad.*

                                           *Sidney Clayton*
                                           Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────────┐
│          RECEIVED               │
│  Date: 12/16/05                 │
│  Time: 9:00                     │
│  Receiving Nurse Intials  DS    │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                   CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                Was MD/PA on call notified:   Yes ( )     No ( )

_____
                    *SIGNATURE AND TITLE*



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Clayton, Sidney_ _____ BCDC#: _224 797_

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

_Sidney Clayton_ _____     _5-17-05_ _____
Patient's Signature                              Date

_W. E. Shirley, D.D.S_ _____     _5-17-05_ _____
Dentist's Signature                              Date

PHS MD-70090

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|



Date of Initial Examination

Initial Classification

Oral Pathology ................................ Gingivitis
Vincent's Infection
Stomatitis
Other Findings

Occlusion _____

Roentgenograms ............................ Periapical
Bitewing
Other

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☐ | ☒ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☐ | ☒ | Present Medication | ☐ | ☒ | Anemia or Bleeding Problems |
| ☐ | ☒ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☐ | ☒ | Other Disease |

| SERVICES RENDERED | | | | | | |
|---|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | | Initials | Class |
| 3/9/06 | | | A 3cm | | h | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Clayton, Sidney | 224797 | 3/23/76 | B/m | VCF. |

PHS-MD-70015



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# DEPARTMENT OF CORRECTIONS

## MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination

Initial Classification

Oral Pathology .............................. Gingivitis _____
Vincent's Infection _____
Stomatitis _____
Other Findings _____

Occlusion _____

Roentgenograms ........................... Periapical _____
Bitewing _____
Other _____

**Health Questionnaire**

| YES | NO | | YES | NO | |
|-----|----|--|-----|----|--|
| ☐ | ☐ | Rheumatic Fever | ☐ | ☐ | V.D. |
| ☐ | ☐ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☐ | Hepatitis |
| ☐ | ☐ | Present Medication | ☐ | ☐ | Anemia or Bleeding Problems |
| ☐ | ☐ | Epilepsy | ☐ | ☐ | Heart Disease |
| ☐ | ☐ | Asthma | ☐ | ☐ | High Blood Pressure |
| ☐ | ☐ | Diabetes | ☐ | ☐ | Kidney Disease |
| ☐ | ☐ | HIV | ☐ | ☐ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | | |

PHS-MD-70015



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 4/15/05 | | | n/d dental Screening | RT | |
| 5-17-05 | 9 | worn thru I of open face crown | wanted 3 teeth out but told him I would not ext 3 sound teeth; smoothed I edge of crown on #9 | WSD | |
| 3/30/06 | | | Pt. complains of bleeding gums when cleaning teeth. Oht given placed on prophy list | 2 | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO |
|-------------------|-------|--------|-----|-----|-------|
| Clayton, | Sidney | | 3/23/76 | B/m | 224797 |

PHS-MD-70022



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Sidney Clayton_     Date of Request: _3/30/06_
ID # _224787_     Date of Birth: _3/23/76_   Location: _Seg 804_
Nature of problem or request: _I'm on Cronic Care. I Mr Clayton_
_would like to get my teeth cleaned because they are bleeding._
_Note: I have put in a sickcall for this before and you will have_
_cut me money for PT._

                _Sidney Clayton_
                    (Signature)

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date: 3/30/06                   │
│ Time: C:10                      │
│ Receiving Nurse Intials DS      │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**  (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
                      CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
     If Emergency was PHS supervisor notified:  Yes ( )     No ( )
           Was MD/PA on call notified:  Yes ( )     No ( )

                    _nurse_
                *SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

# Dental Treatment Record

| Name: Clayton, Sidney | ID #: 224797 | Race: B | DOB: 3-23-76 |
|---|---|---|---|



### Dental Examination
### Restoration and Treatments

| | |
|---|---|
| Date of Initial Examination: 12/3/02 | |
| Initial Classification: | |
| Oral Pathology: | |
| Gingivitis | |
| Vincent's Infection | |
| Stornatis | |
| Other Findings | |
| Occlusion | |
| Roentgenograms: | |
| Periapical | |
| Bitewing | |
| Panarex | |

| Tooth | Priority List |
|---|---|
| | T= |
| | G= |
| | |
| | |
| | OHI/GIVEN |
| | |
| | |
| | |
| | |

## Health Questionnaire

| | | | | | |
|---|---|---|---|---|---|
| Are you in good health? | ○ Yes | ○ No | Acquired Immune Deficiency (AIDS/HIV)? | ○ Yes | ○ No |
| Allergies | ○ Yes | ○ No | Gastrointestinal disorders | ○ Yes | ○ No |
| Anemia | ○ Yes | ○ No | Glaucoma | ○ Yes | ○ No |
| Asthma or other respiratory problems | ○ Yes | ○ No | Heart disease or murmur | ○ Yes | ○ No |
| Blood pressure conditions | ○ Yes | ○ No | Hepatitis | ○ Yes | ○ No |
| Diabetes | ○ Yes | ○ No | Kidney problems | ○ Yes | ○ No |
| Epilepsy | ○ Yes | ○ No | Reactions to anesthesia or medications | ○ Yes | ○ No |
| Excessive bleeding after surgery | ○ Yes | ○ No | Rheumatic fever | ○ Yes | ○ No |
| Fainting | ○ Yes | ○ No | Taking any medication | ○ Yes | ○ No |
| Pregnant? | ○ Yes | ○ No | Thyroid conditions | ○ Yes | ○ No |
| Tuberculosis | ○ Yes | ○ No | Other conditions | ○ Yes | ○ No |

## Dental Treatment Record

NCC



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Sidney Clayton_          Date of Request: _4-11-05_
ID # _224797_               Date of Birth: _3-23-76_ Location: _10B 12B_
Nature of problem or request: _Get Crowns pulled out of mouth and_
_my teeth fixed, and cleaned._

_Sidney Clayton_
(Signature)

### DO NOT WRITE BELOW THIS LINE

Date: _4/15/05_
Time: _____ AM PM
Allergies: _NKDA_

| RECEIVED |
| --- |
| Date: _4-12-05_ |
| Time: _1400_ |
| Receiving Nurse Intials _CH_ |

**(S)ubjective:** _Requesting teeth fixed and cleaned_

**(O)bjective** (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:** _No Show dental sickcall Screening_

**(P)lan:** _Dental appointment Scheduled on 5-16-05_

Refer to:   MD/PA   Mental Health  (Dental)  Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( ✓ )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
    Was MD/PA on call notified:   Yes ( )    No ( )

_R. Thompkins DA._
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Sidney Clayton_ ___ Date of Request: _4-16-05_

ID # _22479_ ___ Date of Birth: _3-23-76_ Location: _10B 12B_

Nature of problem or request: _I'm wanting to get crowns removed and have my teeth fixed and cleaned._

_Sidney Clayton_
(Signature)

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**  (V/S):  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)